**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

USDC, Northern District of California
Phillip Burton United States Courthouse
Post Office Box 36060, 450 Golden Gate Avenue
San Francisco, CA 94102–3489

RE:   MICHAEL – PETERSEN vs. CALIFORNIA SPECIAL EDUCATION HEARING OFFICE MCGEORGE SCHOOL OF LAW
USDC No.:   1:07–CV–00646–LJO–DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated May 01, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

May 1, 2007     /s/ M. Rooney
                Deputy Clerk

RECEIVED BY:    Helen L. Almacen
                Please Print Name

DATE RECEIVED:  MAY - 3 2007

NEW CASE NUMBER:    C 07 2400 SBA

E-filing

CIVIL, CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00646-LJO-DLB
### Internal Use Only

Michael Petersen v. California Special Education Hearing Office McGeorge School of Law, Et Al.
Assigned to: District Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Dennis L. Beck
Cause: 28:1331 Fed. Question

Date Filed: 04/27/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

### Plaintiff

**Michael - Petersen**
*on Behalf of Himself and Parent and Next of Friend to Mike Jr. and Ryan, Disabled Minor Children*

represented by **Michael - Petersen**
Post Office Box 2462
Visalia, CA 93291
PRO SE

V.

### Defendant

**California Special Education Hearing Office McGeorge School of Law**

### Defendant

**Vincent Pastorino**
*Hearing Officer for the California Special Education Hearing Office*

### Defendant

**Mount Diablo Unified School District**

### Defendant

**Mildred Brown**
*Individually and in Her Official Capacity as Assistant Superintendent of Special Education*

### Defendant

**Ken Ferro**
*Individually and in His Official Capacity as Alternative Dispute Resolution Administrator*

I hereby attest and certify on 5-1-07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/27/2007 | 1 | COMPLAINT for damages for violations of state and federal contract law against all defendants by Michael Petersen. (Attachments: # 1 Civil Cover Sheet)(Rooney, M) (Entered: 04/30/2007) |
| 04/27/2007 | | RECEIPT number 100 204914 for $350.00 for civil filing fee from Michael Petersen. (TEXT MESSAGE ONLY) (Rooney, M) (Entered: 04/30/2007) |
| 04/30/2007 | 2 | SUMMONS ISSUED as to *California Special Education Hearing Office McGeorge School of Law, Vincent Pastorino, Mount Diablo Unified School District, Mildred Brown, Ken Ferro* with answer to complaint due within *20* days. Attorney *Michael Petersen* *Post Office Box 2462* *Visalia, CA 93291*. (Rooney, M) (Entered: 04/30/2007) |
| 04/30/2007 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 10/16/2007 at 08:15 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Rooney, M) (Entered: 04/30/2007) |
| 04/30/2007 | | SERVICE BY MAIL: 2 Summons 3 Civil New Case Documents for LJO served on Michael Petersen. (Rooney, M) (Entered: 04/30/2007) |
| 05/01/2007 | 4 | ORDER, CASE TRANSFERRED to District of Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED; order signed by Judge Lawrence J. O'Neill on 5/1/07. (Rooney, M) (Entered: 05/01/2007) |
| 05/01/2007 | 5 | TRANSMITTAL of DOCUMENTS on *5/1/2007* to * USDC, Northern District of California* *Phillip Burton United States Courthouse* *Post Office Box 36060, 450 Golden Gate Avenue* *San Francisco, CA 94102-3489*. *Electronic Documents: 1 to 5. *. (Rooney, M) (Entered: 05/01/2007) |
| 05/01/2007 | | SERVICE BY MAIL: 4 Order Case Transferred Out to Another District served on Michael Petersen. (Rooney, M) (Entered: 05/01/2007) |

I hereby attest and certify on 5-1-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN, | CASE NO. CV F 07-0646 LJO DLB |
| Plaintiff, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, et al., | |
| Defendants. | |

"Parent pro se" plaintiff Michael Peterson ("plaintiff") appears to attempt to proceed on behalf of his son in this purported civil rights action under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1391(b), a civil action (other than one based on diversity jurisdiction) may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Plaintiff's complaint indicates that claims at issue arose in Contra Costa County. The complaint specifically alleges that "at all relevant times" plaintiff and his son resided in Contra Costa County and that defendants were located in Contra Costa and Sacramento counties. The Fresno Division of this

1  Court is not the proper venue to hear cases arising out of Contra Costa and Sacramento counties. Based
2  on the complaint, the Northern District of California is the appropriate district to hear this action.
3  Accordingly, this Court TRANSFERS this action to the United States District Court for the Northern
4  District of California.

5      By this order, this Court does not rule on plaintiff's ability or standing as a non-attorney to
6  represent his son.

7      This Court DIRECTS the clerk to take necessary action to transfer this action to the United States
8  District Court for the Northern District of California.

9      IT IS SO ORDERED.

10 **Dated:   May 1, 2007**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2