# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
### 2500 Tulare Street
### Fresno, CA 93721

USDC, Northern District of California
Phillip Burton United States Courthouse
Post Office Box 36060, 450 Golden Gate Avenue
San Francisco, CA 94102–3489

RE:      MICHAEL – PETERSEN vs. CALIFORNIA SPECIAL EDUCATION HEARING OFFICE MCGEORGE SCHOOL OF LAW
USDC No.:      1:07–CV–00646–LJO–DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated May 01, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**May 1, 2007**      /s/ **M. Rooney**

    Deputy Clerk

RECEIVED BY: _____

    Please Print Name

DATE RECEIVED: _____

NEW CASE NUMBER: _____