IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN,

    Plaintiff,

  v.

CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, et al.,

    Defendants.

No. C 07-2400 SI

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE, FAILURE TO PROSECUTE AND FAILURE TO SERVE DEFENDANTS**

This matter came on for a regularly-scheduled case management conference on Friday, September 7, 2007 at 11:00 a.m. Plaintiff did not appear, nor did he contact the Court in any way concerning his absence.

This action was filed on April 27, 2007 in the Eastern District of California. That court transferred venue to this court by order dated May 1, 2007. The docket reflects that plaintiff has not filed any proofs of service on any defendants in this action, and no defendants have appeared in the action, although well over 120 days have elapsed since the action was filed. Plaintiff, who has litigated some of these issues related to his son's education previously in this court,[1] is reminded that Rule 4(m) of the Federal Rules of Civil Procedure, a copy of which is attached to this Order, provides that if service of the summons and complaint is not made on a defendant within 120 days of filing the complaint, the court "shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time . . . ."

---

[1] See *Peterson v. Mt. Diablo School District, et al.*, No. C 04-1059 SI (plaintiffs Michael Petersen and Randi Petersen), which was itself related to *Petersen v. Mt. Diablo School District, et al.*, No. C 02-0887 SI (plaintiff Randi Petersen).

Plaintiff is hereby ORDERED to show cause, **in writing filed with the Court no later than September 17, 2007**, why he failed to appear and whether he intends to continue with this action. In addition, in the event that plaintiff intends to proceed with this action, he is **ORDERED to serve defendants with summons and complaint as provided in Rule 4, and file proof thereof with the court, no later than September 24, 2007.** If plaintiff does not comply with this Order, his action will be dismissed without prejudice for failure to prosecute and/or in accordance with Rule 4(m).

**IT IS SO ORDERED.**

Dated: September 10, 2007

SUSAN ILLSTON
United States District Judge