# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/7/07

Case No.   C-07-2400 SI          Judge:   SUSAN ILLSTON

Title: MICHAEL PETERSON  -v- CALIF. SPECIAL EDUCATION

Attorneys: n/a

Deputy Clerk: Tracy Sutton  Court Reporter: Columbini

## PROCEEDINGS

1)   Initial Case Management Conference - NOT HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                             PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will issue an order to show cause re: failure to prosecute.