Vincent Pastorino, CA SBN 095939
Institute for Administrative Justice
University of the Pacific McGeorge School of Law
3455 5th Avenue
Sacramento, CA 95817
Phone: (916) 739-7049
Fax:    (916) 739-7199
e-mail: vpastorino@pacific.edu

Attorney for Defendants California Special Education Hearing Office,
Mcgeorge School of Law, and Vincent Pastorino

_____

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and next of friend to Mike Jr. and Ryan, disabled minor children PRO SE<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, et al<br><br>Defendants. | Case No. Case No. C07-02400 (SBA)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R.3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.  (Civil L.R. 3-16(c)(2).)

DATED: September 13, 2007           By: _____
                                    Vincent Pastorino
                                    Attorney for Defendants
                                    California Special Education Hearing Office
                                    (SEHO), Mcgeorge School of Law, and
                                    Vincent Pastorino