SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED
BROWN, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**DISTRICT DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e)**<br><br>Hearing Date: November 9, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Trial: None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(e), on November 9, 2007, at 9:00 a.m., or as soon thereafter as this matter may be heard by the above

1

DISTRICT DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e);
CASE NO. C07-02400

SF 279736v1

entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO, will move this Court for an order for a more definite statement and/or to strike plaintiffs' Complaint in its entirety without leave to amend pursuant to Federal Rule of Civil Procedure 12(e).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Request for Judicial Notice in support thereof, the pleadings and papers on file, and such further documentary or oral evidence and argument as may be presented.

DATED: September 13, 2007                MILLER BROWN & DANNIS


By: _Amy R. Levine_
SUE ANN SALMON EVANS
AMY R. LEVINE
MATTHEW JUHL-DARLINGTON
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL
DISTRICT, MILDRED BROWN, and KEN FERRO

DISTRICT DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); CASE NO. C07-02400

SF 279736v1