SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**DISTRICT DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e)**<br><br>Hearing Date: November 9, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Trial: None |

Pursuant to Federal Rule of Evidence 201(b), defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO, respectfully request that this Court take judicial notice of the following documents which are not subject to reasonable dispute

1

DISTRICT DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); CASE NO. C07-02400

SF 279756v1

in that they are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned:

    1)    Order Requiring More Definite Statement; Granting Request for Judicial Notice; and Denying Motion to Dismiss, dated June 21, 2004 in the matter *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI;

    2)    Amended Complaint for Damages filed on July 2, 2004, in the matter *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI;

    3)    Order Granting Defendants' Motion to Dismiss dated December 20, 2004 in the matter *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI; and

    4)    Judgment filed by the Court on December 20, 2004 in the matter *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI.

DATED: September 13, 2007        MILLER BROWN & DANNIS

By:  Amy R. Levine
SUE ANN SALMON EVANS
AMY R. LEVINE
MATTHEW JUHL-DARLINGTON
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO

DISTRICT DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR A MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); CASE NO. C07-02400

SF 279756v1