**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI PETERSEN, MICHAEL PETERSEN and MICHAEL PETERSEN, JR., <br><br> Plaintiffs, <br><br> v. <br><br> MT. DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, individually and in her official capacity, CONNIE CUSHING, individually and in her official capacity, and DOES 1 to 50, inclusive, <br><br> Defendants. | No. C 04-01059 SI <br><br> **JUDGMENT** |

Plaintiffs' amended complaint is dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 20, 2004

S/Susan Illston
SUSAN ILLSTON
United States District Judge

EXHIBIT 4
PAGE 1 OF 1