SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>[PROPOSED] ORDER GRANTING DISTRICT DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e)<br><br>Hearing Date: November 9, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Trial: None |

Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO's motion for a more definite statement and/or to strike the plaintiffs' complaint without leave to amend came on for hearing before the Hon. Susan Illston on November 9, 2007,

1

[PROPOSED] ORDER GRANTING DISTRICT DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); CASE NO. C07-02400

SF 279809v1

at 9:00 a.m. in Courtroom 10 of the above-entitled Court. Having read the papers filed by the parties herein, having heard oral arguments, and having considered all relevant factors pertinent to such motion, the Court orders as follows:

MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO's motion for a more definite statement and/or to strike the plaintiffs' complaint is GRANTED. Plaintiffs' complaint shall be stricken in its entirety and this action shall be dismissed with prejudice. Defendants shall recover their costs.

DATED:_____

_____
Honorable Susan Illston
United States District Court Judge

2

[PROPOSED] ORDER GRANTING DISTRICT DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AND/OR TO STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(e); CASE NO. C07-02400

SF 279809v1