1  Michael Petersen, Parent Pro Se
   next of friend of Michael Petersen Jr.
2  and Ryan Petersen
   P.O. Box 2462
3  Visalia Ca. 93291

FILED

07 SEP 17 AM 10:06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN on behalf of himself and
parent and next of friend to Mike Jr. and Ryan
disabled minors children PRO SE

PLAINTIFF'S

V.

CALIFORNIA SPECIAL EDUCATION HEARING
OFFICE, MCGEORGE SCHOOL OF LAW et.al.
HEARING OFFICER, VINCENT PASTORINO
MOUNT DIABLO UNIFIED SCHOOL DISTRICT et. al
MILDRED BROWN, individually and in her official
capacity as assistant superintendent of special education
KEN FERRO, individually and in his official capacity as
Alternative Dispute Resolution Administrator

DEFENDANTS

CASE # C 07-2400SI
        # C 07-CV00646 LJO

REPLY TO 9/10/07 ORDER
TO SHOW CAUSE
MOTION FOR NEW SCHEDULING
ORDER

On 9/10/07, the court issued order to show cause Re; plaintiff's failure to appear at case management conference, failure to prosecute and failure to serve defendants and ordered plaintiff to respond by 9/17/07. Plaintiff hereby reply's as to the courts directives as follows:

Defendants were in fact served with Eastern District Court and Northern District court summons

1  and the complaint. Defendants have acknowledged acceptance of service thus filing briefs
2  accordingly. In light of some defendants hostile response in requesting punishment to plaintiff's
3  by striking plaintiff's complaint without leave to amend and their request to recover attorney's
4  fees, it is this plaintiff that urges the court to recognize the unprecedented travesty that has
5  occurred against plaintiff's children and requests the court not issue further punishment to
6  plaintiff's.
7  In accordance with Fed.R.Civ.P 16 (b), plaintiff is not aware of circumstances that should
8  constitute punishment. This section indicates " the order shall issue as soon as practical but in
9  any event within 90 days after the appearance of the defendant and within 120 days after the
10 complaint has been served on a defendant".
11 Additionally, the 1993 amendment to Fed.R.Civ.P.16(b) elaborates in that " the former rule
12 directed that the order be entered within 120 days from the filing of the complaint. This
13 requirement has created problems because Rule 4(m) allows 120 days for service. The revision
14 provides that the order is to be entered within 90 days after the date a defendant first appears
15 (whether by answer or by a motion under Rule 12 as in this instant matter )and within 120 days
16 after service of the complaint....".
17
18 Respectfully submitted,
19
20 Michael Petersen in Pro SE
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /