IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN,                                             No. C 07-02400SI

       Plaintiff,                                                      **NOTICE**

  v.

CALIFORNIA SPECIAL EDUCATION,

       Defendant.
                                         /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 9, 2007, at 2:00 p.m. The joint initial case management conference statement is due one week prior to the conference.

Dated: 9/19/07                                                                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk