1  SUE ANN SALMON EVANS, State Bar No. 151562
   AMY R. LEVINE, State Bar No. 160743
2  MATTHEW JUHL-DARLINGTON, State Bar No. 215375
   MILLER BROWN & DANNIS
3  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
4  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
5
   Attorneys for Defendants
6  MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED
   BROWN, and KEN FERRO
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL PETERSEN on behalf of       | Case No. C07-02400 SI
   | himself and parent and next of friend to |
12 | Mike Jr. and Ryan disabled minor children | DISTRICT DEFENDANTS' NOTICE OF
   | PRO SE,                              | JOINDER AND JOINDER IN DEFENDANTS
13 |                                      | CALIFORNIA SPECIAL EDUCATION
   |         Plaintiffs,                  | HEARING OFFICE, McGEORGE SCHOOL
14 |                                      | OF LAW, AND VINCENT PASTORINO'S
   |    v.                                | MOTION TO DISMISS COMPLAINT OR IN
15 |                                      | THE ALTERNATIVE, FOR A MORE
   | CALIFORNIA SPECIAL EDUCATION         | DEFINITIVE STATEMENT
16 | HEARING OFFICE, MCGEORGE             | (Fed. R. Civ. Proc. 12 (b)(1), 12(b)(6), and 12(e))
   | SCHOOL OF LAW et al. HEARING         |
17 | OFFICER, VINCENT PASTORINO           |
18 | MOUNT DIABLO UNIFIED SCHOOL          | Hearing Date:   November 9, 2007
   | DISTRICT et al MILDRED BROWN,        | Hearing Time:   9:00 a.m.
19 | individually and in her official capacity as | Courtroom:      10, 19th Flr.
   | assistant superintendent of special  | Judge:           Hon. Susan Illston
20 | education KEN FERRO, individually and |
   | in his official capacity as Alternative | Trial:           None
21 | Dispute Resolution Administrator,    |
22 |                                      |
23 |         Defendants.                  |

24

25

26

27
                                      1
28 DISTRICT DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN DEFENDANTS CALIFORNIA
   SPECIAL EDUCATION HEARING OFFICE, McGEORGE SCHOOL OF LAW, AND VINCENT
   PASTORINO'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE, FOR A MORE
SF 280515v1 DEFINITIVE STATEMENT; CASE NO. C07-02400

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO (collectively known hereafter as "District Defendants") join in California Special Education Hearing Office, McGeorge School of Law, and Vincent Pastorino's ("collectively known hereafter as "McGeorge Defendants") Motion to Dismiss Complaint or in the Alternative, for a More Definitive Statement pursuant to Fed. R. Civ. Proc. 12 (b)(1), 12(b)(6), and 12(e) ("Motion to Dismiss").

## I. JOINDER IN MOTION TO DISMISS

District Defendants join in the McGeorge Defendants' argument that plaintiffs' complaint is jurisdictionally barred because plaintiffs failed to exhaust their administrative remedies. Motion, at pp 11-13, ll 3-7.

District Defendants further join in the McGeorge Defendants' argument for a more definitive statement. Motion, at pp 13-14, ll 9-13.

DATED: September 20, 2007

MILLER BROWN & DANNIS

By: _____
SUE ANN SALMON EVANS
AMY R. LEVINE
MATTHEW JUHL-DARLINGTON
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO