07-2400 SI

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8-24-07 |
|---|---|
| Service of the Summons and complaint was made by me(1) | |

| NAME OF SERVER *(PRINT)* Stephen Mair | TITLE To mildred Brown MDUSD sp.ed. |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: MDUSD 1936 carlotta DR
Eastern Summons # 07CV 00646   Concord CA 94519
Northern Summons # C07CV 2400

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Verbally notified Mildred Brown Secretary MRS Chris Wilbrun @ left summons & complaint in her office

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-24-07
_____      _____
       Date                    Signature of Server

1450 Mardairrpr Concord CA 94521
_____
Address of Server

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.