07-2400 SI

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-24-07 |
| NAME OF SERVER (PRINT) Stephen Mair | TITLE To: Gary Mchenry MDUSD Superintendent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MDUSD 1936 carlothpr Concord CA 44519

Eastern Summons # 07cv00646
Northern Summons # Cv 7cv 2400

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-24-07
_____
Date          Signature of Server

1450 Marclair DR #13
_____
Address of Server

Received summons and complaint for defendant
GMc[signature] 8/24/07

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.