07-2400 SI

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-27-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stephen Mair | TO S.F. HOmcgeorge School of law et.al. |

Check one box below to indicate appropriate method of service  Office of the Dean

Northern Case # C07-02400
Eastern Case # 07CV00646

☑ Served personally upon the defendant. Place where served: Dean's office 3200 Fifth avenue Sacramento, CA 95817

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Summons & complaint served on executive assistant to the dean Laura Friudenberg & Secretary Teresa McManus

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-27-07
_____ Date

_Signature of Server_

1450 Marclair Dr #B Concord CA 94521
_Address of Server_

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.