SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDREDE BROWN, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: November 9, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Flr.<br>Judge: Hon. Susan Illston<br><br>Trial: None |

1

CERTIFICATE OF SERVICE; CASE NO. C07-02400

SF 279859v1

I hereby certify that on October 16, 2007, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the United States Postal Service, First Class postage pre-paid:

(1) **DISTRICT DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR CHANGE OF VENUE, AFFIDAVIT OF BIAS AND PREJUDICE AND REQUEST TO CANCEL CAND SCHEDULE ORDER; and**

(2) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff
P.O. Box 2462
Visalia, CA 93291

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on October 16, 2007, at San Francisco, California.

_____
Christopher Davis