SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**DEFENDANTS MILDRED BROWNE AND KEN FERRO'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge : Hon. Susan Illston<br><br>Trial: None Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of defendants MILDRED BROWNE and KEN FERRO, that as of this date, other than the named parties, there is no such interest to report.

DATED: November 2, 2007         MILLER BROWN & DANNIS

By:   /s/ Amy R. Levine
      AMY R. LEVINE
      Attorneys for Defendants
      MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE and KEN FERRO

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - C-07-2400 SI

SF 286018v1