Michael Petersen
P.O. Box 2462
Visalia Ca. 93291

November 20, 2007

Dean Elizabeth R. Parker
McGeorge School of Law
3200 Fifth Ave
Sacramento Ca. 95817
Fax (916) 739-7330

Amy R Levine
Miller, Brown & Dannis
71 Stevenson St. 19th Fl
San Francisco Ca. 94105
Fax (415) 543-4384

NOV 21 2007

Re. case #C07-00646 LJO
     #C07-002400SI
     Petersen et. al v. McGeorge School of Law et. al , MDUSD et. al.

This letter is written in response to your response of 11/15/07 and 11/16/07 of
my 11/12/07 letter seeking possible resolution of this matter.
It is my intention at this point in time to drop claims on my own behalf if proper
resolution and settlement shall be executed on behalf of Michael Jr. and Ryan in the
very near future.
I propose we agree to take the matter off calandar and/or extend the filing date
ordered on 11/6/07 for plaintiff's more definitive statement due on 11/28/07 and
begin talks on behalf of the minor children including but not limited to reducing
their human dependacy, increasing their self reliance and to expand their productive
capabilities.

In light of McGeorge letter dated 11/16/07 and their recent verbal threat regarding
their position claim of judicial imunity and ultimatum for this plaintiff to dismiss
the case in return for McGeorge not to pursue malicious prosecution against this father
and for their attorney fees, this plaintiff requests McGeorge reconsider it's position.
Our federal Judge clearly held reservation of her ruling regarding McGeorge claimed
judicial imunity and administrative exhaustion in this matter and this plaintiff is
within his rights to file the more definitive statement.

As previously filed by this plaintiff, at a minimum McGeorge acted outside the scope
of it's jurisdiction and voided any claimed judicial imunity jurisdiction when they
violated Title #5, California Code of Regulations section 3089 pertaining to Special
Education Due Process Hearings. This statute clearly states the proceedings are exempt
from "non formal" hearing procedures thus rendering all the proceedings "formal"
requiring the implementation of the Administrative Procedures Act and more importantly,
the issueance of a Administrative Law Judge instead of the standard hearing officer
McGeorge issued. Additionally, the hearing officer was never served a summons in this
case and is not a party to this law suit. Therefore, the scope of judicial jurisdiction
alledged for the hearing officer is moot and non existant.

Moreover, such a threat of McGeorge retailiation and ultimatum to this father is premature
until such time as discovery is completed to fully inquire as to the actual private
services contract McGeorge entered into as, and for a agency created by the constitution
to protect the rights of all special education students which this plaintiff believes
also voids any claimed judicial jurisdiction imunities as a contracting agency.

Page 1 of 2

                              Michael Petersen
                              P.O. Box 2462
                              Visalia Ca. 93291

November 20, 2007
page 2 of 2


Futhermore, this plaintiff believes McGeorge is applying a double standard for their
benifit by utilizing recent 9th circuit opinions and recent education code
clean up legislation for their defences which were non existant in 2003 when
the violations they comitted against special education students occurred.

To this plaintiff's view, he to can apply the same double standard of tactic
as McGeorge clearly lost the private services contract with California Department
of Education in the year 2005 extinguishing any claimed judicial jurisdiction
imunities for this current law suit filed on 4/27/07.

Please consider and reconsider this plaintiff's proposal for taking this matter
off calandar and effecting settlement on behalf of the minor children.

Very truly yours,

Michael Petersen

c.c. Honorable Judge Illston
     MDUSD Superintendent, Gary McHenry & MDUSD Board of Trustees
     with enclosures



UNIVERSITY OF THE
**PACIFIC**
McGeorge School of Law

November 16, 2007

Mike Petersen
P.O. Box 2462
Visalia, CA 93291

RE: *Petersen v. SEHO et al.*
     *Case Number: C07-02400*

**UPM Law Group**

3455 Fifth Avenue
Sacramento, CA 95817
Tel  916.739.7336
Fax  916.739.7199
info@upmlaw.com
www.upmlaw.com

Dear Mr. Petersen:

    Thank you for your letter dated November 12, 2007. My clients, McGeorge Law School and Mr. Pastorino, have asked me to respond to your letter regarding settlement of this case. My clients will agree not to seek recovery of costs and sanctions in this case in exchange for the case being dismissed with prejudice. Moreover, they will agree not to pursue any actions for malicious prosecution. However, because your sons are minors, a settlement agreement will either require court approval or some sort of indemnification language.

    Please feel free to contact me if you wish to pursue such an agreement with McGeorge and Mr. Pastorino.

Sincerely,

Paul Lacy
Senior Staff Attorney
Pacific McGeorge School of Law

PL/sc

STOCKTON  SAN FRANCISCO  SACRAMENTO

AMY R. LEVINE
ATTORNEY AT LAW
alevine@mbdlaw.com

SAN FRANCISCO



MILLER
BROWN
DANNIS
ATTORNEYS

November 15, 2007

**VIA FIRST CLASS MAIL**
Michael Petersen
P.O. Box 2462
Visalia, California 93291

Re: *Michael Petersen, et al. v. California Special Education Hearing Office, et al.*
U.S. District Court Case No. C-07-02400 SI
Our file 5100.13607

Dear Mr. Petersen:

In response to you correspondence of November 13, 2007, the District will consider any resolution proposal you wish to make.

Very truly yours,

MILLER BROWN & DANNIS

Amy R. Levine
ARL/cmd

**SAN FRANCISCO**
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

**LONG BEACH**
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

**SAN DIEGO**
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202

www.mbdlaw.com