1  Michael Petersen Parent Pro SE
   Next of Friend of Michael Petersen Jr.
2  and Ryan Petersen
   P.O. Box 2462
3  Visalia Ca. 93291

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL PETERSEN on behalf of himself        CASE# C07-02400SI
   and parent and next of friend to Mike Jr.       C07-00646LJO
12 and Ryan, disabled minor children PRO SE

13 v.

14

15 CALIFORNIA SPECIAL EDUCATION HEARING          PLAINTIFF'S REQUEST FOR
   OFFICE, MCGEORGE SCHOOL OF LAW et. al.        SETTLEMENT CONFERENCE AND
16 MOUNT DIABLO UNIFIED SCHOOL DISTRICT et. al.  PROTECTIVE/STOP ORDER
   MILDRED BROWN, individually and in her official
17 capacity as assisstant superintendent of special
   education, KEN FERRO, individually and in his
18 official capacity as Alternative Dispute Resolution
   Administrator
19

20 Pursuant to Civil Local Rule #7, Plaintiff's hereby requests this court

21 refer this case for a settlement conference to be held at the court's

22 earliest convience. Plaintiff Pro Se also places this court on notice

23 that plaintiff fears for his health and safety as a direct result of

24 litigating this case. Plaintiff has documented reason to believe he is a

25 target of State and/or Federal professionals or associates thereof. This

26 court has the power to issue order sua sponte to protect plaintiff's in all

27 disability related cases. Plaintiff's seeks immediate protective/stop order

28 to cease the stalking and shall seek redress from all State, Federal,

              plaintiff's request for settlement conference, protective order
                                        1

PETERSEN V MCGEORGE, MDUSD

1  California Constitution and U.S. Constitution sections for violations
2  of rights upon specific matters, events and knowledge thereof. Plaintiff
3  Pro Se himself was victimized as a youth and stands before this court
4  unafraid to seek justice and closure for the minor children unlike anybody
5  from his own past. All forms of self inflicted blame and punishment should
6  never be allowed to manifest from this case or any other past injustice.
7  Plaintiff shall continue to seek closure for this matter and advocate for
8  justice. Plaintiff hereby stipulates for the Honorable Judge Susan Illston
9  to conduct the settlement conference and requests defendants stipulate
10  to same.

11  Respectfully submitted
12  Michael Petersen, Plaintiff PRO SE

13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Plaintiff's request for settlement conference, protective order