Defendants McGEORGE SCHOOL OF LAW and CALIFORNIA SPECIAL EDUCATION HEARING OFFICE (SEHO) (collectively McGEORGE defendants) respectfully submit the following Memorandum of Points and Authorities in support of it's motion to dismiss plaintiffs' complaint for failure to state a claim upon which relief can be granted (FRCP 12(b)(6)).

## I. FACTUAL BACKGROUND

Plaintiffs assert generally that their action "arises out of contract violations that affect the disabled minor children [plaintiffs] Mikey and Ryan," plaintiff Michael Petersen's children. (First Amended Complaint 6:18-26.)[1]  Plaintiffs' complaint, as it pertains specifically to the MCGEORGE defendants, asserts that McGeorge/SEHO was a private entity under contract with the California Department of Education to provide hearing services and thus obligated by various unspecified state and federal laws to be free of discrimination toward special education students. (First Amended Complaint 4:25-5:10; 6:27-7:5.)

Plaintiffs limit their claim against MCGEORGE defendants to their "Second Claim for Relief."  In that claim, plaintiffs allege that the MCGEORGE defendants, in the course of carrying out its function as the California Special Education Hearing Office (SEHO), violated one or more unspecified contractual obligations pertaining to the constitution, various civil rights statues, and the Administrative Procedures Act (APA).  (First Amended Complaint 19:20-21:12.)

Plaintiffs' complaint, however, does not specify or refer to any particular contract involving MCGEORGE defendants, and the complaint does not identify or articulate any state or federal contract "laws" or "provisions" that either govern such contracts or create for plaintiffs a private cause of action against MCGEORGE defendants.

## II. STANDARD OF REVIEW

---

[1] McGeorge defendants' copy of plaintiff's complaint does not include printed page numbers; thus, the page numbers referred to in this brief are based on counting plaintiff's caption page as page one, the next page as page two, and thereafter counting each page consecutively.

McGEORGE defendants' Amended Motion to Dismiss, Case No. C07-02400 (SI)    1