1 | SUE ANN SALMON EVANS, State Bar No. 151562
2 | AMY R. LEVINE, State Bar No. 160743
  | MATTHEW JUHL-DARLINGTON, State Bar No. 215375
3 | MILLER BROWN & DANNIS
  | 71 Stevenson Street, 19th Floor
  | San Francisco, CA 94105
4 | Telephone: (415) 543-4111
  | Facsimile: (415) 543-4384
5 |
6 | Attorneys for Defendants
  | MOUNT DIABLO UNIFIED SCHOOL DISTRICT,
7 | MILDRED BROWN, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**DISTRICT DEFENDANTS' NOTICE AND SECOND MOTION TO STRIKE THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT**<br>(Fed. R. Civ. P. 12(b)(6), 12(e))<br><br>Hearing Date: February 8, 2008<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Flr.<br>Judge: Hon. Susan Illston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on February 8, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-referenced court,

1

DISTRICT DEFENDANTS' NOTICE AND SECOND MOTION TO STRIKE THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT    CASE NO. C07-02400

291798_1

Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO ("District Defendants") will move to dismiss "Plaintiff's Response to Order of 11/6/07 Requiring More Definite Statement Pursuant to Defendant's F.R.C.P. 12(e) Motion" ("Amended Complaint") or, in the alternative, for a more definite statement.

District Defendants seek dismissal of the Amended Complaint in its entirety on the grounds that it fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 12(b)(6).

In the alternative, District Defendants seek an Order from this Court directing Plaintiffs to provide a more definite statement, pursuant to FRCP, Rule 12(e), as to the bases of the Amended Complaint's claims and relief sought. The Amended Complaint fails to put District Defendants on proper notice of the claims against them, thereby preventing them from adequately responding thereto.

This motion will be based on this Notice, the attached memorandum of points and authorities, and on such oral and documentary evidence as may be presented at or before hearing.

DATED: December 17, 2007                    MILLER BROWN & DANNIS

By: _Amy R. Levine_
AMY R. LEVINE
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWN, and KEN FERRO