1  SUE ANN SALMON EVANS, State Bar No. 151562
   AMY R. LEVINE, State Bar No. 160743
2  MATTHEW JUHL-DARLINGTON, State Bar No. 215375
   MILLER BROWN & DANNIS
3  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
4  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:    February 8, 2008<br>Hearing Time:   9:00 a.m.<br>Courtroom:      10, 19th Flr.<br>Judge:           Hon. Susan Illston<br><br>Trial:            None |

1

CERTIFICATE OF SERVICE; CASE NO. C07-02400

SF 279859v1

I hereby certify that on December 17, 2007, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the United States Postal Service, Express mail pre-paid [tracking no. EB 452807283 US]:

(1) **DISTRICT DEFENDANTS' NOTICE AND SECOND MOTION TO STRIKE THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT (Fed. R. Civ. P. 12(b)(6), 12(e));**

(2) **DISTRICT DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR SECOND MOTION TO STRIKE THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT (Fed. R. Civ. P. 12(b)(6), 12(e).);**

(3) **[PROPOSED] ORDER GRANTING MOTION TO STRIKE THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT; and**

(4) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff
P.O. Box 2462
Visalia, CA 93291

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on December 17, 2007, at San Francisco, California.

*Christopher Davis*