IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN, et al., | No. C 07-2400 SI |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE** |
| v. | |
| CALIFORNIA SPECIAL EDUCATION HEARING OFFICE MCGEORGE SCHOOL OF LAW, et al., | |
| Defendants. | |

On December 5, 2007, plaintiffs filed a request for settlement conference and protective/stop order. (Docket No. 44). On December 14 and 17, 2007, defendants filed motions to dismiss the amended complaint. The Court finds it would be premature to require the parties to attend a settlement conference until defendants' motions are resolved. If necessary, the Court will address the propriety of a settlement conference, as well as the other issues raised in plaintiffs' December 5, 2007 filing, after the pending motions are resolved.

**IT IS SO ORDERED.**

Dated: December 20, 2007

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California