SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT,
MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**DISTRICT DEFENDANTS' AMENDED NOTICE AND SECOND MOTION TO STRIKE OR DISMISS THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT**<br>**(Fed. R. Civ. P. 12(b)(6), 12(e))**<br><br>Hearing Date:   February 8, 2008<br>Hearing Time:   9:00 a.m.<br>Courtroom:      10, 19th Flr.<br>Judge:          Hon. Susan Illston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on February 8, 2008 at 9:00 a.m., or as soon

1
DISTRICT DEFENDANTS' AMENDED NOTICE AND SECOND MOTION
TO STRIKE OR DISMISS THE COMPLAINT AND/OR FOR A MORE
DEFINITE STATEMENT
CASE NO. C07-02400

291798_1

thereafter as the matter may be heard in Courtroom 10 of the above-referenced court, Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO ("District Defendants") will move to dismiss or strike "Plaintiff's Response to Order of 11/6/07 Requiring More Definite Statement Pursuant to Defendant's F.R.C.P. 12(e) Motion" ("Amended Complaint") or, in the alternative, for a more definite statement.

District Defendants seek dismissal of the Amended Complaint in its entirety on the grounds that it fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 12(b)(6). They also seek to have the Amended Complaint stricken pursuant to FRCP, Rule 12(e), since the Court has previously ordered Plaintiffs to provide a more definite statement of their claims, and they have failed to comply.

In the alternative, District Defendants seek an Order from this Court directing Plaintiffs to provide a more definite statement, pursuant to FRCP, Rule 12(e), as to the bases of the Amended Complaint's claims and relief sought. The Amended Complaint fails to put District Defendants on proper notice of the claims against them, thereby preventing them from adequately responding thereto.

This motion will be based on this Notice, the attached memorandum of points and authorities, the documents on file in this action, and on such oral and documentary evidence and argument as may be presented at or before hearing.

DATED: December 28, 2007                MILLER BROWN & DANNIS

By: _Amy R. Levine_
AMY R. LEVINE
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO