SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT,
MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>**[PROPOSED] ORDER (AMENDED) GRANTING DISTRICT DEFENDANTS' SECOND MOTION TO STRIKE OR DISMISS THE COMPLAINT AND/OR FOR A MORE DEFINITE STATEMENT**<br>**(Fed. R. Civ. P. 12(b)(6), 12(e))**<br><br>Hearing Date:   February 8, 2008<br>Hearing Time:  9:00 a.m.<br>Courtroom:       10, 19th Flr.<br>Judge:                Hon. Susan Illston |

The Second Motion to Strike or Dismiss the Complaint and/or for a More Definite Statement, filed by Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED

1

PROPOSED ORDER (AMENDED) RE: DISTRICT DEFENDANTS' SECOND MOTION TO STRIKE OR DISMISS AND/OR FOR A MORE DEFINITE STATEMENT

CASE NO. C07-02400

291827_1

BROWNE, and KEN FERRO ("District Defendants"), was heard before the Honorable Susan Illston on February 8, 2008, at 9:00 a.m. in Courtroom 10 of the above-entitled Court.

Having read the papers filed by the parties herein, having heard oral arguments, and having considered all relevant factors pertinent to such motion, the Court orders as follows:

District Defendants' motion is GRANTED. "Plaintiffs' Response to Order of 11/6/07 Requiring More Definite Statement Pursuant to Defendant's F.R.C.P. 12(e) Motion" shall be stricken in its entirety and this action shall be dismissed with prejudice. District Defendants shall recover their costs.

DATED: _____ By: _____
Honorable Susan Illston
United States District Court Judge

2

PROPOSED ORDER (AMENDED) RE: DISTRICT DEFENDANTS'
SECOND MOTION TO STRIKE OR DISMISS AND/OR FOR A MORE
DEFINITE STATEMENT

CASE NO. C07-02400

291827_1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105