# PROOF OF SERVICE VIA U.S. MAIL

I, Stacy Conley, declare as follows:

I am employed in the County of Sacramento, California; I am over the age of 18 years and not a party to the within action. My business address is 3455 Fifth Avenue, Sacramento, California 95817. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On January 17, 2008, I served a copy of the following document:

**McGEORGE DEFENDANTS' OPPOSITION TO PLAINTIFFS MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO EXCLUDE DEFENDANTS' FILINGS**
**Case Number: C07-02400 (SI)**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Michael Petersen**
**P.O. Box 2462**
**Visalia, CA 93291**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 17, 2008, in Sacramento, California.

_____
Stacy Conley, Legal Secretary
McGeorge School of Law