1  Michael Petersen  Parent PRO SE
   next of friend of Michael Petersen Jr
2  and Ryan Petersen
   P O Box 2462
3  Visalia Ca  93291



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN ON BEHALF OF HIMSELF AND PARENT AND NEXT OF FRIEND TO MIKE Jr  AND Ryan PRO SE | CASE # C07 2400 SI<br>       # C07 00646 LJO<br><br>PLAINTIFFS OPPOSITION TO MDUSD ET AL & MCGEORGE SCHOOL OF LAW ET AL FILED SUBMISSIONS RE. PLAINTIFFS MORE DEFINITIVE STATEMENT SITING FJRCP 83(a 1 2 b) 28 USC 2071, 2072 & 2073 |
| CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW, VINCENT PASTORINO ET AL  MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET AL, MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education, KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator | HEARING: 2/8/08<br>TIME: 9:00am 2:30pm<br>COURTROOM #10<br>JUDGE: HON. Susan Illston |

Plaintiff's hereby oppose MDUSD et. al. and Mcgeorge School of Law et. al. filed submissions re: Plaintiff's More Definitive Statement siting FJRCP 83 (a)(1)(2)(b) and 28 USC 2071, 28USC 2072, 28 USC 2073 et seq. Defendant's filed submissions must fail as a matter of law. Plaintiff's must not be made by defendant's into completing the task of the judiciary. Pursuant to the

1. above stated laws, Plaintiff's hereby oppose all defendant's filed
2. submissions to Plaintiff's More Definitive Statement filed on 11/28/07.
3.
4. Respectfully,
5. Plaintiff in PRO SE,
6. *Michael Petersen*