SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al., HEARING OFFICER, VINCENT PASTORINO, MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al., MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education, KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C-07-02400 SI<br><br>**NOTICE OF MOTION AND MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS AND IMPOSE PRE-FILING CONDITIONS**<br><br>Hearing Date:   March 21, 2008<br>Hearing Time:   9:00 a.m.<br>Courtroom:      10, 19th Flr.<br>Judge:          Hon. Susan Illston<br><br>Trial:          None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND RANDI PETERSEN:**

**NOTICE IS HEREBY GIVEN** that on March 21, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-referenced court, Defendants MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO ("District

1

NOTICE OF MOTION AND MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS AND IMPOSE PRE-FILING CONDITIONS; C-07-02400 SI

SF 292724v1

Defendants") will move to have Michael Petersen and Randi Petersen, on behalf of themselves and/or their children Michael Petersen Jr. ("Mikey") and Ryan Petersen, declared to be vexatious litigants and to have pre-filing conditions imposed upon them.   This motion is made pursuant to the All Writs Act, 28 U.S.C. section 1651(a) and the Court's inherent power to enter appropriate sanctions and control its docket.

This motion will be based on this notice of motion and motion, the memorandum of points and authorities, declarations, request for judicial notice, and proposed order filed concurrently herewith, the documents on file in this action, and on such further oral and documentary evidence and argument as may be presented at or before hearing.

DATED: January 28, 2007              MILLER BROWN & DANNIS


By: Amy R. Levine
SUE ANN SALMON EVANS
AMY R. LEVINE
MATTHEW JUHL-DARLINGTON
Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO

2

NOTICE OF MOTION AND MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS AND IMPOSE PRE-FILING CONDITIONS; C-07-02400 SI

SF 292724v1