SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN on behalf of himself and parent and next of friend to Mike Jr. and Ryan disabled minor children PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW et al. HEARING OFFICER, VINCENT PASTORINO MOUNT DIABLO UNIFIED SCHOOL DISTRICT et al MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>Defendants. | Case No. C07-02400 SI<br><br>DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR AN ORDER DECLARING PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS<br><br>Hearing Date:     March 21, 2008<br>Hearing Time:    9:00 a.m.<br>Courtroom:       10, 19th Flr.<br>Judge:           Hon. Susan Illston<br><br>Trial:           None |

I, Midred D. Browne, Ed.D., declare:

1. I am the Assistant Superintendent, Pupil Services/Special Education, of the Mt. Diablo Unified District ("District") and make this declaration in support of the District

1

DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR ORDER DECLARING PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS; CASE NO. C07-02400

SF 291796v1

1. Defendants' Motion For An Order Declaring Plaintiffs Vexatious Litigants and Imposing Pre-Filing Conditions. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would competently testify to all of the facts stated herein.

2. I have reviewed the attached attendance/student records maintained by the District concerning Michael Patrick Petersen (Michael Petersen, Jr.), and Ryan Petersen, the minor children of Michael and Randi Petersen, and can attest to their authenticity.

3. The District's attendance/student records for Michael Patrick Petersen evidence the fact that his last day of enrollment at the District was September 19, 2003, and that he has not been enrolled as a student in the District since that time. A true and correct copy of the Cumulative Record maintained by the District for Michael Patrick Petersen evidencing his last day of enrollment at the District is attached hereto as Exhibit A.

4. The District's attendance/student records for Ryan Petersen evidence the fact that his last day of enrollment at the District was October 10, 2003, and that he has not been enrolled as a student in the District since that time. A true and correct copy of the Cumulative Record maintained by the District for Ryan Petersen evidencing his last day of enrollment at the District is attached hereto as Exhibit B.

5. The District's attendance/student records also evidence the fact that on February 27, 2007, the District received a written request from Eleanor Roosevelt Community Learning Center, a California Public Charter School, located at 31191 Road 180, Visalia, California 93292, to transfer Ryan Petersen's records to that school, stating that Ryan Petersen was "now enrolled in our charter school. Please send Cumulative Record and all other pertinent records including health and special education information." The written request was signed by a school official and Randi Petersen, Ryan Petersen's mother, authorizing the records transfer. A true and correct copy of the records transfer request from Eleanor Roosevelt Community Learning Center is attached hereto as Exhibit C.

6. On February 27, 2007, in compliance with the authorized records transfer request from Eleanor Roosevelt Community Learning Center and Randi Petersen, the District forwarded

2

DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR ORDER DECLARING PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS ; CASE NO. C07-02400

SF 291796v1

Ryan Petersen's student records to Eleanor Roosevelt Community Learning Center on February 27, 2007. A true and correct copy of the Cum Data entry evidencing the effective date of transfer of Ryan Petersen's student records is attached hereto as Exhibit D.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 17th day of December, 2007.

                                                Mildred D. Browne, Ed.D.
                                                Assistant Superintendent
                                                Pupil Services/Special Education
                                                Mt. Diablo Unified School District

3

DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR ORDER DECLARING PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS ; CASE NO. C07-02400

SF 291796v1

1  Ryan Petersen's student records to Eleanor Roosevelt Community Learning Center on February
2  27, 2007. A true and correct copy of the Cum Data entry evidencing the effective date of transfer
3  of Ryan Petersen's student records is attached hereto as Exhibit D.
4      I declare under penalty of perjury, under the laws of the State of California, that the
5  foregoing is true and correct.
6      Executed this 17th day of December, 2007.

*Mildred D. Browne Ed.D.*
Mildred D. Browne, Ed.D.
Assistant Superintendent
Pupil Services/Special Education
Mt. Diablo Unified School District

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 289696v1

3

DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT DEFENDANTS' MOTION FOR ORDER DECLARING PLAINTIFFS VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS ; CASE NO. C07-02400