CUMULATIVE RECORD — MT. DIABLO UNIFIED SCHOOL DISTRICT, CONCORD, CALIFORNIA         213924

**LEGAL NAME:** Petersen, Michael Patrick       **STUDENT #:** [redacted]
**ADDRESS:** [illegible], Phone [illegible] 895[illegible]
**DATE OF BIRTH:** 8 / 31 / 92   Sex: M   **PLACE OF BIRTH:** Walnut Creek

**EVIDENCE OF BIRTHDATE:** ☑ 1. Birth Certificate  ☐ 2. Religious Records  ☐ 3. Previous School Records  ☐ 4. Passport  ☐ 5. Notarized Affidavit by Natural Parent  ☐ 6. Armed Forces Dependent's ID Card

**SPECIAL PROGRAMS:** ☑ 1. Special Education  ☐ 2. Gifted/Talented  ☐ 3. English as a Second Language (ESL)  ☐ 4. Miller-Unruh  ☐ 5. Compensatory Education  ☐ 6. Other

| PLACEMENT | | | | TRANSFER RECORD | | FAMILY MEMBERS | |
|---|---|---|---|---|---|---|---|
| Date | Grade | School | Teacher | Date | To What School District | Relationship | Name (Last, First) |
| 9/3/97 | K | Gregory Gardens | Spencer | 1/9/98 | Home? | Father | Petersen Michael |
| 9/14/97 | pre K | " | Elizabeth-Richardson | | | Mother | " Kristi |
| 9/15/97 | — | enrolled Montessori (out of district) | | 9/9/98 | Monte Gardens | | |
| 4/9/98 | 1 | Monte Gardens | Lowe | 9/18/99 | LD | | |
| 9/8/99 | 1 | Ayers | Wiminz | 12/17/[?] | | | |
| 1/3/01 | 1(?) | Highlands | Wrenn | 9/1/[?] | [illegible] | | |
| 9/6/01 | 2 | " | Wrenn | / / | | | |
| 1/6/04 | 3 | " | Keller | / / | | | |
| 7/[?]/[?] | | [illegible] | | / / | | | |
| / / | | | | / / | | | |
| / / | | | | / / | | | |
| / / | | | | / / | | | |
| / / | | | | / / | | Home Language Survey Completed ☑ | |
| / / | | | | / / | | GRADUATION RECORD  DATE | |
| / / | | | | / / | | Promoted from Elem: | |
| / / | | | | / / | | Promoted from grade 8: | |