**CUMULATIVE RECORD — MT. DIABLO UNIFIED SCHOOL DISTRICT, CONCORD, CALIFORNIA**

LEGAL NAME: Petersen Ryan Edward  STUDENT # 2136773

ADDRESS: _____ PHONE: _____

DATE OF BIRTH: 6 / 27 / 94  (M)  PLACE OF BIRTH: Walnut Creek, CA

EVIDENCE OF BIRTHDATE: ☒ 1. Birth Certificate  ☐ 3. Previous School Records  ☐ 5. Notarized Affidavit by Natural Parent
☐ 2. Religious Records  ☐ 4. Passport  ☐ 6. Armed Forces Dependent's ID Card

SPECIAL PROGRAMS: ☒ 1. Special Education  ☐ 3. English as a Second Language (ESL)  ☐ 5. Compensatory Education
☐ 2. Gifted/Talented  ☐ 4. Miller-Unruh  ☐ 6. Other

| PLACEMENT | | | | TRANSFER RECORD | | FAMILY MEMBERS | | |
|---|---|---|---|---|---|---|---|---|
| Date | Grade | School | Teacher | Date | To What School District | Relationship | Last | First |
| / / | | | | / / | | Father | Petersen | Michael |
| ?/?/98 | K | Shadelands | ? | 6/15/0? | to Highlands SDC | Sibling | " | Mikey |
| ?/?/99 | 1 | Shadelands | ? | / / | | | | |
| 1999 | K | Ayers | Ortner | / / | Private School | | | |
| ?/00 | 1 | Ayers | Schmidt | / / | | | | |
| 9/5/01 | 2 | Highlands | McQuade | / / | | | | |
| 9/?/02 | 3 | " | McQuade | / / | | | | |
| ?/?/?? | 4 | Intentional | ? | / / | | | | |

Home Language Survey Completed ☒

GRADUATION RECORD  DATE
Promoted from Elem: _____
Promoted from grade 8: _____
Graduated from grade 12: _____