FEB-27-2007 16:42 AM                                                    P.01

**2ND REQUEST**

Eleanor Roosevelt Community Learning Center
31191 Rd 180
Visalia, CA 93292
559-592-9160

To: __Mt. Diablo Unified School Dist.__
    __925-682-8000__
    __Concord, CA__  Fx 925-682-4280

The following students are now enrolled in our charter school. Please read Cumulative Record and all other pertinent records including health and special education information.

| Student Name | Date of Birth | Grade |
|---|---|---|
| Ryan Petersen | 6-21-94 | 7th |
| | | |

_[signatures]_
Parent Signature                School Official

2136773