```
              - * * * * CUM DATA SCREEN * * * * *

OPTION-U    STUDENT-2136773

            RYAN                    PETERSEN              BIRTH-062794
                                    CUM          ENR     EFF
            SCHOOL-92   GRADE-08    STATUS-L     CODE-LW  DATE 031105

            ----- DATE -----        --- MICROFICHE ---   SPECIAL ED.
            FILE       RETURN           #1       #2      STATUS
            022707

            -DATE PR SENT-               #3       #4


            -CARRY DATA OVER FOR NEXT YEAR

            SENDING INFO:
                ATTENTION-SCANNED/ELEANOR ROOSEVEL
                   SCHOOL-COMMUNITY LEARNING CTR
                   ADDRESS-
            CITY,STATE,ZIP-VISALIA, CA
```