1 | Michael Petersen, Parent PRO SE
2 | next of friend of Michael Petersen Jr. and Ryan Petersen
3 | 3375 Port Chicago Hwy Ste. 30-166
  | Concord Ca. 94520

RECEIVED
2008 JAN 25 P 5:03
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
JAN 25

RICHARD W.
CLERK, U.S. DIST.
NORTHERN DISTRICT OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN ON BEHALF OF HIMSELF AND PARENT AND NEXT OF FRIEND TO MIKE JR. AND RYAN PRO SE | CASE #C07-2400SI #C07-00646LJO |
| | Notice RE: Change of Address |
| | PLAINTIFFS REPLY TO MDUSD et.al. MCGEORGE et.al. OPPOSITION TO PLAINTIFFS MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO EXCLUDE DEFENDANTS FILINGS RE: PLAINTIFFS MORE DEFINITE STATEMENT OF 11/28/07 |
| CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW, VINCENT PASTORINO ET AL, MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET AL, MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education, KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator | HEARING: 2/8/08 TIME: 9:00am, 2:00pm COURTROOM #10 Judge: Hon. Susan Illston |

Plaintiff has motioned for judgment on the pleadings and motioned to exclude defendant's filings relating to plaintiff's More Definite Statement filed on 11/28/07. Plaintiff is entitled to judgment as a matter of law. Defendants responded to a 11th day closure of the pleadings subsequent to plaintiff's more definite statement and filed law briefs thereto.

1  Regardless of the accuracy of an alledged 11th day closure of the pleadings,
2  the court must now look to the Federal Judicial Rules Of Civil Procedure
3  to rule on plaintiff's motions and reply, and defendant's opposition.
4  Plaintiff nor the CAND, or it's clerks have initiated FJRCP 55(a) actions
5  pursuant to requirements of law. Plaintiff's did however, file FJRCP 12(c)
6  motion to pierce the pleadings and thereby test the suffiency of the defence
7  and has asked for judgement as a matter of law.
8  Pursuant to defendant's 9/07 FJRCP 12 (b)(6) motions, they did not argue
9  that plaintiff's claims were untrue but rather stated plaintiff's claims did
10 not constitute a violation of law by the defendants. Pursuant to plaintiff's
11 more definite statement filed on 11/28/07, the facts underlying the 4/27/07
12 complaint far exceed the minimal pleading requirements by law. The defendant's
13 must not be allowed to stall the proceedings and create plaintiff's more
14 definite statement into a illusionary 1st amended complaint to have leave to
15 file more FJRCP rule(12) motions instead of answering. Futhermore, the
16 defendants can not file amendment to their untimely submissions and their
17 12/28/07 filings must be excluded from the proceedings.  Defendant's have
18 created the illusion of a first amended complaint to allow themselves the
19 unlawful window of time to file their 12/28/07 amended brief/motion that
20 does not exist by law under FJRCP 15(a), FJRCP 12(a)(4)(B) or elsewhere.
21 On 10/5/07, plaintiff's filed motion for change of venue and effected service
22 under the same time parameters of plaintiff's 1/4/08 rule 12(c) motion and
23 motion to exclude defendants submissions. The defendants arguments opposition must fail
24 and there can not be a double standard now that the CAND has established the
25 status quo in regards to the time parameters.
26
27 Pursuant to CIV L. R. 7-2(a), plaintiff timely filed, served and noticed
28 his 1/4/08 motions. Nowhere does it state in these rules that the plaintiff

1 | must allow 3 additional days for service, in order for his motion to be
2 | heard and ruled upon. The defendants are simply instructed to file opposition
3 | within 21 days of noticed hearing pursuant to CIV. L. R. 7-3(a).
4 | Additionally, pursuant to FJRCP Rule 12(a)(4)(B) the rules state "if the court
5 | grants a motion for a more definite statement, the responsive pleading shall
6 | be "served" within 10 days after the service of the plaintiff's more
7 | definite statement, under FJRCP 12(a)(4)(B) in which defendants certificate
8 | of service was not within 10 days but rather on 12/17/07 (civil docket #50)
9 | Oral argument shall be made that the defendants did not serve the plaintiff's
10 | in accordance with the FJRCP and their submissions to plaintiff's more
11 | definite statement must be excluded. Plaintiff's hereby request judgment on
12 | the pleadings as a matter of law. There is no court order or orders under the
13 | CIV L R. 5-5 that Place into effect FRCP 5(b), 6(e) allowing
14 | additional time for defendants.

15 | Respectfully submitted,
16 | Michael Petersen