UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETERSON et al,

    Plaintiff,

v.

CALIFORNIA SPECIAL EDUCATION
HEARING OFFICE MCGEOR et al,

    Defendant.
_____/

Case Number: CV07-02400 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Petersen
3375 Port Chicago Hwy Ste. 30-166
Concord, CA 94520

Dated: February 12, 2008

                        Richard W. Wieking, Clerk
                        By: Tracy Sutton, Deputy Clerk