UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 12 2008

CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.  C-07-2400 SI          Judge:  SUSAN ILLSTON

Title: MICHAEL PETERSON -v- CALIF. SPECIAL EDUCATION

Attorneys: Peterson (pro se)   A. Levine

Deputy Clerk: Tracy Sutton   Court Reporter: J. Gonzales

**PROCEEDINGS**

1) _Defendant's Motion to Strike, Dismiss -_

2) _Pltf. Motion for Judgment on the Pleadings - HELD_

3) _____

Order to be prepared by: ( )Pltf  ( )Deft  (X )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN  (X ) SUBMITTED
                     PART

Case continued to ___@ 2:30 p.m._ for Further Case Management Conference

Case continued to ___@ 9:00 a.m.__ for Motions
(Motion due , Opposition  Reply )

Case continued to __@ 3:30 p.m._ for Pretrial Conference

Case continued to __@ 8:30 a.m._ for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The further case management conference schedule for this afternoon is vacated.