1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    MICHAEL PETERSEN, *et al.*,                No. C 07-2400 SI
9              Plaintiffs,                **ORDER DENYING PLAINTIFFS'
                                           REQUEST FOR ENTRY OF JUDGMENT
10     v.                                  RE: FRCP 54(b), REQUEST TO ORDER
                                           AND IMPLEMENT BENEFIT OF
11   CALIFORNIA SPECIAL EDUCATION          JUDGMENT RE: FRCP 62(h)**
     HEARING OFFICE MCGEORGE SCHOOL OF
12   LAW, *et al.*,
13              Defendants.
                                    /
14

15          By order filed February 11, 2008, the Court granted defendants' motion to dismiss with limited

16   leave to amend, and denied plaintiffs' motion for judgment on the pleadings.  On February 12, 2008,

17   plaintiffs filed an "Express Request for Entry of Judgment re: FRCP 54(b), Request to Order and

18   Implement Benefit of Judgment re: FRCP 62(h)."  Although somewhat unclear, it appears plaintiffs are

19   requesting the Court to enter partial judgment in their favor, and to order defendants to provide certain

20   relief to plaintiffs.

21          The Court DENIES plaintiffs' motion.  (Docket No. 71).  As set forth in the Court's February

22   11, 2008 order, the Court dismissed much of plaintiffs' complaint without leave to amend, and granted

23   limited leave to allege an IDEA claim related to Ryan's 2005-2006 IEP.  At the conclusion of this case,

24   the Court will enter a single judgment.

25          **IT IS SO ORDERED.**

26

27   Dated: February 14, 2008                    _____
                                                 SUSAN ILLSTON
28                                               United States District Judge