1  Michael Petersen PRO SE
   next of friend of Michael Petersen Jr.
2  and Ryan Petersen
   3375 Port Chicago Hwy 30-166
3  Concord Ca. 94520



FILED

2008 FEB 29 P 5:49

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12  Petersen et. al                              CASE C07-02400SI

14  Mount Diablo Unified School District et. al.

PLAINTIFF'S OPPOSITION TO
MDUSD et. al. MOTION TO DECLARE
MICHAEL SR., MICHAEL JR. AND
RYAN PETERSEN VEXATIOUS
LITIGANTS WITH PREFILING
ORDERS AND CONDITIONS

HEARING DATE: March 21, 2008
HEARING TIME: 9:00am
COURTROOM: 10, 19th FL.
JUDGE: HON. Susan Illston

Plaintiff's hereby strongly oppose any order for pre filing conditions or vexatious litigant status. Plaintiff must not be punished and prejudiced for the actions of his ex wife (R.P.). Plaintiff is legally divorced, is a seperate individual, legal entity, and maintains sole legal custody of the minor children pursuant to state court order. This is plaintiff's 1st pro se filing and he does not meet the requirements of C.C.P. Sec. 391. He has not brought pro se suit five times in the proceeding seven year period.

In this instant case C07-02400SI, plaintiff has plead new issues of fact and law of a civil nature regarding contract and other theories of recovery in over 2 dozen claims for relief that require final and individual determination as to their merits. The nature of some claims extend from the facts that the MDUSD gave Michael Jr. (then 10 yrs old) ten cumlative assault and battery suspentions with crime report numbers sent to the state, issued four point restraint orders for school staff to hold down his extremities, sought to demote him into a more restrictive (locked) placement, and the following school year refused to school him or provide special education services for the entire year while he sat at home and the MDUSD took this father to state hearing. Soon thereafter, an order followed from state hearing listing Michael Jr had won all the issues but declined to rule on the contract portion. In June 2002, the MDUSD concluded a manifestation I.E.P. in which they documented that Michael's negative behaviors were a direct result of and caused by his disabilities. Also in 6/02, the MDUSD issued a letter stating they could not continue to deny Michael Jr. a education based on his disability (after he received the assault and battery suspentions from 3/02-5/02) but let him sit at home the whole next school year. As the court knows, Michael Jr. is diagnosed with a autism disorder. To add insult to injury, the MDUSD now seeks to strip plaintiff's of their rights. 2/29/08