SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
MOUNT DIABLO UNIFIED SCHOOL DISTRICT, MILDRED BROWNE, and KEN FERRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

---

CERTIFICATE OF SERVICE; CASE NO. C07-02400

SF 279859v1

1

I hereby certify that on March 10, 2008, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the United States Postal Service, First Class postage pre-paid:

(1) **MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S ANSWER TO PLAINTIFF'S RESPONSE TO ORDER OF 2/11/08 RE: PLAINTIFF'S 11/28/07 BRIEF RE: MAINTENANCE OF I.D.E.A CLAIMS; and**

(2) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on March 10, 2008, at San Francisco, California.

_____
Christopher Davis