SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. C 07-02400 SI<br><br>**DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS**<br><br>NEW Hearing Date: June 27, 2008<br>Current Date:     March 21, 2008<br>Time  :     9:00 a.m.<br>Dept  :     10, 19th Floor<br>Judge :     Hon. Susan Illston<br><br>**Trial:**     **None Set** |

I, Amy R. Levine, declare:

1.     I am an attorney with the law firm of Miller Brown & Dannis, counsel of record for Defendant Mt. Diablo Unified School District ("District") in the instant action, and make

1

DECL. OF A. LEVINE IN SUPPORT OF DEF.'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 303138v1

this declaration in support of the Defendant's Ex Parte Application to Continue Hearing Date of Defendant's Motion to Declare The Petersens Vexatious Litigants. I have personal knowledge of the facts contained in this declaration, except for those facts stated on information and belief, and, as to those facts, I believe them to be true. If called as a witness, I could competently testify to all of the facts stated herein.

2. On March 5, 2008 I sent Michael Petersen, parent of plaintiff Ryan Petersen, a letter via Federal Express Overnight Mail stating that the District intends to file a motion to dismiss and/or for summary judgment in response to Plaintiff Ryan Petersen's Response to Order of 2/11/08 Re: Plaintiff's 11/28/07 Brief Re: Maintenance of I.D.E.A. Claims and requesting that he stipulate to continue Defendant's Motion for an Order Declaring the Petersens Vexatious Litigants and Imposing a Prefiling Order ("Vexatious Litigant Motion") so that the District's dispositive motion could be heard prior to or concurrently with the Vexatious Litigant Motion. As of March 12, 2008 I have not received a reply to my request.

3. On March 12, 2008 I caused a copy of Defendant's Ex Parte Application to Continue Hearing Date of Defendant's Motion to Declare The Petersens Vexatious Litigants and supporting declaration to be deposited with Federal Express, marked for next day delivery, and addressed to Michael Petersen, 3375 Port Chicago Hwy 30-166, Concord, California, 94520. Attached hereto is a true and correct copy of Federal Express Airbill No. 843269560219 requesting next day delivery to Michael Petersen.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Signed this 12th day of March 2008, at San Francisco, California.

/s/ Amy. R. Levine
Amy R. Levine

2

DECL. OF A. LEVINE IN SUPPORT OF DEF.'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 303138v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105