# FedEx USA Airbill

**From**
Date: 3-12-8
Sender's Name: Amy Levine
Phone: 415 543-4111
Company: MILLER BROWN & DANNIS
Address: 71 STEVENSON ST FL 19
City: SAN FRANCISCO   State: CA   ZIP: 94105-2934

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Michael Petersen
Company: 
Address: 3375 Port Chicago Hwy 30-166
City: Concord   State: CA   ZIP: 94520

Tracking: 8432 6956 0219
Form I.D. No.: 0215

**4a Express Package Service**
5 ☒ FedEx Standard Overnight

**5 Packaging**
6 ☒ FedEx Envelope*

**7 Payment**
1 ☒ Sender

447

**Exhibit A**
**Page 1 of 1**

*Extremely Urgent*