SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>  Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | Case No.  C O7-02400 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS<br><br>NEW Hearing Date: June 27, 2008<br>Current Date:    March 21, 2008<br>Time :           9:00 a.m.<br>Dept :           10, 19th Floor<br>Judge :          Hon. Susan Illston<br><br>**Trial:**          **None Set** |

Defendant Mount Diablo Unified School District's *Ex Parte* Application to Continue Hearing Date of Defendant's Motion To Declare The Petersens Vexatious Litigants is GRANTED. The hearing on Defendant's Motion for an Order Declaring the Petersens Vexatious Litigants and Imposing a Prefiling Order shall be continued to June 27, 2008 at 9:00 a.m.

DATED:_____          _____
                                Honorable Susan Illston
                                United States District Court Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 303147v1