SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>       Plaintiffs,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>       Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

1

SF 279859v1  CERTIFICATE OF SERVICE; CASE NO. C07-02400

I hereby certify that on March 12, 2008, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the Federal Express (Airbill No. 843269560219) marked for overnight delivery:

(1) **MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS;**

(2) **DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS;**

(3) **[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; AND**

(4) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on March 12, 2008, at San Francisco, California.

Christopher Davis