1  SUE ANN SALMON EVANS, State Bar No. 151562
   sueannsalmonevena@mbdlaw.com
2  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
3  MATTHEW JUHL-DARLINGTON, State Bar No. 215375
   mjuhldarlington@mbdlaw.com
4  MILLER BROWN & DANNIS
5  71 Stevenson Street, 19th Floor
   San Francisco, CA  94105
6  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
7

8  Attorneys for Defendant
   MOUNT DIABLO UNIFIED SCHOOL DISTRICT
9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  RYAN PETERSEN,                      Case No.  C O7-02400 SI

13            Plaintiff,                **[PROPOSED] ORDER GRANTING
                                        DEFENDANT'S *EX PARTE* APPLICATION
14       v.                             TO CONTINUE HEARING DATE OF
                                        DEFENDANT'S MOTION TO DECLARE
15  MOUNT DIABLO UNIFIED SCHOOL         THE PETERSENS VEXATIOUS LITIGANTS**
    DISTRICT,
16
                                        NEW Hearing Date: June 27, 2008
17            Defendant.                Current Date:     March 21, 2008
                                        Time  :           9:00 a.m.
18                                      Dept  :           10, 19th Floor
                                        Judge :           Hon. Susan Illston
19
                                        **Trial:          None Set**
20

21       Defendant Mount Diablo Unified School District's *Ex Parte* Application to Continue

22  Hearing Date of Defendant's Motion To Declare The Petersens Vexatious Litigants is

23  GRANTED.   The hearing on Defendant's Motion for an Order Declaring the Petersens

24  Vexatious Litigants and Imposing a Prefiling Order shall be continued to June 27, 2008 at 9:00

25  a.m.

26  DATED:_____        _____
                                 Honorable Susan Illston
27                               United States District Court Judge

28                                          1

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING
DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO.
07-02400 SI

SF 303147v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105