Michael Petersen, Parent PRO SE
next of friend of Michael Petersen Jr.
and Ryan Petersen
3375 Port Chicago Hwy
P.O. Box 30-166
Concord Ca. 94520

RECEIVED

2008 MAR 14 A 6:01

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN ON BEHALF OF
HIMSELF AND PARENT AND NEXT OF
FRIEND TO MIKE JR. AND RYAN PRO SE

v

original case title:
CALIFORNIA SPECIAL EDUCATION HEARING
OFFICE, MCGEORGE SCHOOL OF LAW ET.AL.,
MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL.,
MILDRED BROWN, individually and in her official
capacity as assistant superintendent of special
education, KEN FERRO, individually and in his
official capacity as alternative dispute
resolution administrator

CASE #C07-02400SI

PLAINTIFF'S OPPOSITION TO MDUSD
EX PARTE MOTION RECEIVED 3/13/08
REQUEST FOR SETTLEMENT CONFERENCE
& STAY PROCEEDINGS, REQUEST FOR
JUDITIAL NOTICE RE: GOV. CODE
935.4

HEARING : 3/21/08
TIME: 9:00am
COURTROOM #10 19th FL
HON. Susan Illston

Plaintiff's Michael Petersen Sr., Michael Petersen Jr. and Ryan Petersen hereby oppose MDUSD ex-parte motion request to continue their hearing date of 3/21/08 to declare plaintiff's vexatious litigants. Plaintiff's hereby request settlement conference on 3/21/08 or as soon as the court sets and additionally requests the court stay proceedings in liu of settlement conference. Plaintiff's forward the following in the alternative and in support of their opposition. Plaintiff's shall be highly prejudiced by not having imeadiate oppotunity to defend themselves on 3/21/08. Defendants have made serious claims against plaintiff's including request for monetary

sanctions in their 3/5/08 requested stipulation that plaintiff's did not sign. No good cause exists to have plaintiff's unduly delayed in their defense of the MDUSD motion, and their claim of judicial economy to avoid the 3/21/08 hearing serves as a pre mature discovery tactic that plaintiff is now forced to disclose to have opportunity to timely defend himself and minor children. Good merit exists on all plaintiff's claims. Ryan Petersen's need for the MDUSD to engage in settlement conference is especially urgent and the resolution of his claims would prevent additional exascerbations of his disabilities with the court overseeing and safegarding his needs. Ryan would be greatly prejudiced with any continuance and opportunity for the MDUSD to stall or perhaps await new legal rulings or case law to use against him. Any compromise and release effected by the parties expired at the end of the 2005 extended school year pursuant to the IDEA contract SN03-01885 and any extention of civil statute claims have not expired per the California Civil Procedure Code. Plaintiff's strongly oppose MDUSD motion to declare plaintiff's vexatious litigants and their request via ex-parte to continue the 3/21/08 hearing they themselves set. Based on the above facts and attached documents showing plaintiff's valid good merit claims, plaintiff's request the court take control of the proceedings via settlement conference and end this long standing litigation.

ATTACHMENTS;

A) Defendants 6/3/05 ltr re: private schools
B) Plaintiff's 9/19/05 request for mediation
C) Plaintiff's 10/5/05 request for resolution session
D) Plaintiff's 10/6/05 duel enrollment (during violations) contract ltr
E) Plaintiff's 12/2/05 consent decree liasion office ltr re: request help
F) Plaintiff's 12/14/05 consent decree liasion office ltr re: request help
G) Plaintiff's 12/22/05 consent decree liasion office ltr re: request help
H) Plaintiff's invoice of 12/04 re: counseltation with local attorney
    re: C04-01059SI to resolve case when minors mother to sue judiciary (3)
I) Plaintiff's 3/02 ltr to HON. Bernard Zimmerman re: request for help

