AMY R. LEVINE, State Bar No. 160743
ELIZABETH A. ESTES, State Bar No. 173680
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN, <br><br> Plaintiff, <br><br> v. <br><br> MOUNT DIABLO UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. C07-02400 SI <br><br> **DECLARATION OF AMY R. LEVINE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** <br><br> Judge:  Hon. Susan Illston <br><br> Trial:  None |

I, Amy R. Levine, declare:

1.   I am an attorney with the law firm of Miller Brown & Dannis, counsel of record for defendant Mt. Diablo Unified School District, and make this declaration in opposition to plaintiff's motion for administrative relief. I have personal knowledge of the facts contained in this declaration, except for those facts stated on information and belief, and, as to those facts, I believe them to be true. If called as a witness, I could competently testify to all of the facts stated herein.

2.   The instant case was originally filed by Michael Petersen, on behalf of himself and his children Michael Petersen Jr. and Ryan Petersen, in the Eastern District of California on April

1

27, 2007. The original complaint was indecipherable, but seemed to assert claims under a variety of federal and state theories. The initial case management conference ("CMC") in the Northern District was set for September 7, 2007. However, plaintiffs did not serve their lawsuit on the District, Mildred Browne or Ken Ferro until on or around August 24, 2007. By the time service was completed and the docket pulled by my office, the timelines had run for filing a CMC statement. Plaintiffs failed to serve notice of the CMC conference and associated deadlines with the complaint as required by Local Rule 4-2. This resulted in my office having to scramble to obtain documents from the Court's file about the case, including documents not available electronically.

3. I attended the CMC, which was noticed for September 7, 2007 at 11 a.m. When I arrived, I was told that the Court has miscalendared the time, and that the conference was actually to occur in the afternoon which is when the civil CMCs are normally held. I left my name and telephone number with the clerk, and asked her to contact me if anyone appeared for the plaintiffs in the afternoon. I received a message from her later that afternoon stating that no one had appeared for the CMC. Mr. Petersen's failure to attend the CMC caused the Court to issue an order to show cause against him on September 10, 2007.

4. The Court set a new CMC for November 9, 2007, making the deadline for filing statements November 2, 2007. Mr. Petersen subsequently sent a letter to me and to the attorney representing the McGeorge defendants requesting to meet and confer about the CMC statement, but provided no phone number, fax number, or email address at which he could be reached. A few days before the CMC statement was due, I drafted a joint statement and sent it to him for his review and input, but he failed to respond. The McGeorge defendants and the District defendants filed a joint statement. Mr. Petersen filed his own statement which he called a "Joint Case Management Statement," stating defendants' statement was "unilateral and plaintiff did not sign defendants C.M.[S]."

5. The November 9, 2007 CMC date was vacated by the Court, and a new date set for the afternoon of February 8, 2008. The hearing on the defendants' motions to dismiss and/or for

a more definite statement was set for the morning of February 8, 2008. At the hearing the Court again vacated the CMC to be held later that day.

6.  On February 11, 2008, the Court issued an Order dismissing all of plaintiff's claims, but allowing him the limited opportunity to amend his complaint to plead a claim under the IDEA against the District based on three paragraphs in his First Amended Complaint. Plaintiff filed a Second Amended Complaint on February 29, 2008. On March 12, 2008, I filed an ex parte application to continue the hearing on defendant's motion to have the Petersens declared vexatious litigants, indicating that I intended to conduct discovery and file a motion for summary judgment. On March 14, 2008, I served on Michael Petersen a request for production of documents containing ten requests, and a set of interrogatories, containing five interrogatories. Prior to filing his administrative motion to stay discovery, Mr. Petersen failed to contact me in any way to meet and confer about the discovery requests.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 17th day of April, 2008 in San Francisco, California.

/s/ Amy R. Levine
Amy R. Levine

DECLARATION OF AMY R. LEVINE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF CASE NO. C07-02400