AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>     Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>     Defendant. | Case No. C 07-02400 SI<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge:    Hon. Susan Illston<br><br>Trial:    None |

Plaintiff's motion for administrative relief came on for hearing before the Hon. Susan Illston in Courtroom 10 of the above-entitled Court. Having read the papers filed by the parties herein, and having considered all relevant factors pertinent to such motion, the Court orders as follows:

Plaintiff's Motion for Administrative Relief Civ. L.R. 7-11, RE: 28 U.S.C. 1651, Request fro Appropriate In Aid for Disabled Minor, 28 U.S.C. 1927 (Attorney Bad Faith), Request to Stay Discovery, Vacate Vexatious Litigant Motion Filed by MUSD is **DENIED**.

DATED:_____

_____
Honorable Susan Illston
United States District Court Judge

1
[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; CASE NO. 07-02400 SI

SF 308230v1