AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>   Plaintiff,<br><br>v.<br><br>MT. DIABLO UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | Case No. C07-02400 SI<br><br>**DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT MT. DIABLO UNIFIED SCHOOL DISTRICT'S MOTION TO COMPEL RESPONSES TO DISCOVERY AND FOR DISCOVERY SANCTIONS** |

I, Amy R. Levine, declare as follows:

1.  I am an attorney duly licensed to practice before the courts of the State of California and am a partner with the firm of Miller, Brown & Dannis, attorneys for Defendant Mt. Diablo Unified School District. If called upon, I could and would competently testify to the facts set forth below.

2.  On March 14, 2008, my office served interrogatories and requests for production on Plaintiff by mail. True and correct copies of these discovery requests are attached as Exhibits A and B. Responses to this discovery were due on April 16, 2008.

3.  On April 14, 2008, Mr. Michael Petersen filed a request to stay discovery in this

1

1  action.

2  4. On April 17, 2008, I sent Michael Peterson correspondence regarding his failure to provide responses to the aforementioned discovery, and indicated that I was interpreting his request for a stay as a refusal to respond to the discovery. I invited him to contact me to confer about the discovery if he had any objections to it other than what was contained in his motion. A true and correct copy of the correspondence is attached as Exhibit C.

5. On April 21, 2008, I received a letter from Mr. Petersen that failed to address whether or not he intended to comply with the discovery requests and failed to explain why he had not complied. However, he did provide me with his telephone number.

6. On April 23, 2008, I called Mr. Petersen to meet and confer regarding his failure to provide responses to the aforementioned discovery. Mr. Petersen initially refused to identify himself on the phone. After a few moments, he did, but then stated that he was uncomfortable discussing the discovery with me while his motion was before the Court. When I attempted to convey to him that I wanted to confer about his responses, he refused to discuss it and then hung up on me.

7. As of the date of this declaration, my office has not received responses to the aforementioned discovery requests.

8. I certify that I have in good faith attempted to confer with Plaintiff in an effort to obtain the answers or responses to the subject discovery without court action.

9. I have spent 2.6 hours in preparing this motion to compel, and have billed this to the District at the rate of $215 per hour. This amounts to $559. An associate in my office, Ernest Bell, has spent 4.3 hours in preparing this motion, and bills at the rate of $200 hour. In total, the District has incurred $1,419 in fees in connection with this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of April, 2008 in San Francisco, California.

/s/ Amy R. Levine
AMY R. LEVINE