SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>        Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>        Defendant. | Case No. C 07-02400 SI<br><br>**DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO PLAINTIFF RYAN PETERSEN, SET ONE** |

**PROPOUNDING PARTY:**     Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT

**RESPONDING PARTY:**      Plaintiff RYAN PETERSEN

**SET:**                   ONE

Defendant Mount Diablo Unified School District ("District") hereby requests that Plaintiff Ryan Petersen respond in writing and under oath to the following requests for

1

DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PRO DOCUMENTS AND STORED INFORMATION TO PLAINTIFF RYAN PETERSEN, SE 02400 SI

Exhibit B
Page 1 of 6

SF 302335v1

production of documents and electronically stored information within thirty (30) days of service of this request. (Federal Rules of Civil Procedure, Rule 34.)

Pursuant to Fed. R. Civ. P. 34, it is requested that plaintiff produce all documents and electronically stored information responsive to this request that are within his possession, custody or control. These documents and information shall be produced for inspection and copying on April 18, 2008 at 10:00 a.m. at the offices of Miller Brown & Dannis, 71 Stevenson Street, 19th Floor, San Francisco, CA 94105.

## DEFINITIONS

For the purposes of these requests for production of documents, the following definitions of words and phrases shall be applicable.

1. "DOCUMENT" or "DOCUMENTS" means a writing or recording, as defined in Federal Rules of Evidence, Rule 1001, and includes anything consisting of letters, words or numbers, or their equivalent, set down by handwriting, typewriting, printing, photostating, photographing, magnetic impulse, mechanical or electronic recording, or other form of data compilation. It also includes any electronically stored information – including writings, drawings, graphs, charts, recordings, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained directly, or, if necessary, after translating by the responding party into a reasonably usable form.

2. "DISTRICT" refers to the Mount Diablo Unified School District acting through its governing board, officers, employees, agents or attorneys.

3. "YOU" and "YOUR" refers to plaintiff Ryan Petersen, by and through his parents, Michael Petersen and/or Randi Petersen, and all agents and others acting on his behalf.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

### REQUEST FOR PRODUCTION NO. 1:

The final signed settlement agreement, including all addenda or modifications thereto, in Special Education Hearing Office Case No. SN03-01885.

2
DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PR( DOCUMENTS AND INFORMATION TO PLAINTIFF RYAN PETERSEN, SET ONE C
SF 302335v1

Exhibit B
Page 2 of 6

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS reflecting written or oral communications between Michael Petersen and/or Randi Petersen and the DISTRICT relating to the formation of the settlement of Special Education Hearing Office Case No. SN03-01885.

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS relating to the DISTRICT'S implementation of the settlement of Special Education Hearing Office Case No. SN03-01885.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS relating to Michael Petersen and/or Randi Petersen's implementation of the settlement of Special Education Hearing Office Case No. SN03-01885.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS reflecting written or oral communications between Michael Petersen and/or Randi Petersen and the DISTRICT relating to potential breaches by any party of the settlement of Special Education Hearing Office Case No. SN03-01885.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS reflecting Ryan Petersen's enrollment in or disenrollment from the DISTRICT from August 2003 to the present.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS reflecting Ryan Petersen's enrollment in or disenrollment from any public or private school, including home school, outside the DISTRICT from August 2003 to the present.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS that support YOUR allegation that "plaintiff is owed in excess of $3,000.00 for Ryan's SN03-01885 contract."

**REQUEST FOR PRODUCTION NO. 9:**

The May 19, 2005 request YOU made to the DISTRICT to schedule an individual education plan ("IEP") meeting for Ryan Petersen.

1  **REQUEST FOR PRODUCTION NO. 10:**

2  All DOCUMENTS reflecting that YOU made a request to the DISTRICT in May 2005

3  to schedule an IEP meeting for Ryan Petersen.

4  DATED: March 14, 2008                    MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

4

DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PI
DOCUMENTS AND INFORMATION TO PLAINTIFF RYAN PETERSEN, SET ONE

SF 302335v1

Exhibit B
Page 4 of 6

SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 14, 2008, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the Federal Express (Airbill No. 843296560220) marked for overnight delivery:

(1) **DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO PLAINTIFF RYAN PETERSEN, SET ONE;**

(2) **DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S INTERROGATORIES TO PLAINTIFF RYAN PETERSEN, SET ONE;** and

(3) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on March 14, 2008, at San Francisco, California.

_____
Christopher Davis