

AMY R. LEVINE
ATTORNEY AT LAW
alevine@mbdlaw.com

SAN FRANCISCO

**MILLER BROWN DANNIS**
ATTORNEYS

April 17, 2008

**BY FEDERAL EXPRESS**

Michael Petersen
3375 Port Chicago Highway 30-166
Concord, CA 94520

SAN FRANCISCO
71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

Re: *Ryan Petersen v. Mount Diablo Unified School District*
Northern District of California, Case No. C07-02400 SI
Our File No. 5100-13607

LONG BEACH
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

Dear Mr. Petersen:

I take it by the motion that you filed on April 14, 2008 that you do not intend to respond to the District's request for production of documents and interrogatories, both of which are due on April 17, 2008. The District therefore intends to file a motion to compel.

SAN DIEGO
750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com

I am available to discuss any specific objections you may have regarding the discovery at the above-listed contact information. As I have no contact information for you other than a mailing address, please contact me by no later noon on Monday April 21, 2008 if you have any objections other than those raised in your motion.

Also, as always, I remain available to discuss with you any matter addressed in Federal Rule of Civil Procedure 26(f).

Sincerely,

MILLER BROWN & DANNIS

Amy R. Levine
ARL/cmd

Exhibit C
Page 1 of 2



| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |
|---|---|---|

April 28, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **843269561833**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 3375 PORT CHICAGO HWY STE 30<br>94520 |
| Signed for by: | O.TAFOU | Delivery date: | Apr 18, 2008 11:29 |
| Service type: | Standard Envelope | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 843269561833 | Ship date: | Apr 17, 2008 |

Recipient:
MICHAEL PETERSEN
3375 PORT CHICAGO HWY 30-166
94520 US

Shipper:
AMY LEVINE
MILLER BROWN & DANNIS
71 STEVENSON ST FL 19
941052934 US

Reference

5100-13607

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**Exhibit C**
Page 2 of 2