STAPLES copy&printcenter

FILE COPY

# Complimentary Self-Serve Fax Cover Sheet

To: Amy Levine

Fax #: 415 543 4384

Date: 4/21/08

Number of Pages (Including Cover): 2

From: Michael Petersen

Phone #: (925) 588-4799

Reply Fax #: Do not send to Public locati

Urgent [ ]   Confidential [✓]   Confirm Receipt [ ]

CASE C07-02400 SI

We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.

5/05blzsv_009815

Exhibit D
Page 1 of 2

Michael Petersen
3375 Port Chicago Hwy 30-166
Concord Ca. 94520
(925) 588-4799

April 21, 2008

Amy Levine
Miller, Brown & Dannis
71 Stevenson St. 19th FL
San Francisco Ca. 94105
BY FAX (415) 543-4384 Time 12:25 PM

Case # C07-02400SI

Dear Ms. Levine,

I am writing in response to your 4/17/08 Fed-Ex letter. My phone number contact information has been listed on prior coorespondence.

I object to your unilateral attempts to manage this case in your favor. I await ruling on my administrative motion and the courts filing of a scheduling order pursuant to FRCP #16.

Sincerely,

Michael Petersen

c.c. file