SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>  Plaintiffs,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 28, 2008, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the Federal Express (Airbill No. 832997833822) marked for overnight delivery:

(1) **MOTION TO COMPEL RESPONSES TO DISCOVERY AND FOR DISCOVERY SANCTIONS;**

(2) **DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT MT. DIABLO UNIFIED SCHOOL DISTRICT'S MOTION TO COMPEL RESPONSES TO DISCOVERY AND FOR DISCOVERY SANCTIONS; AND**

(3) **CERTIFICATE OF SERVICE.**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on April 28, 2008, at San Francisco, California.

_____
Christopher Davis