SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. C O7-02400 SI<br><br>**MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS**<br><br>NEW Hearing Date: August 1, 2008<br>Current Date:　　　June 27, 2008<br>Time　:　　　　　　9:00 a.m.<br>Dept　:　　　　　　10, 19th Floor<br>Judge　:　　　　　Hon. Susan Illston<br><br>**Trial:**　　　　　None Set |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that Defendant Mount Diablo Unified School District ("Defendant") hereby moves this Court *ex parte* for an order continuing the hearing date on Defendant's Motion to Declare the Petersens Vexatious Litigants, currently set for June 27,

1

MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 312279v1

2008, to on or after August 1, 2008, at 9:00 a.m. in Courtroom 15 of the above entitled court located at 450 Golden Gate Avenue, San Francisco, California.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Pursuant to Local Rule 7-7(b)(2) Defendant Mount Diablo Unified School District moves this Court for an order continuing the hearing date of Defendant's Motion for an Order Declaring the Petersens Vexatious Litigants and Imposing a Prefiling Order ("Vexatious Litigant Motion"), currently scheduled for Friday, June 27, 2008 at 9:00 a.m. Good cause exists for the requested continuance as Defendant intends to file a motion for judgment on the pleadings and/or for summary judgment in response to Plaintiff Ryan Petersen's Response to Order of 2/11/08 Re: Plaintiff's 11/28/07 Brief Re: Maintenance of I.D.E.A. Claims and that motion should logically be heard prior to or concurrently with the Vexatious Litigant Motion. Therefore, judicial economy will be served by granting the continuance.

Michael Petersen, Plaintiff's *pro se* representative, and Randi Petersen, Plaintiff's mother, were provided with notice of this *ex parte* application on Monday, May 19, 2008 via Federal Express overnight delivery.

### II.   STATEMENT OF FACTS

On May 3, 2007 plaintiffs Michael, Michael Jr. and Ryan Petersen filed the instant action against the California Special Education Hearing Office McGeorge School of Law and Vincent Pastorino (collectively known hereafter as the "McGeorge Defendants"), and the Mount Diablo Unified School District, Mildred Browne and Ken Ferro (collectively known hereafter as the "District Defendants").

On September 13, 2007, the McGeorge Defendants and the District Defendants filed motions for a more definite statement and/or to dismiss the Plaintiffs' complaint.

On November 6, 2007 the Court issued an Order Denying Plaintiffs' Motion to Transfer Venue and Denying Plaintiffs' Request for Disqualification; and Granting Defendants' Motion for a More Definite Statement.

On November 28, 2007 Plaintiff filed his Response to Order of 11/06/07 Requiring More Definite Statement Pursuant to Defendant's F.R.C.P. 12(e) Motion ("First Amended Complaint).

On or about December 13, 2007 the McGeorge Defendants and the District Defendants filed motions for a more definite statement and/or to dismiss the Plaintiff's First Amended Complaint.

On January 28, 2008 the District Defendants filed the Vexatious Litigant Motion. The hearing date on that Motion was originally scheduled for March 21, 2008.

On February 11, 2008 the Court issued an Order Granting Defendants' Motions to Dismiss with Limited Leave to Amend; Denying Plaintiffs' Motion for Judgment on the Pleadings. In addition to granting limited leave to amend the First Amended Complaint, the Order dismissed the McGeorge Defendants and Mildred Browne and Ken Ferro individually from the action. The only remaining defendant is Mount Diablo Unified School District ("District"). The only remaining plaintiff is Ryan Petersen ("Plaintiff"). Ryan Petersen was permitted to plead, if he was able, a cause of action under the IDEA based on the facts contained in paragraphs 36-38 of his First Amended Complaint.

On February 22, 2008 Plaintiff filed his Response to Order of 02/11/08 RE: Plaintiff's 11/28/07 Brief RE: Maintenance of I.D.E.A. Claims ("Second Amended Complaint").

On February 29, 2008 Plaintiff filed his opposition to the Vexatious Litigant Motion, and on March 4, 2008, the District filed its reply.

On March 12, 2008 the District filed an ex parte application to continue the hearing date on its Vexatious Litigant Motion so that it would be heard concurrently with its motion for judgment on the pleadings and/or a motion for summary judgment. On March 13, 2008, the Court granted the District's application and continued the hearing date to June 27, 2008.

On March 10, 2008, the District filed an answer to the Second Amended Complaint.

On March 14, 2008 the District served discovery request on Plaintiff consisting of interrogatories and requests for production of documents. The discovery was served in order to

3

MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

allow the District to properly prepare its motion for summary judgment. In lieu of responding to the District's discovery requests, on April 15, 2008, Plaintiff filed a Motion for Administrative Relief Civ. L.R. 7-11, RE: 28 USC 1651, Request for Appropriate in Aid for Disabled Minor, 28 USC 1927 (Attorney Bad Faith), Request to Stay Discovery, Vacate Vexatious Litigate Motion Filed by MDUSD (Administrative Motion). The District filed its opposition to the Administrative Motion on April 17, 008.

Since Plaintiff chose not to respond to the District's discovery requests, on April 28, 2008, the District was forced to file a Motion to Compel responses to Discovery and for Discovery Sanctions (Discovery Motion). Plaintiff filed his opposition to the Discovery Motion on May 2, 2008.

As of the date of this ex parte application the Court has not ruled on Plaintiff's Administrative Motion or the District's Discovery Motion.

### III. ARGUMENT

Pursuant to Local Rule 7-7(b)(2), this Court has the authority to continue a hearing date after an opposition has been filed should good cause exist. Defendant submits that good cause exists to continue the hearing on the Vexatious Litigant Motion from June 27, 2008 to August 1, 2008.

To determine the merits of the Vexatious Litigant Motion, it will be helpful to the Court to determine whether there is any merit to plaintiff's Second Amended Complaint. To that end, Defendant intends to file a motion for judgment on the pleadings and/or a motion for summary judgment to dismiss that Complaint. In order to prepare its dispositive motion, the District propounded discovery requests on Plaintiff on March 14, 2008, via overnight delivery, the day after the Court granted the District's earlier request for continuance. Plaintiff's responses were due on April 16, 2008. This response date would have allowed the District sufficient time to prepare its dispositive motion. Unfortunately, Plaintiff has failed to respond and has forced the District to file its Discovery Motion. Until the discovery dispute between the parties is resolved, the District will not be able to file its dispositive motion. This is particularly true since the

4

MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 312279v1

District has requested evidence and issue preclusion and terminating sanctions, which, if granted, will affect the scope of the District's motion.

In order to allow the Defendant an opportunity to conduct discovery and file its contemplated motion to dismiss before the Vexatious Litigant Motion is heard, it is necessary to continue the hearing date on the Vexatious Litigant Motion. Since briefing has already been completed on the Vexatious Litigant Motion, a continuance will not unduly delay these proceedings, and will cause no prejudice to Plaintiff.

## IV. CONCLUSION

Based on the foregoing, Defendant Mount Diablo Unified School District respectfully moves this Court for an order continuing the current hearing date on the Vexatious Litigant Motion, to Friday, August 1, 2008 at 9:00 a.m.

DATED: May 16, 2008                    MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

5

MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S *EX PARTE* APPLICATION TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. 07-02400 SI

SF 312279v1