1  Michael Petersen Pro SE
2  3375 Port Chicago Hwy 30-166
3  Concord ca 94519
4  925 588 4789

RECEIVED
FILED
2008 MAY 19 2008
RICHARD W. WIEKING
U.S. CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

United States District Court (07-02400 SI)
Northern District of California

Petersen et. al.

v.

MDUSD et. al.

Plaintiff's opposition to MDUSD 5/16/08 Motion, Plaintiff's request for Judicial notice of 3/14/08, 4/14/08 & 5/2/08 Briefs, Plaintiff's Request to Grant Ryan Petersen's 1:1 L.M.B. treatment/services

Plaintiff late night search indicated 9:00 am court hearing on 5/19/08. See "A" MDUSD brief indicates plaintiff should receive said brief via Fed-ex some time later today. Plaintiff's oppose 3rd continuance request by MDUSD per their vexacious litigant motion filed 1/28/08. Plaintiff's have been greatly prejudiced by the undue delay and denial of constitutional rights. An obvious appellant question would entail; should a corporate law firm & defendant be allowed to gain legal benifit through the passage of time and/or surprise, trick or manipulation of court hearing dates, against base

Page 1 of 2

painter Plaintiff, with High school education? should disabled minor Plaintiff be subjected to further delays in receiving specialized services when presented to the court, the extreme need for immediate intervention & implementation of valid recommendations for Linda Mood-Bell services?

MDUSD reply, to plaintiff opposition filed 5/2/08, to MDUSD 4/24/08 motion is due tommorw 5/20/08, or 14 days before their hearing set 6/3/08.

Plaintiff further objects to MDUSD stall tactic, bait & switch. In the 4/24/08 MDUSD brief, they ask for discovery 5 days after the 6/3/08 hearing which is ample time for the numerous ranks & skills of Miller Brown & Dannis to produce a defence. (if discovery is not stayed per motion & court order) The only reason MDUSD gives for this 3rd continuance is alledged Judicial economy to manipulate their justification of their true objectives. MDUSD is fishing for extra time at the expence of the Plaintiff's.

Plaintiff's request the court take immediate Judicial notice of their 3/14/08, 4/14/08 & 5/2/08 briefs this morning. Plaintiff shall submit to court 2 attempts to gain the Linda Mood-Bell services for Ryan Petersen via failed loan attempts on 5/1/08 & 5/2/08 thresh the L.M.B. approved lender. Plaintiffs need immediate order for Ryan Petersen for. L.M.B, MDUSD failed to appear at 5/19/08 hearing.

Respectfully Submitted

_[signature]_ 5/19/08 @ apx. 8:00 am
                          9:00 am

**3:07-cv-02400-SI** Petersen v. California Special Education Hearing Office McGeorge School of Law
et al
Susan Illston, presiding
Date filed: 05/03/2007
Date of last filing: 05/16/2008

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 94 | ◉ Motion Hearing | 05/16/2008 | 05/19/2008 at 09:00 AM | | |
| 90 | ◉ Motion Hearing | 04/28/2008 | 06/03/2008 at 09:00 AM | | |
| 65 | ◉ Motion Hearing | 01/28/2008 | 06/27/2008 at 09:00 AM | | |

"A"