United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   MICHAEL PETERSEN, *et al.*,                    No. C 07-2400 SI
9              Plaintiffs,            **ORDER DENYING PLAINTIFF'S
                                       MOTION FOR ADMINISTRATIVE
10     v.                             RELIEF; GRANTING DEFENDANTS'
                                       MOTION TO COMPEL**
11   MOUNT DIABLO UNIFIED SCHOOL
    DISTRICT,
12
              Defendant.
13   _____/
14
15          Now before the Court are two motions: (1) plaintiffs' motion for administrative relief, request
16   to stay discovery, and vacate vexatious litigant motion filed by defendant; and (2) defendant's motion
17   to compel discovery.  (Docket Nos. 85 and 90).
18          The Court DENIES plaintiffs' motion.  Plaintiffs improperly seek relief on the merits of their
19   claims through an administrative motion.  Plaintiffs are advised that they will only be entitled to relief
20   if they prevail on a motion for summary judgment or at trial, after the parties have conducted discovery.
21   Thus, and relatedly, the Court DENIES plaintiffs' request for a stay of discovery.  The Court finds
22   unfounded plaintiffs' assertions that defense counsel acted in bad faith regarding a stipulation, and in
23   any event, the parties' communications related to a stipulation on a hearing date are unrelated to
24   discovery matters.  The Court will not dismiss the pending motion to declare plaintiff Michael Petersen
25   a vexatious litigant.  That motion was previously scheduled for a hearing on June 27, 2008, but the
26   Court has granted defendants' request to continue the hearing date to August 1, 2008.  Plaintiffs are
27   advised that if they wish to oppose that motion, they must file a written opposition no later than **July
28   11, 2008**, and appear at the August 1, 2008 hearing.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

The Court GRANTS defendant's motion to compel plaintiff Ryan Petersen's responses to "Interrogatories, Set One" and "Request for Production of Documents and Electronically Stored Information, Set One." These discovery requests were served on March 14, 2008, and plaintiffs have not responded. In their opposition to the motion to compel, plaintiffs state that they have not responded because they were seeking a stay of discovery. As plaintiffs' motion for a stay has been denied, plaintiffs are now ordered to respond to the pending discovery no later than **June 6, 3008**. The Court recognizes that plaintiffs are representing themselves, and that there are difficulties associated with self-representation. However, plaintiffs initiated this lawsuit and thus are responsible for diligently prosecuting this case.

**IT IS SO ORDERED.**

Dated: May 20, 2008

_____

SUSAN ILLSTON
United States District Judge

2