1  SUE ANN SALMON EVANS, State Bar No. 151562
   sueannsalmonevena@mbdlaw.com
2  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
3  MATTHEW JUHL-DARLINGTON, State Bar No. 215375
   mjuhldarlington@mbdlaw.com
4  MILLER BROWN & DANNIS
5  71 Stevenson Street, 19th Floor
   San Francisco, CA  94105
6  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
7

8  Attorneys for Defendant
   MOUNT DIABLO UNIFIED SCHOOL DISTRICT

9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  RYAN PETERSEN,                    Case No.  C 07-02400 SI

13           Plaintiff,              **[PROPOSED] ORDER GRANTING
                                     DEFENDANT'S *EX PARTE* APPLICATION
14       v.                          TO CONTINUE HEARING DATE OF
                                     DEFENDANT'S MOTION TO DECLARE
15  MOUNT DIABLO UNIFIED SCHOOL      THE PETERSENS VEXATIOUS LITIGANTS**
    DISTRICT,
16                                   NEW Hearing Date: August 1, 2008
           Defendant.               Current Date:      June 27, 2008
17                                   Time   :           9:00 a.m.
18                                   Dept   :           10, 19th Floor
                                     Judge  :           Hon. Susan Illston
19
20                                   **Trial:            None Set**

21

22          Defendant Mount Diablo Unified School District's *Ex Parte* Application to Continue

23  Hearing Date of Defendant's Motion To Declare The Petersens Vexatious Litigants is

24  GRANTED.   The hearing on Defendant's Motion for an Order Declaring the Petersens

25  Vexatious Litigants and Imposing a Prefiling Order shall be continued to August 1, 2008 at 9:00

26  a.m.

27  DATED:_____        _____
                                  Honorable Susan Illston
28                                United States District Court Judge

                                     1

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING
DATE OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO.
07-02400 SI

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105