1    MICHAEL PETERSEN PRO SE
     next of friend of Michael Petersen Jr.
2    and Ryan Petersen
     3375 Port Chicago Hwy 30-166
3    Concord Ca. 94520
     (925) 588-4799
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   MICHAEL PETERSEN ON BEHALF OF              CASE C07-02400SI
     HIMSELF AND PARENT AND NEXT OF
12   FRIEND TO MIKE JR. AND RYAN PRO SE         PLAINTIFF'S REQUEST FOR
                                                JUDICIAL NOTICE RE:
13                                              F.R.EV. 201 (b),(d) AND
     V                                          SETTLEMENT CONFERENCE
14

15   MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL,    HEARING: 8/1/08
     MILDRED BROWN, individually and in her official TIME: 9:00am
16   capacity as assistant superintendent of special DEPT: 10, 19th FL.
     education, KEN FERRO, individually and in his   JUDGE: HON. SUSAN ILLSTON
17   official capacity as alternative dispute
     resolution administrator
18

19   Pursuant to Federal Rule of Evidence 201 (b) & (d), plaintiff's

20   respectfully request this court take judicial notice of the following

21   case SN03-1885 contract documents pages __/__ to __/2 4__ regarding

22   billing statements and related documents. Plaintiff's hereby request the

23   court schedule a settlement conferrence pursuant to Civil Local Rule at

24   it's soonest opportunity.

25   Respectfully submitted,

26

27   Michael Petersen PRO SE

28   / / / / /

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

April 1, 2004                          FAX COVER SHEET

Ken Ferro
M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
fax 674-0667 Time ___*10:20 Am*___ and via U.S. Mail
·Re: Request for reimbursement and computer equipment as per I.D.E.A. settlement agreement
SN03-01885
Dear Mr. Ferro,

Please process the following reimbursement costs request and/or equipment to be repaid and/or
·furnished to parent within 30 days by the district as agreed to in the above agreement.

| | |
|---|---|
| 1) Lindamood-Bell invoice #365027 | $632.00 |
| 2) Lindamood-Bell invoice # 365026 | $316.00 |
| 3) Lindamood-Bell invoice # 364944 | $425.00 |
| 4) Item D-6, provide Ryan with laptop computer with accessories listed | |
| 5) Dr. Swain , Auditory Processing Evaluation( invoice #34 ) | $325.00 |
| 6) Tomatis Sound Therapy Block #1 (invoice # 462 | $1350.00 |
| 7) Tomatis Sound Therapy Block #2 (invoice # 463) | $900.00 |
| 8) Tomatis Sound Therapy Block #3 (invoice #464) | $900.00 |
| 9) Tomatis Sound Therapy transportation costs, 16 mile round trip @ .36 per mile multiplied by 6 weeks (30 days) | $172.00 |

Reimbursement amount due        $5020.00
Block #4 Tomatis Sound Therapy is pending.  Parent shall submit final portion
of Tomatis Therapy reimbursement costs at a later date.
Sincerely
Mike Petersen

Total pages including cover sheet =  8

1



## LINDAMOOD ~ BELL
*Learning Processes*

645 San Ramon Valley Blvd
Danville, CA  94526

925-837-4532    Phone
925-837-3167    Fax

## INVOICE

| Send To | Client Info. |
|---|---|
| Mike Peterson<br>5018 Jeri Place<br>CONCORD, CA  94521 | Code #  PETER-062794<br>Client<br>**Ryan  Peterson**<br><br>Main Phone  925-825-5769 |

A.                                                     =

B.                                                     =

C. 8  Treatment session(s) from 3/1/2004 to 3/5/2004          =          632.00

D.                                                     =

E.                                                     =    -

| Recvd By | senos | O Cash  O Credit Card  O Check  # | Inv Total | 632.00 |
|---|---|---|---|---|
| Date Rec | 3/1/2004 | Credit Card# | | |
| Pmnt Type | Inv. Payment | CC Type   Visa   Master Card | Payments | 632.00 |
| Amount | 632.00 | Expires  xx / xx    Auth # | | |

Note:                                                  Balance      **0.00**

Printed on Mon, 3/1/04

CLIENT SIGNATURE _____    DATE _____

Interest Rate - 18% Per Annum applied to any unpaid invoices - refer to financial agreement

## We Create the Magic of Learning!

© 2002 Lindamood-Bell Learning Processes

2

# 365026



## LINDAMOOD ~ BELL
*Learning Processes*

645 San Ramon Valley Blvd
Danville, CA 94526

925-837-4532  Phone
925-837-3167  Fax

## INVOICE

**Send To**

Mike Peterson
5018 Jeri Place
CONCORD, CA  94521

**Client Info.**

Code #  PETER-062794
Client

**Ryan  Peterson**

Main Phone  925-825-5769

| | | |
|---|---|---|
| A. | = | |
| B. | = | |
| C.  4  Treatment session(s) from 2/26/2004 to 2/27/2004 | = | 316.00 |
| D. | = | |
| E. | = | |

| | | |
|---|---|---|
| Recvd By  **senos** | ○ Cash  ○ Credit Card  ⦿ Check   #  1044 | Inv Total   316.00 |
| Date Rec  **3/1/2004** | Credit Card# | |
| Pmnt Type  Inv. Payment | CC Type      ○ Visa   ○ Master Card | Payments   316.00 |
| Amount   **316.00** | Expires   xx / xx     Auth # | |

Note:

Balance   **0.00**

Printed on Mon, 3/1/04

CLIENT SIGNATURE _____   DATE _____

Interest Rate - 18% Per Annum applied to any unpaid invoices - refer to financial agreement

## We Create the Magic of Learning!

© 2002 Lindamood-Bell Learning Processes

3



# *LINDAMOOD ~ BELL*

*Learning Processes*

645 San Ramon Valley Blvd
Danville, CA 94526

925-837-4532    Phone
925-837-3167    Fax

## INVOICE

**Send To**

Mike Peterson
5018 Jeri Place
CONCORD, CA 94521

**Client Info.**

Code #  PETER-062794
Client
**Ryan  Peterson**

Main Phone  925-825-5769

| | | | |
|---|---|---|---|
| A. Partial Diagnostic Evaluation | | = | 425.00 |
| B. | | = | |
| C. | | = | |
| D. | | = | |
| E. | | = | - |

| Recvd By | senos | ○ Cash ○ Credit Card ● Check  # 1039 | Inv Total | 425.00 |
|---|---|---|---|---|
| Date Rec | 1/27/2004 | Credit Card# | | |
| Pmnt Type | Inv. Payment | CC Type  ○ Visa ○ Master Card | Payments | 425.00 |
| Amount | 425.00 | Expires  xx / xx    Auth # | | |

Note:

Printed on Tue, 1/27/04

Balance    **0.00**

CLIENT SIGNATURE _____    DATE _____

**Interest Rate - 18% Per Annum applied to any unpaid invoices - refer to financial agreement**

We Create the Magic of Learning!