J) Plaintiff's 7/10/03 (IDEA) receipt re: GOV. Code Sec. 935.4

To add insult to injury, the MDUSD now seeks to strip plaintiff's of their rights to the legal system and paint themselves as victims. Defendants continue to claim plaintiff's harrass, vex, annoy and otherwise file meritless acusations. Plaintiff's claim, and during the 2/8/08 CAND hearing, the MDUSD engaged in equitable estopple by stonewalling plaintiff's chances of recovery as listed on plaintiff's 2 dozen claims for relief on new issues of fact and law, and in the absence of their actions, plaintiff Michael Petersen Jr. would have already been compensated in the prior civil case. It is believed the MDUSD has filed the vexatious litigant motion and continuance thereof as a bait and switch tactic because they can not defeat an appeal given the new issues of fact and law from the 11/28/07 brief of civil claims for relief and has mis informed the court. The MDUSD knows they resolved the administrative portion of Michael Jr's case pursuant to Gov. Code Sec. 935.4 by signature of superintendents with authorization of governing board some 31 and 77 days respectfully, after administrative order and decision and within the 90 day window to appeal. Plaintiff's injuries have proved to have a far reaching effect on all aspects of life to which administrative resolution was insufficient given the traumas. Plaintiff's request this court deny MDUSD motion to further demoralize and stigmatize plaintiff and minor children with their vexatious litigant motion and continuance request and confirm the Petersen children are not expendable or disposable. Plaintiff's request the court not let fester their injuries incurred and trust it's integrity to bring swift resolution in their favor.

Respectfully submitted,

*[signature]*
Michael Petersen PRO SE this 14th day of March, 2008



MT. DIABLO UNIFIED SCHOOL DISTRICT
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

SPECIAL EDUCATION
DEPARTMENT

June 3, 2005

Mr. Micheal S. Petersen
P.O. Box 273363
Concord, CA 94527

Mr. Petersen,

I tried several times to reach you by phone. Apparently your phone is either disconnected or out of service. Please contact me at your earliest convenience. Thank you.

Sincerely,

Ken Ferro

Ken Ferro
Administrator
Alternative Dispute Resolution

A

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769
(3485 Vern Lane Concord Ca. 94519)

September 19, 2005

Ken Ferro MDUSD Special Education A.D.R.     Elizabeth Estes ESQ
1936 Carlotta Dr.                            Jennifer Postel ESQ
Concord Ca. 94519                            Miller, Brown & Dannis
Fax 674-0667                                 71 Stevenson St. 19th Fl.
                                             San Francisco Ca. 94104
                                             Fax (415) 543-4384

Re: Ryan Petersen, Request for Mediation

Dear Mr. Ferro,

Pursuant to 20 U.S.C. section 1415 (e), I respectfully request a mediation session. According to 1415 (e) (1), Any state educational agency or local educational agency that receives assistance under this part shall ensure that procedures are established and implemented to allow parties to disputes involving any matter, <u>including matters arising prior to the filing of a complaint pursuant to subsection (b) (6), to resolve such disputes through a mediation process.</u>

Given that the district canceled the resolution session we had scheduled on 9/14/05, please schedule this mediation so that we may be able to move towards resolution of this matter.

Sincerely,

Michael S. Petersen


c.c. Office of Administration Hearings Fax (916) 322-8014

B

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769
(3485 Vern Lane, Concord Ca. 94519)

FACSIMILE TRANSMISSION

October 5, 2005

Ken Ferro MDUSD Special Education A.D.R.
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _10:55 am_

Re: Ryan Petersen, OAH# N2005090266, Request for resolution session

Dear Mr. Ferro,

This letter is written to state my willingness to meet and to request a good faith resolution session as required within the 15 day time limit. Please advise me of the time and date so that we may discuss resolution of this matter including discussion of the complaint, and the facts that form the basis of the complaint, and according to the IDEIA 2004, to give the local educational agency the opportunity to resolve the complaint.

Please respond immediately at the above fax number regarding the time and date for the resolution session. This is also notice that I will not be accompanied by a attorney at this session as noted in the re-authorized IDEIA 2004. As Ryan is a low incidence partial deaf student, the resolution of this matter would be in his best interest and educational development.

Sincerely,

Michael S. Petersen

c.c. Office of Administrative Hearings, Special Education Division  fax (916) 322-8014
    Special Education Hearing Office fax (916) 739-7066
    Randi Petersen (559) 733-3463

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769
(3485 Vern Lane, Concord Ca. 94519)

October 6, 2005          FACSIMILE TRANSMISSION

Ken Ferro MDUSD Special Education ADR
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667

Dear Mr. Ferro,

Thank you for your prompt response to my request for the resolution session. While Your refusal to meet under IDEIA 2004 1415 (f) (1) (B) is disappointing, I feel a detailed response (including my 5/19/05 IEP request) to your counsels interpretation of events would be premature at this time and should be left in reserve until such time as the Office of Administrative Hearings actually receives and rules on your anticipated objection to the sufficiency of my 9/23/05 filing should you follow through with your statement to do so. I contend my filing meets the requirements as set forth under 1415 (b) (7) (A) (ii) in that I have provided "a description of the nature of the problem of the child relating to any proposed initiation or change, including facts relating to such problem", regarding the provision of a FAPE.