© 2002 Lindamood-Bell Learning Processes

4

The Listening Center, Inc.
1399 Ygnacio Valley Rd
Suite 14
Walnut Creek, CA 94598
925-952-4724
925-952-4381

**34**

# Invoice

| | Customer | DATE | PAGE |
|---|---|---|---|
| | Petersen | 11/1/2002 | 1 |

**SOLD TO:**

Mike Petersen
5018 Jeri Place
P.O. Box 273363
Concord, Ca 94527

**SHIP TO:**

| PO NO. | TERMS | SALESPERSON | SHIP VIA | SHIP DATE | FOB | |
|---|---|---|---|---|---|---|
| | Upon Receipt | | | 11/1/2002 | | |

| ITEM | QUANTITY | UNIT | DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | Patient: Ryan Petersen | | | |
| | | | D.O.B: 6-27-94 | | | |
| | 1.00 | | Auditory Processing Evaluation | | $325.00 | $325.00 |
| | | | CPT Code: 92506 | | | |
| | | | D.O.S.: 10/23/02 | | | |
| 001 | | | Business License Number: 038052 | X | | |
| 002 | | | Tax Payer I.D. Number: 33-1022685 | X | | |

**COMMENTS**

| | |
|---|---|
| Subtotal | $325.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| Total Amount | $325.00 |
| Amount Received | $325.00 |
| Balance Due | $0.00 |



The Listening Center, Inc.
1399 Ygnacio Valley Rd
Suite 14
Walnut Creek, CA  94598
925-952-4724
925-952-4381

462

# Invoice

| Customer | DATE | PAGE |
|---|---|---|
| Petersen | 6/16/2003 | 1 |

**SOLD TO:**

Mike Petersen
5018 Jeri Place
P.O. Box 273363
Concord, Ca  94527

**SHIP TO:**

| PO NO. | TERMS | SALESPERSON | SHIP VIA | SHIP DATE | FOB |
|---|---|---|---|---|---|
| | Upon Receipt | | | 7/1/2003 | |

| ITEM | QUANTITY | UNIT | DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | Patient: Ryan Petersen | | | |
| | | | D.O.B: 6-27-94 | | | |
| | | | Diagnosis Code: 388.43 | | | |
| | 1.00 | | Auditory Processing Therapy Block 1 | | $1,350.00 | $1,350.00 |
| | | | CPT Code: 92507 | | | |
| | | | 120 min X 15 days | | | |
| | | | D.O.S: 6/16, 6/17, 6/18, 6/19, 6/20, 6/23, 6/24, 6/25, 6/26, 6/27, 6/30, 7/01, /702, 7/03, 7/04, | | | |
| 001 | | | Business License Number: 038052 | X | | |
| 002 | | | Tax Payer I.D. Number: 33-1022685 | X | | |

**COMMENTS**

| | |
|---|---|
| Subtotal | $1,350.00 |
| Freight | $0.00 |
| Tax | $0.00 |
| Total Amount | $1,350.00 |
| Amount Received | $1,350.00 |
| Balance Due | $0.00 |



The Listening Center, Inc.
1399 Ygnacio Valley Rd
Suite 14
Walnut Creek, CA  94598
925-952-4724
925-952-4381

**463**

# Invoice

| Customer | DATE | PAGE |
|---|---|---|
| Petersen | 7/28/2003 | 1 |

**SOLD TO:**

Mike Petersen
5018 Jeri Place
P.O. Box 273363
Concord, Ca  94527

**SHIP TO:**

| PO NO. | TERMS | SALESPERSON | SHIP VIA | SHIP DATE | FOB |
|---|---|---|---|---|---|
| | Upon Receipt | | | 8/1/2003 | |

| ITEM | QUANTITY | UNIT | DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | Patient: Ryan Petersen | | | |
| | | | D.O.B: 6-27-94 | | | |
| | | | Diagnosis Code: 388.43 | | | |
| | 1.00 | | Auditory Processing Therapy Block 2 | | $900.00 | $900.00 |
| | | | CPT Code: 92507 | | | |
| | | | 120 min X 10 days | | | |
| | | | D.O.S: 7/28, 7/29, 7/30, 7/31, 8/01, 8/04, 8/05, 8/06, 8/07, 8/08 | | | |
| 001 | | | Business License Number: 038052 | X | | |
| 002 | | | Tax Payer I.D. Number: 33-1022685 | X | | |

| COMMENTS | | |
|---|---|---|
| | Subtotal | $900.00 |
| | Freight | $0.00 |
| | Tax | $0.00 |
| | Total Amount | $900.00 |
| | Amount Received | $900.00 |
| | Balance Due | $0.00 |

7

The Listening Center, Inc.
1399 Ygnacio Valley Rd
Suite 14
Walnut Creek, CA 94598
925-952-4724
925-952-4381

**464**

# Invoice

| | | Customer | DATE | PAGE |
|---|---|---|---|---|
| | | Petersen | 9/1/2003 | 1 |

**SOLD TO:**

Mike Petersen
5018 Jeri Place
P.O. Box 273363
Concord, Ca 94527

**SHIP TO:**

| PO NO. | TERMS | SALESPERSON | SHIP VIA | SHIP DATE | FOB | |
|---|---|---|---|---|---|---|
| | Upon Receipt | | | 9/1/2003 | | |

| ITEM | QUANTITY | UNIT | DESCRIPTION | TX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | Patient: Ryan Petersen | | | |
| | | | D.O.B: 6-27-94 | | | |
| | | | Diagnosis Code: 388.43 | | | |
| | 1.00 | | Auditory Processing Therapy Block 3 | | $900.00 | $900.00 |
| | | | CPT Code: 92507 | | | |
| | | | 120 min X 10 days | | | |
| | | | D.O.S: 9/01, 9/02, 9/03, 9/04, 9/05, 9/08, 9/09, 9/10, 9/11, 9/12 | | | |
| 001 | | | Business License Number: 038052 | X | | |
| 002 | | | Tax Payer I.D. Number: 33-1022685 | X | | |

| COMMENTS | | |
|---|---|---|
| | Subtotal | $900.00 |
| | Freight | $0.00 |
| | Tax | $0.00 |
| | Total Amount | $900.00 |
| | Amount Received | $900.00 |
| | Balance Due | $0.00 |





MT DIABLO UNIFIED SCHOOL DISTRICT
OF CONTRA COSTA COUNTY
1936 CARLOTTA DRIVE
CONCORD, CA 94519

00813439
DISTRICT ORDER NO.

PAY EXACTLY     $5,020 DOLLARS  NO  CENTS     *****5,020.00
COMMERCIAL REVOLVING FUND

04/15/04
VOID SIX MONTHS AFTER DATE OF ISSUE
TO THE ORDER OF

BY ORDER OF THE GOVERNING BOARD

MICHAEL PETERSON
P O BOX 273363
CONCORD, CA 94527

SUPERINTENDENT

⑈750081343⑈ ⑆121000248⑆4225 027614⑈

---

## REMITTANCE ADVICE

MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| | | | | | |
|---|---|---|---|---|---|
| SN03-01885 | 04/06/02 | 010166511 5890 | Other Operating Expe | | 5,020.00 |

5,020.00

DETACH STUB BEFORE DEPOSITING

PEID: 053395     PE NAME:  MICHAEL PETERSON     CHECK#: 00813439     DATE: 04/15/04



Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

July 22, 2004

Ken Ferro, Janet Samimi
M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 & U.S. Mail
*9:40 Am*
Re: SN03-01885, Father's refusal of district transportation reimbursement to/from L.M.B.