As you know, as no such OAH order exists to date ruling my amended filing insufficient, we are required as a matter of law to be in compliance with 20 USC 1415 (f) (1) (B). As we must follow the applicable time lines under law, this meeting must be held by Saturday, October 8th. As such, I am requesting the resolution session be held on Friday, October 7th. Please notify me immediately for the time of tomorrow's meeting. With all due respect to your position in your 10/5/05 letter to not attend, you had the option to make earlier response to my amended filing pursuant to 20 U.S.C. 1415 (c) (2) (B) and receive a timely ruling from the OAH to determine sufficiency within the 15 day time limit to avoid the resolution session requirement as you had in my 8/31/05 filing.

The district is not authorized to violate or circumvent the procedural requirements of IDEIA 2004 in anticipation of a ruling from the OAH because it chose not to act promptly within the applicable time lines. As you know, I am already requesting a favorable ruling under 20 U.S.C. 1415 (f) (3) (E) (i) (ii) (l) (ll) (lll), (iii) in my 9/23/05 filing.

Please advise me of the time to arrive for the resolution session so we may discuss Ryan's "stay put" placement and continuation of his ISA contract. As portions of our dispute might well fall under contractual law, It should be noted, Ryan received placement and services provided by federal funds under master contract with the MDUSD and SELPA. Also as a condition of this

"D"

(ISA) " individual service agreement/contract", MDUSD demanded and received releases for exchanges of information and documents between the district and all of Ryan's service providers including the private placement from myself. The district, or contracting educational agency, can not have it both ways and dismiss their obligation to this student while Ryan utilized federal funds. As such, Ryan is entitled to all the ongoing protections afforded him including but not limited to the education code, CCR title #5, public law, title 34, code of federal regulations, section 504 and the IDEIA due process procedures.

Furthermore, Ryan was classified as a "duel enrollment" student during the district's procedural and contractual violations to the provisions of his FAPE and remains so under the stay put provision. Since after the authorizations for release of information and communication have expired, you invited Ryan's former private school principle to your rushed IEP to document in the meeting notes she would not accept Ryan back for the 2005/2006 school year in alienation of this placement. Please reconsider your refusal to convene the resolution session for tomorrow so that we may discuss continuation of Ryan's ISA/contract at a NPA commensurate with his former private school placement and services in relation to his unique disability needs as he is several years delayed and partially deaf. I hope this better clarifies my position in hopes of resolution as I do not prefer to litigate this matter.

Sincerely,

Michael S. Petersen

c.c. Office of Administrative Hearings fax (916) 322-8014
   Special Education Hearing Office fax (916) 739-7066
   Randi Petersen fax (559) 733-3463


Total pages = 2

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

December 2, 2005

Melany Royal, Parent Liaison Office
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667

Dear Ms. Royal,

I am writing this letter to ask for your help in inquiring information regarding programs and placement for my children through the district.

Please contact me if you can help.

Thank you

Mike Petersen
(925) 595-0459 cell

"E"

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

December 14, 2005

Melody Royal, Parent Liaison
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94521
Fax (925) 674-0667

Dear Ms. Royal,

On 12/2/05, I wrote to you asking for help to reestablish placement and services for my children in the district. It is my understanding my children's school of residence has reached it's capacity and I would like to obtain information regarding pre placement locations and other services. Can you please contact me at your earliest convenience.

Sincerely,

Michael Petersen

c.c. file

"F"

Michael S. Petersen<br>
P.O. Box 273363<br>
Concord Ca. 94527<br>
(925) 825-5769

December 22, 2005

Melody Royal, Parent Liaison
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667

Dear Ms. Royal,

I am writing to you again for the 3rd time requesting your services as parent liaison. As my children and myself are residents of the district, I believe I am entitled to inquire about the availability of placement options, services and program specialists prior to actually enrolling. It is my understanding my children's school of residence has reached it's capacity. In reading past district news letters, I believe you are well suited to understand my situation as a parent of special education students.

Please help me as you have in our past meeting, and contact me to forward the information requested to enable me to make decisions regarding my children's unique disability needs.

Sincerely,

*[signature]*

Mike Petersen

c.c. file

EXHIBIT H TO BE HAND DELIVERED ON 3/21/08

EXHIBIT H

| | |
|---|---|
| 1 | |
| 2 | EXHIBIT I TO BE HAND DELIVERED ON 3/21/08 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | EXHIBIT I |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | EXHIBIT J TO BE HAND DELIVERED ON 3/21/08 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | EXHIBIT J |
| 28 | |