Dear Mr. Ferro or Mrs. Samimi,

Please disregard Ms. Petersen's 7/16/04 request for milage reimbursement from 4/1/04-7/16/04
on my behalf to and from LindaMood -Bell for our son Ryan.

Sincerely,

Mike Petersen

c.c. Randi Petersen

*10*  *(2)*

## MT. DIABLO UNIFIED SCHOOL DISTRICT
## MILEAGE CLAIM FOR USE OF PERSONAL CARS

Name: Mike Petersen

Address: 5018 Jeri Place

City: Concord                    Zip Code: _____

Position: Parent of Ryan Petersen

Date: 7/16/04
Warrant Mailed? Ken Petro to Ken Petro (925) 674-0667
Warrant Put in School Box? _____
Expenditure Code: _____ //

| Date | From | To (Destination) | Purpose | Total Mileage | Round Trip | One Way | Rate | Amount | Bridge Tolls, Parking | Total Expenses |
|------|------|------------------|---------|---------------|------------|---------|------|--------|----------------------|----------------|
| 4/1 | Concord | Lindawood Ball. | Transport Ryan to Lindawood Ball. | 35.2 | | | | | | |
| 4/6 | " | " | " | " | | | | | | |
| 4/7 | " | " | " | " | | | | | | |
| 4/8 | " | " | " | " | | | | | | |
| 4/9 | " | " | " | " | | | | | | |
| 4/12 | " | " | " | " | | | | | | |
| 4/13 | " | " | " | " | | | | | | |
| 4/14 | " | " | " | " | | | | | | |
| 4/15 | " | " | " | " | | | | | | |
| 4/20 | " | " | " | " | | | | | | |
| 4/21 | " | " | " | " | | | | | | |
| 4/22 | " | " | " | " | | | | | | |
| 4/27 | " | " | " | " | | | | | | |
| 4/28 | " | " | " | " | | | | | | |
| | | | TOTALS | 494.8 | " | " | .36 | | $ 167.33 | |

Signature of Claimant
RPotts

Approved: Principal/Director/Supervisor Administrator SIGNATURE STAMP

**Note:** Mileage reimbursement is for actual miles driven only. Mileage cannot be claimed for going to and from your original work assignment.
Reference Board Rule 4133, 4233, and 4333.

FB 01 012 3642

## MT. DIABLO UNIFIED SCHOOL DISTRICT
## MILEAGE CLAIM FOR USE OF PERSONAL CARS

Name Mike Patersen

Address 508 Teri Place

City Concord    Zip Code

Position Parent of Ryan Petersen

Date 7/16/04   Forward to Ken Perro (925) 674-0667

Warrant Mailed?

Warrant Put in School Box?

Expenditure Code

| Date | From | To (Destination) | Purpose | Total Mileage | Check One Round Trip | Check One One Way | Rate | Amount | Bridge Tolls Parking | Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/29 | Concord | Lindamood Bell | Transport to LmB Ryan | 33.2 | | | | | | |
| May-3 | " | " | " | 4 | | | | | | |
| 4 | " | " | " | 4 | | | | | | |
| 5 | " | " | " | 4 | | | | | | |
| 6 | " | " | " | 4 | | | | | | |
| 11 | " | " | " | 4 | | | | | | |
| 12 | " | " | " | 4 | | | | | | |
| 13 | absent | — | | 4 | | | | | | |
| 14 | Concord | LmB | LmB | 4 | | | | | | |
| 17 | " | " | " | 4 | | | | | | |
| 18 | " | " | " | 4 | | | | | | |
| 19 | " | " | " | 4 | | | | | | |
| 20 | " | " | " | 4 | | | | | | |
| 25 | " | " | " | 11 | | | | | | |
| | | | TOTALS | 43.6 | | | .36 | | | $155.38 |

Signature of Claimant

Approved: Principal/Director/Program Administrator (DO NOT US: SIGNATURE STAMPS)

Note: Mileage reimbursement is for actual miles driven only. Mileage cannot be claimed for going to and from your original work assignment.
Reference Board Rule 4133, 4233, and 4333.

F88 01 012 3482

12

## MILEAGE CLAIM FOR USE OF PERSONAL CARS

Name: Mike Putesen
Address: 5018 Jeri place
City: Concord   Zip Code: ___
Position: parent of Ryan Putesen

Date: 7/16/04
Warrant Mailed? Ken Fero (925) 674-0667
Warrant Put in School Box?
Expenditure Code: ___

| | | | Tot. Mileage | Round Trip | One Way | Rate | ... | Bridge Tolls, Parking | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| May-28 | Concord | Linda mos of To Bedford | transport to Lindamodels.c | 332 | | | .36 | | |
| May-26 | " | " | " | 4 | | | | | |
| June-1 27 | " | " | " | 4 | | | | | |
| 2 | " | " | " | 4 | | | | | |
| 3 | " | " | " | 4 | | | | | |
| 8 | " | " | " | 4 | | | | | |
| 9 | 4 | " | " | 4 | | | | | |
| 10 | 4 | 4 | " | 4 | | | | | |
| 11 | " | 4 | " | 4 | | | | | |
| 14 | " | " | " | 4 | | | | | |
| 15 | " | " | " | 4 | | | | | |
| 16 | 4 | 4 | " | 4 | | | | | |
| 18 | absent | | | | | | | | |
| 22 | Concord | LmB | LmB | 4 | | | | | |
| | | TOTALS | | 468 | | | .36 | | $167.33 |

Signature of Claimant

Note: Mileage reimbursement is for actual miles driven only. Mileage cannot be claimed for going to and from your original work assignment. Reference Board Rule 4133, 4233, and 4333.

Approved: Principal/Director/Program Administrator (DO NOT USE SIGNATURE STAMPS)

13

## MILEAGE CLAIM FOR USE OF PERSONAL CARS

Name: Mike Peterson
Address: 5018 Jenica pl ca
City: Concord   Zip Code: ____
Guardian: parent of Ryan Peterson

Date: 7/16/04
Warrant Mailed? ____
Warrant Put in School Box? ____
Expenditure Code: ____

(handwritten top right) Ken faxed to Ken faxco (925) 674-0667

| Date | From | To (Destination) | Purpose | Total Mileage | Round Trip | One Way | Rate | Amount | Bridge Tolls, Parking | Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-23 | Concord | Linda wood pcH | transport Ryan to LmB | 37.2 | 4 | | | | | |
| 24 | " | " | " | 4 | 4 | | | | | |
| 29 | " | " | " | 4 | 4 | | | | | |
| 30 | " | " | " | 4 | 4 | | | | | |
| Jly-1 | absent | | | | | | | | | |
| 2 | Concord | LmB | LmB | 4 | 4 | | | | | |
| 5 | " | " | 4 | 4 | 4 | | | | | |
| 6 | " | " | " | 4 | 4 | | | | | |
| 7 | " | " | " | 4 | 4 | | | | | |
| 8 | " | " | " | 4 | 4 | | | | | |
| 13 | " | " | " | 4 | 4 | | | | | |
| 14 | " | " | " | 4 | 4 | | | | | |
| 15 | " | " | " | 4 | 4 | | | | | |
| 16 | " | " | 4 | 4 | 4 | | | | | |
| TOTALS | | | | 431.6 | | | | .36 | | $ 155.38 |

Grand Total # 645.92

Signature of Claimant: ____
Approved: Principal/Director/Program Administrator

**Note: Mileage reimbursement is for actual miles driven only. Mileage cannot be claimed for going to and from your original work assignment. Reference Board Rule 4133, 4233, and 4333.**

14

MILLER BROWN & DANNIS

ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

August 13, 2004

Kimberly Borah Schulist
Attorney at Law
kschulist@mbdlaw.com

SAN FRANCISCO   **VIA FACSIMILE AND MAIL**

Mike Petersen, Sr.
P.O. Box 273363
Concord, CA 94527

Randi Petersen
29702 Road 162
Visalia, CA 93292

> Re:   Ryan Petersen/Mt.Diablo Unified School District
>          Our file 5100.1.015.3

Dear Mr. Petersen and Ms. Petersen:

This letter confirms the District's receipt of your August 11, 2004 letter to Ken Ferro. The District is currently researching possible non-public school options to determine the availability of other appropriate non-public schools for Ryan to attend for the 2004-05 school year. The District will notify you with the results of its search by next week.

Thank you for your patience and understanding.

Very truly yours,

MILLER BROWN & DANNIS

Kimberly B. Schulist

KBS/dwp

cc:   Ken Ferro (via facsimile only)

G:\5100\10153\Petersens 04.0813.wpd

SAN FRANCISCO

71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel: 415/543-4111
Fax: 415/543-4384

LONG BEACH

301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel: 562/366-8500
Fax: 562/366-8505

SAN DIEGO

750 B Street
Suite 2310
San Diego, CA 92101
Tel: 619/595-0202
Fax: 619/702-6202

LOCAL NUMBERS

Santa Cruz/Santa Clara
Monterey/San Benito, CA
Tel: 831/663-0470

Los Angeles, CA
Tel: 310/642-1123

Costa Mesa, CA
Tel: 714/662-6977

www.mbdlaw.com

/5

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

September 6, 2004

Janet Samimi
M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
fax 674-0667

Re: Ryan Petersen, SN03-01885 Reimbursement

Dear Mrs. Samimi,

Please process the following for reimbursement payment pursuant to our IDEA settlement
agreement. (Ryan started New Vista's school on 8/31/04.)

A) 7/2/04 New Vista's tuition registration check# 3409424578, receipt #251569, **$325.00**

B) 9/1/04 New Vista's tuition, check #409425820, receipt #100856, **$950.00**

C) Invoice 365194, Gander Publishing Inc., LindaMood-Bell software reimbursement pursuant
to your 6/21/04 letter to reimburse. **$117.13**

D) 8/5/04, Foundations Occupational Therapy Evaluation, **$300.00**

**Please remit the total amount of $1692.13 for the above invoices.**

Item "D" is to be submitted upon the districts discretion due to the untimely execution of the
evaluation. Letter of explanation regarding Ryan's service providers to follow.

Sincerely,

Mike Petersen

/6 · (3)

**Bank of America**  Cashier's Check  No. 409424578

Date   JUL 02 2004

Banking
Center    CLAYTON

0000902  00004  9424578

MICHAEL PETERSEN
Remitter (Purchased By)

Pay  **THREE HUNDRED TWENTY FIVE DOLLARS AND 00 CENTS**

To
The
Order
Of    **NEW VISTAS CHRISTIAN SCHOOL**
**FOR RYAN'S TUITION**

$  **325.00**

*alice J. Perez*
Authorized Signature

Bank of America, N.A.
San Francisco, CA

05-14-3744B  J-2000

⑈409424578⑈ ⑆121000358⑆ 13970⑈85076⑈

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

---

**Receipt**  Date 7/2/04  19___   No. 251569

FROM  *Michael Peterson*   $325.00

*Three hundred & twenty five*  00/100 DOLLARS

○ FOR RENT
○ FOR  *Registration fee 2004-2005*

FROM _____  TO _____

| ACCT. | |
| PAID | |
| DUE | |

○ cash
✓ cashiers check
○ money order

BY *S. McConnell*

8G3452

17 A

Bank of America

Banking Center

CLAYTON

0000982 0000L 9L25020

Cashier's Check

No. 40942582O

Date: VOID AFTER 90 DAYS
SEPTEMBER 01, 2004

05-14-37748  3-2000

To
The
Order
Of

**NEW VISTA'S CHRISTIAN SCHOOL**

**RE: TUITION**

Pay **NINE HUNDRED FIFTY DOLLARS AND 00 CENTS**

MICHAEL PETERSEN
Remitter (Purchased By)

$   **950.00**

Authorized Signature

Bank of America, N.A.
San Francisco, CA

⑈409425820⑈ ⑆121000358⑆ 13970⑈85076⑈

■ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK
THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK ■

## RECEIPT

| | |
|---|---|
| ACCT. | ○ CASH |
| PAID | ◉ CHECK |
| DUE | ○ MONEY ORDER |

DATE 9/1/04    No. 100856

FROM Michael Peterson    $ 950⁰⁰

nine hundred and fifty    DOLLARS

○ FOR RENT
○ FOR school tuition

FROM _____ TO _____  BY _____

1162

18 B

# Gander Publishing Inc.

412 Higuera Street
Suite 200
San Luis Obispo, CA 93401

Phone: (805) 541-5523

# Invoice

Customer No.: PETERSMI-CA
Invoice No.: 65194

Bill To:  **Mike Petersen**
PO Box 273363
Concord, CA 94527

Ship To:  **Mike Petersen**
5018 Jeri Place
Concord, CA 94521

| Date | Ship Via | | | Terms | |
|---|---|---|---|---|---|
| 06/30/04 | UPS | | | Prepaid | |
| Purchase Order Number | Order Date | Sales Person | | Our Order Number | |
| CC | 06/30/04 | | | | |

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Ordered | Shipped | Back Order | Item Number | Description | Unit Price | Amount |
| 1 | 1 | | CDVVB1 | VV CD Blue 1 | 49.95 | 49.95 |
| 1 | 1 | | CDSEE1 | Seeing Stars CD Star Word #1 | 19.95 | 19.95 |
| 1 | 1 | | CDSEE2 | Seeing Stars CD Star Word #2 | 10.00 | 10.00 |
| 1 | 1 | | CDSEE3 | Seeing Stars CD Star Word #3 | 10.00 | 10.00 |
| 1 | 1 | | CDSEE4 | Seeing Stars CD Star Word #4 | 10.00 | 10.00 |
| 1 | 1 | | SEECB | Seeing Stars Coloring Book | 0.00 | 0.00 |

|  |  |
|---|---|
| Invoice subtotal | 99.90 |
| Freight charges | 9.99 |
| Sales tax @ 7.250% | 7.24 |
| Invoice total | 117.13 |
| Less payments received | 117.13 |
| Net balance due | 0.00 |

Thank you for your order.

Thank You

/9 C

# Foundations Therapy Service

## Julie Zito, OTR/L

2099 Goldpine Wy
Antioch, CA 94509
Phone (925) 628-3634  Fax (925) 756-2742

**DATE: 8/5/04**

**Bill To:**
Mike Petersen
PO Box 273363
Concord, CA 94527

**For:**
Occupational Therapy Services
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 8/5/04 Evaluation | 1 | 300 | 300 |
| | | | |
| | | **TOTAL** | **$300** |

**THANK YOU**

20 D

TRANSMISSION VERIFICATION REPORT

TIME : 09/07/2004 13:53

| | |
|---|---|
| DATE,TIME | 09/07 13:50 |
| FAX NO./NAME | 6740667 |
| DURATION | 00:02:17 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

21

MICHAEL PETERSEN FOR
RYAN E PETERSEN
PO BOX 273363 (925) 825-5769
CONCORD, CA 94527

313

11-35/1210
982

Date 10/4/04

Pay to the
order of _New Vista's Christian School_ | $ 950.⁰⁰

_nine hundred + fifty dollars_____ Dollars

**Bank of America**

Clayton
5400 Ygnacio Valley Rd
Concord CA
925.682.4641

Customer Since
2001

For _Ryan oct. Tuition_

M. Peters

MP

---

**RECEIPT**

DATE _10/5/04_ No. 100893

FROM _Mike Petersen_ $950.00

_Nine hundred cfifty & 00/100_ DOLLARS

FOR RENT
FOR _Ryan Petersen's tuition_

| ACCT. | | CASH |
|-------|---|------|
| PAID | | CHECK |
| DUE | | MONEY ORDER |

FROM_____ TO_____

BY _S. McConnell_

1152

22

# NEW VISTAS CHRISTIAN SCHOOL

**68 MORELLO AVENUE**
**MARTINEZ, CA  94553**
**(925) 370-7767**

| DATE |
|---|
| 9/7/2004 |

BILL TO

Michael Peterson
5018 Jeri Pl
Concord, CA  94521

| DUE DATE | AMOUNT DUE | AMOUNT ENC. |
|---|---|---|
| 9/7/2004 | $1,045.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/31/2004 | Balance forward | | 0.00 |
| 09/01/2004 | INV #7071 | 950.00 | 950.00 |
| 09/07/2004 | INV #7093 | 95.00 | 1,045.00 |

RECEIPT

DATE 9/15/04    No. 100871
$20.00
FROM Mike Petersen
Twenty dollars & 00/100 DOLLARS
○ FOR RENT
⊙ FOR  Bible
ACCT.        ○ CASH   FROM_____ TO_____
PAID         ○ CHECK
DUE          ○ MONEY   BY S. McConnell
             ○ ORDER                      1152

RECEIPT

DATE 9/10/04    No. 100866
$18.00
FROM Mr. Petersen
Eighteen dollars & 00/100 DOLLARS
○ FOR RENT
○ FOR  Jessely
ACCT.        ○ CASH   FROM_____ TO_____
PAID         ○ CHECK
DUE          ○ MONEY   BY A. McConnell
             ○ ORDER                      1152

| BALANCE |
|---|
| $1,045.00 |

23

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

October 5, 2004

Janet Samimi
M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
fax 674-0667 Time _7 : 00 PM_

Re: Ryan Petersen SN03-01885, New Vista's Christain School, October Reimbursement

Dear Mrs. Samimi,

Please find attached, New Vista's receipt # 100883 dated 10/5/04, for Ryan's October tuition.
Please process the $950.00 reimbursement check pursuant to the IDEA contract at your earliest
convenience.

Please advise me as to the status of my 9/6/04 reimbursement request sent to you. New Vista's
contract states " a late fee of $90.00 will be charged on the 6th day of each month"

Accordingly, I made this months payment today, as I was expected to receive my September
reimbursement by 10/6/04, or 30 days after the districts receipt of my paid September invoice in
time to make the deposit and cover this check that will clear tomorrow.

If the September reimbursement check was not processed and mailed out, can you please advise
me so I can at least place a stop payment on this check in time to avoid additional NSF fees from
my bank.

Sincerely,

Mike Petersen

2 pages total, including NVCS receipt page

24

MICHAEL PETERSEN FOR
RYAN E PETERSEN
PO BOX 273365 (925) 825-5756
CONCORD, CA 94527

313

11-35/1210
882

Date 10/4/04

Pay to the
order of  New Vistas Christian School    |$ 950.00

nine hundred & fifty dollars —————— Dollars

**Bank of America**

Customer Since
2001

Clayton
5400 Ygnacio Valley Rd
Concord CA

For Ryan OCT. Tuition

M Peters

25



RECEIPT

No. 100683

DATE 10/5/04

FROM Mike Peterson

$950.00

FOR Nine hundred fifty & 00/100 DOLLARS

Ryan Petersons tuition

○ FOR RENT
○ ACCT
○ PAID
○ DUE

○ CASH
● CHECK
○ MONEY ORDER

BY S. McConnell

26

TRANSMISSION VERIFICATION REPORT

TIME : 10/05/2004 18:59

```
DATE,TIME              10/05 18:58
FAX NO./NAME           6740667
DURATION               00:00:42
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

27

# Bank of America

**Notice of Insufficient Funds**

❏ **Information Regarding Your Account**

On Oct. 05, 2004, we received the check(s) or electronic debit(s) listed below. They required special handling because our records showed there were not enough funds in your checking account

**Date of Notice:** Oct. 06, 2004

Your account balance as of this date was $550.64-. A $32.00 insufficient funds fee will be subtracted from your account on Oct. 06, 2004.

**At Your Service**
Sll: 925-682-4644

Clayton Branch

❏ **Bank of America Offers Overdraft Protection**

Would you like to avoid the cost and hassle of future overdrafts? Here's how:

- Bank of America Credit Card overdraft protection offers automatic transfer of funds from the credit available on your credit card account to your checking account
- Savings Overdraft Coverage offers automatic transfer of funds from your regular savings account to your checking account.

If you have questions about this notice of insufficient funds, or for m- information about these convenient overdraft protection plans, pl call the number shown above.

❏ **Summary of Paid or Returned Items**

| Check Number or Debit Type | Amount | Action Taken |
|---|---|---|
| 313 | $950.00 | Paid |
| 312 | $101.03 | Paid |

0052027    AT A25

28

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

FACSIMILE REIMBURSEMENT TRANSMITTAL

November 15, 2004

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 & U.S. Mail

Re: Ryan Petersen SN03-01885

Dear Mr. Ferro,

This letter is a follow up summary and additional request to receive reimbursement pursuant to Ryan's IDEA contract agreement. Please find attached, a invoice dated 11/9/04 from New Vista's school itemizing tuition payments to date. Please note, November tuition remains unpaid and a $95.00 late fee has been assessed. As no tuition has been reimburse since the start of the school year, (through other circumstances ) I am requesting that the November tuition be reimburse in advance . I will immediately produce the receipt to the district upon my payment to New Vista's the same day. Given the events and delays surrounding this matter, an exception to the 30 day waiting period would greatly benefit Ryan directly, as it would allow myself to ease some financial burden and therefore better provide for Ryan's needs.

The following is the reimbursement summary:

       Registration  fee: $325.00
       September tuition: $950.00
       October tuition:    $950.00
       November tuition: $950.00
       November late fee: $95.00
       LindaMood -Bell software : $117.13
       Foundations Therapy evaluation: $300.00
       Speech and Language evaluation and services: $400.00 (see attached invoice)
       Total: $4087.13

Sincerely,

Mike Petersen
Total pages including cover page = 3

29     ⑤

**REMITTANCE ADVICE**          MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| | | | | | |
|---|---|---|---|---|---|
| | NEW VISTA SCHOOL | 11/17/04 | 010166511 5890 | RYAN PETERSON SCHOOL | 4,087.13 |
| | | | | | 4,087.13 |

DETACH STUB BEFORE DEPOSITING

MICHAEL PETERSON          CHECK# 00825368          DATE 11/18/04

# NEW VISTAS CHRISTIAN SCHOOL

## 68 MORELLO AVENUE
## MARTINEZ, CA 94553
## (925) 370-7767

| DATE |
| --- |
| 11/9/2004 |

BILL TO

Michael Peterson
5018 Jeri Pl
Concord, CA 94521

| DUE DATE | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- |
| 11/9/2004 | $1,045.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 08/31/2004 | Balance forward | | 0.00 |
| 09/01/2004 | INV #7071 | 950.00 | 950.00 |
| 09/03/2004 | PMT #409425820 | -950.00 | 0.00 |
| 10/01/2004 | INV #7116 | 950.00 | 950.00 |
| 10/05/2004 | PMT #313 | -950.00 | 0.00 |
| 11/01/2004 | INV #7152 | 950.00 | 950.00 |
| 11/08/2004 | INV #7172 | 95.00 | 1,045.00 |

| BALANCE |
| --- |
| $1,045.00 |

31

**RECEIPT**

DATE October 30, 2004          No. 788841

FOR Ryan Peterson
RECEIVED FROM                                    $ 120⁰⁰

                                                 DOLLARS

○ FOR RENT
○ FOR   Evaluation 1½ hrs Speech & language

| ACCOUNT | | | ○ CASH | FROM Mike Peterson md Peterson |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 120 | 00 | ○ MONEY ORDER | BY judi jewett MACCC-SLP |

1182

---

**RECEIPT**

DATE NOV 1, 2004          No. 788842

FOR Ryan Peterson
RECEIVED FROM                                    $ 80⁰⁰

                                                 DOLLARS

○ FOR RENT
○ FOR   assessment   1 hr

| ACCOUNT | | | ○ CASH | FROM Mike Peterson md Peterson |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY judi jewett MACCC-SLP |

1182

---

**RECEIPT**

DATE Nov 15 2004          No. 788843

FOR Ryan Peterson
RECEIVED FROM                                    $ 120⁰⁰

                                                 DOLLARS

○ FOR RENT
○ FOR   report writing + presentation/discussion time

| ACCOUNT | | | ○ CASH | FROM md Peterson TO |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 120 | 00 | ○ MONEY ORDER | BY judi jewett MACCC-SLP |

1182

---

**RECEIPT**

DATE Nov 15, 2004          No. 788844

FOR Ryan Peterson
RECEIVED FROM                                    $ 80⁰⁰

                                                 DOLLARS

○ FOR RENT
○ FOR   treatment time   1 hr

| ACCOUNT | | | ○ CASH | FROM md Peterson TO |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY judi jewett MACCC-SLP |

1182

32

TRANSMISSION VERIFICATION REPORT

TIME : 11/15/2004 22:41

| | |
|---|---|
| DATE,TIME | 11/15 22:39 |
| FAX NO./NAME | 6740667 |
| DURATION | 00:01:25 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Feird  11/15/04  reimbursement  request  4087.17

33

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE THROUGH WELLS FARGO BANK, N.A.
EXPIRES(RES DATE (480) 394-5122

0022S
Office AU #    11-24
                [21008]

Creator I.D.:  ccu000550
                ccu001673

**OFFICIAL CHECK**

0022503073

PAY TO THE ORDER OF:

***JUDITH JEWETT***

****RE: RYAN PETERSEN SPEECH & LANGUAGES SERVICS****

**$400.00**                    November 22, 2004

*****Four hundred dollars and no cents*****                    ***$400.00***

VOID IF OVER US $    400.00

CONTROLLER

⑈00²²50³0⁷³⑈  ⑆¹²¹000²⁴⁸⑆⁴⁸⁶¹ 50³¹¹⑈

---

# RECEIPT

DATE  Nov 22 2004                    No.

RECEIVED FROM  Mike Peterson

○ FOR RENT
○ FOR    receipts 788 841, 842, 843, 844

FROM  10-30-04  TO  11-15-04

BY  Judith e Jewett

|  |  |
|---|---|
| CASH | ○ |
| CHECK | ○ |
| MONEY ORDER | ○ |

| ACCOUNT |  |
|---|---|
| PAYMENT | 400 00 |
| BAL. DUE |  |

No.  788846

$400 °°

_____ DOLLARS

34

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

November 22, 2004

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _ $8.39 PM$_

Re: Ryan Petersen SN03-01885, tuition and services receipts

Dear Mr. Ferro,

Please find attached:

New Vista's Christian School November tuition check + late fee (#0022503697 ) and receipt #
(100902)  totaling $1045.00

Speech and Language services check( #0022503073) and receipt (# 788846) from Judith Jewett
SLP, 10/30/04 thru 11/15/04 totaling $400.00

Foundations Therapy O.T. Evaluation check (# 0022503072) totaling $300.00. Receipt of
payment pending from Julie Zito upon reception of payment.

Thank you,

Mike Petersen

35

| 00225 | 11-24 | | OFFICIAL CHECK | | 0022503697 |
|---|---|---|---|---|---|
| Office AU # | 1210(8) | | | | |

Operator I.D.:  cu009550        cu001873

PAY TO THE ORDER OF   ***NEW VISTA'S CHRISTIAN SCHOOL***
                      ***RE: NOVEMBER TUITION & LATE FEE***

November 22, 2004

***One thousand forty-five dollars and no cents***

**$1,045.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  1,045.00

*Richard Leary*

CONTROLLER

⑈0022503697⑈  ⑆121000248⑆:4861  505329⑈

---

RECEIPT

DATE 11/22/04       No. 100902

FROM Mike Petersen          $1,045.00

One thousand forty-five & 00/100 DOLLARS

○ FOR RENT
⊙ FOR  November tuition + late fee

| ACCT. | | ○ CASH | FROM | TO |
|---|---|---|---|---|
| PAID | | ⊙ CHECK | | |
| DUE | | ○ MONEY ORDER | BY S. McConnell | |

1152

36

OFFICIAL CHECK

0022503073

November 22, 2004

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

Operator I.D.:    cu009550    cu001873

PAY TO THE ORDER OF:    ***JUDITH JEWETT***

***RE: RYAN PETERSEN SPEECH & LANGUAGES SERVICES***

***Four hundred dollars and no cents***

**$400.00**

VOID IF OVER US $    400.00

CONTROLLER

Office AU #    00225
11-24
12(08)

⑈00 2250 3073⑈  ⑆⑈2⑈000 24⑈⑈⑈485⑈ 5053⑈⑈⑈

---

# RECEIPT

DATE __Nov 22, 2004__    No. __788846__

RECEIVED FROM __M.E. Peterson__    $400.⁰⁰

For __Receipts 788 841, 842, 843, 844.__

○ FOR RENT
○ FOR

| ACCOUNT | | |
|---|---|---|
| PAYMENT | 400.00 | |
| BAL. DUE | | |

○ CASH
○ CHECK    FROM __10-30'04.__ TO __11-15'04__
○ MONEY ORDER    BY __Judith Jewett__

DOLLARS

37

00225503072

**OFFICIAL CHECK**

| 00225 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Operator I.D.:  cu000550        cu001973

November 22, 2004

PAY TO THE ORDER OF        ***FOUNDATION THERAPY***
                          ***RE: RYAN PETERSEN O.T EVALUATION***

***Three hundred dollars and no cents***                    **$300.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 300.00

*Richard Leng*

CONTROLLER

⑈00225503072⑈ ⑆121000248⑆:4861  505311⑈

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

December 20, 2004

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94520
Fax 674-0667 Time _7.36 PM_

Re: Ryan Petersen, SN03-01885,

Dear Mr. Ferro,

This letter is a request for Ryan's tuition at New Vista's school for December 2004 and January 2005. I have not had the anticipated funds to pay for the month of December, therefore I can not produce a receipt. Please feel free to contact New Vista's school to verify Ryan's attendance for this month.

As for January, 2005, I am hopeful the district will forward Ryan's tuition prospectively along with the December tuition. My work is slow this time of year, and with the holidays, it is even more difficult to advance the tuition funds and wait for the 30 day period.

Attached, are payments due for Judith Jewett SLP. For Ryan's speech and language services from 11/22/04, 11/29/04 and 12/2/04 totaling $240.00

Also attached, is a cashiers check totaling $120.00 paid to Vicki Hugill for sign language services and tutoring.

The totals are as follows: December 2004 tuition, $950.00
.   January 2005 tuition,   $950.00
Judith Jewett SLP   $240.00
Vicki Hugill, sign language   $120.00 (my money)
Total :   $2260.00

Ryan is doing very well at New Vista's school and with his service providers. As I have already signed the release for you to communicate with them, please feel free to contact them if you have any questions. If the district can expedite this request as soon as possible, it would be most appreciated. I will forward the tuition proof of payments from New Vista's to you the same day I pay them. Please contact me if you have any questions.

Sincerely,

Mike Petersen, with receipt attachments

39 (6)

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

January 4, 2004

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _5:45 PM_

Re: Ryan Petersen, SN03-01885

Dear Mr. Ferro,

This transaction is to replace the receipts submitted on 12/20/04. Please find attached:

A) New Vista's Christian school December tuition including late fee:          $1045.00

B) Vicki Hugill, sign language tutor instructor :     12/1/04          $120.00 ✱
                                                      12/17/04         $60.00 ✱
                                                      12/28/04         $60.00
                                                      12/29/04         $60.00


C) Judith Jewett speech and language services :       11/22/04         $80.00
                                                      11/29/04         $80.00
                                                      12/2/04          $80.00
                                                      12/6 & 12/15      $160.00

D) Julie Zito, Foundations O.T. therapy :             11/5/04          $80.00

                                                      Total balance due     $1825.00

Thank you in advance for your prompt attention in this matter.
Sincerely,
_Mike Petersen_
Mike Petersen
_6 pgs total_

40

**REMITTANCE ADVICE**                         MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA **94519**

| PO NUMBER | INVOICE NUMBER | VOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | FINAL SETTLEMENT | 01/26/05 | 010166511 5890 | 11/5/04-12/29/04 | 1,825.00 |
| | | | | TOTAL | 1,825.00 |

DETACH STUB BEFORE DEPOSITING

**PEID:** 052553        **PE NAME:** MICHAEL PETERSEN          **CHECK#:** 00829675        **DATE:** 02/01/05

*41*

# NEW VISTAS CHRISTIAN SCHOOL

## 68 MORELLO AVENUE
## MARTINEZ, CA 94553
## (925) 370-7767

| DATE |
| --- |
| 12/9/2004 |

BILL TO

Michael Peterson
5018 Jeri Pl
Concord, CA 94521

| DUE DATE | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- |
| 12/9/2004 | $1,045.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 10/31/2004 | Balance forward | | 0.00 |
| 11/01/2004 | INV #7152 | 950.00 | 950.00 |
| 11/08/2004 | INV #7172 | 95.00 | 1,045.00 |
| 11/22/2004 | PMT #22503697 | -1,045.00 | 0.00 |
| 12/01/2004 | INV #7200 | 950.00 | 950.00 |
| 12/09/2004 | INV #7210 | 95.00 | 1,045.00 |

| BALANCE |
| --- |
| $1,045.00 |

42 Λ



**RECEIPT**

DATE 1/4/05    No. 100934

$1,045 00

FROM Mike Petersen

One thousand & forty-five & 00/100 DOLLARS

☐ FOR RENT  ☒ FOR Dec. tuition + late fee

| ACCT. | | ○ CASH | FROM | TO |
| PAID | | ☒ CHECK | BY S. McConnell |
| DUE | | ○ MONEY ORDER | | 1152 |

---

**Bank of America.**

Cashier's Check          No. 410652075

VOID AFTER 90 DAYS
Date    JANUARY 03, 2005

Banking
Center  SUN VALLEY CENTER

0000724  00015  0852075

MIKE PETERSEN
Remitter (Purchased By)

**1045.00**
$

Pay ONE THOUSAND FORTY FIVE DOLLARS AND 00 CENTS**

To
The
Order  **NEW VISTAS CHRISTIAN SCHOOL**
Of     **DECEMBER TUITION PLUS LATE FEE**

Bank of America, N.A.
San Francisco, CA

Authorized Signature

⑈410652075⑈ ⑆121000358⑆ 13970⑈85076⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK      THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

43 A

## RECEIPT

DATE 12-17-04    No. 412602

FROM Michael Peterson    $60.00

Sixty dollars ———    DOLLARS

○ FOR RENT
⊗ FOR    Sign Language Tutoring

| ACCT. | | ⊗ CASH | FROM 4pm TO 6pm |
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY Vicki Hugill |

1152

## RECEIPT

DATE 12-28-04    No. 412603

FROM Michael Peterson    $60.00

Sixty ———    DOLLARS

○ FOR RENT
⊗ FOR    Sign Language Tutor

| ACCT. | | ○ CASH | FROM 9am TO 11am |
| PAID | | ○ CHECK | |
| DUE | 60 | 00 | ○ MONEY ORDER | BY Vicki Hugill |

1152

## RECEIPT

DATE 12-29-04    No. 412604

FROM Michael Peterson    $60.00

Sixty Dollars ———    DOLLARS

○ FOR RENT
⊗ FOR    Sign Language Tutor

| ACCT. | | ○ CASH | FROM 9am TO 11am |
| PAID | | ○ CHECK | |
| DUE | 60 | 00 | ○ MONEY ORDER | BY Vicki Hugill |

1152

No. 410000354

Cashier's Check

Bank of America

Remitter (Purchased By) MICHAEL PETERSEN

**120.00**

Authorized Signature

Pay **ONE HUNDRED TWENTY DOLLARS AND 00 CENTS**

To The Order Of **VICKI HUGILL**
**SIGN LANGUAGE/TUTOR**

Bank of America, N.A.
San Francisco, CA

44 B

**RECEIPT**

DATE Nov 22, 2004

No. 788845

FOR RECEIVED FROM Ryan. Peterson

$ 80 00

DOLLARS

○ FOR RENT
○ FOR    Treatment Time

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | 80 | 00 |

○ CASH
○ CHECK
○ MONEY ORDER

FROM Mr Peterson    TO

BY Judith e jewett MA CCC SLP

1182

---

**RECEIPT**

DATE Nov 29, 2004

No. 788847

FOR RECEIVED FROM Ryan Peterson

$ 80 00

DOLLARS

○ FOR RENT
○ FOR    Treatment Time

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | 80 | 00 |

○ CASH
○ CHECK
○ MONEY ORDER

FROM Mr Peterson    TO

BY Judith e jewett MA CCC-SLP

1182

---

**RECEIPT**

DATE December 2, 2004

No. 788848

FOR RECEIVED FROM Ryan Peterson

$ 80 00

DOLLARS

○ FOR RENT
○ FOR    Treatment Time

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | 80 | 00 |

○ CASH
○ CHECK
○ MONEY ORDER

FROM Mr Peterson    TO

BY Judith e jewett

1182

---

**RECEIPT**

DATE 12/6 & 12/15

No. 788849

FOR RECEIVED FROM Ryan Peterson

$ 160 00

DOLLARS

○ FOR RENT
○ FOR    Treatment Time

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | 160 | 00 |

○ CASH
○ CHECK
○ MONEY ORDER

FROM Mr Peterson    TO

BY Judith e jewett

1182

45 C

citibank®

**PERSONAL MONEY ORDER**

10-86
220

Citibank (West), FSB

127-04 Ck. Ser. #    63461039Ω    $0.00 ONE    63461039Ω

PAY    *****FOUR HUNDRED DOLLARS******    DATE    02/07/05

*****400.00*****

TO
THE
ORDER
OF

Judith Jewett

Judith & Margaret (Milton)

Michael Peterson

NOT GOOD FOR MORE THAN $1,000.00

MEMO    PO BOX    **NON-NEGOTIABLE** 94527

TERMS

Issued by IntegraPay Payment Systems Inc. Englewood, Colorado
To Obtain: N.A., Buffalo, N.Y.

**PURCHASER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE.
FAILURE TO DO SO WILL RESULT IN THE PURCHASER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.**

**PURCHASER COPY**

46

# Foundations Therapy Service

Julie Zito, OTR/L
2099 Goldpine Wy
Antioch, CA 94509
Phone (925) 628-3834  Fax (925) 756-2742

DATE: 11/29/04

**Bill To:**
Mike Petersen

**For:**
Occupational Therapy Services
November 2004
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| Balence Due OT Evaluation 8/04 | 1 | 300 | 300 |
| Payment Received 11/24/04 | | | (evaluation) -300 |
| OT Treatment Session 11/5/04 | 1 | 80 | 80 |
| | | **TOTAL** | **$80.00** |

Total due in 30 days.

**THANK YOU**

47

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

February 7, 2005                    FACSIMILE COVER PAGE

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
fax 674-0667

Re: Ryan Petersen, SN03-01885 Reimbursement Request

Dear Mr. Ferro,

Please process the attached pages for educational services as follows:

1) New Vista's Christian School January tuition plus late fee:          $1045.00

2) Vicki Hugill sign language services 1/5/05, 1/14/05, 1/26/05          $180.00

3) Judith Jewett, speech and language services
   1/3/05, 1/10/05, 1/13/05, 1/24/05, 1/31/05, 2/7/05                    $520.00

                                        Total due:          $1745.00

Sincerely,
Mike Petersen
total pages including cover = 5

48      O