**MT DIABLO UNIFIED SCHOOL DISTRICT**
**OF CONTRA COSTA COUNTY**
1936 CARLOTTA DRIVE
CONCORD, CA 94519

| | |
|---|---|
| 00830761 | 11-24/1223 1210(8) |

**DISTRICT ORDER NO.**

| PAY DATE | PAY EXACTLY | $1,745 DOLLARS NO CENTS | TOTAL AMOUNT |
|---|---|---|---|
| 02/18/05 | | | ******1,745.00 |

**VOID SIX MONTHS AFTER DATE OF ISSUE**
**TO THE ORDER OF**

**COMMERCIAL REVOLVING FUND**

BY ORDER OF THE GOVERNING BOARD

MICHAEL PETERSEN
P O BOX 273363
CONCORD, CA 94527

Mary McNerny

SUPERINTENDENT

⑆750083076⑈⑆ ⑇121000248⑇:4225 027614⑈⑇

---

## REMITTANCE ADVICE

MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| PO NUMBER | INVOICE NUMBER | INVOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | SN03-01885 | 02/09/05 | 010166511 5890 | Conferences | 1,745.00 |
| | | | | TOTAL | 1,745.00 |

DETACH STUB BEFORE DEPOSITING

PEID: 052553      PE NAME: MICHAEL PETERSEN      CHECK#: 00830761      DATE: 02/18/05

49

**RECEIPT**

DATE 2-7-05    No. 100972

FROM Mike Petersen    $1,045.00

One thousand forty-five & 00/100 DOLLARS

FOR RENT
FOR January tuition + late fee.

| ACCT. | | ○ CASH | FROM _____ TO _____ |
| PAID | | ○ CHECK | S. McConnell |
| DUE | | ○ MONEY ORDER | BY |

1152

---

**citibank**
Citibank (West), FSB

**OFFICIAL CHECK**    851228940

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

16-2958
1220

FC# 00345 FA# 075    $0.00 ONL    DATE 02/07/05
127-03  Ck. Ser.#    851228940    * * * * * 1,045.00 * * *

PAY    ****ONE THOUSAND FORTY-FIVE DOLLARS****

TO THE ORDER OF    ****NEW VISTA'S CHRISTIAN SCHOOL
RE: JANUARY TUITION W/LATE FEE****

DRAWER Citibank (West), FSB

NAME OF REMITTER ADDRESS    MICHAEL PETERSEN

Payable Through Citibank Intl., Los Angeles, CA
Citibank N.A., Buffalo, NY
Issued by Integrated Payment Systems Inc., Englewood, Colorado

AUTHORIZED SIGNATURE    BY

⑈122029587⑈68⑈00500⑈851228940

50



RECEIPT

DATE 1-05-05     No. 412605
FROM Michael Peterson     $60.00
Sixty     DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | | CASH | FROM 5 | TO
PAID | | CHECK
DUE | 60 | 00 | MONEY ORDER | BY Vicki Hugill
1152



RECEIPT

DATE 1-14-05     No. 412606
FROM Michael Peterson     $60.00
Sixty     DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | | CASH | FROM | TO
PAID | | CHECK
DUE | 60 | 00 | MONEY ORDER | BY Vicki Hugill
1152



RECEIPT

DATE 1-19-05     No. 412607
FROM     $
ILL     DOLLARS
FOR RENT / FOR
ACCT. | | CASH | FROM | TO
PAID | | CHECK
DUE | | MONEY ORDER | BY
1152

RECEIPT

DATE 1-26-05     No. 412608
FROM Michael Peterson     $60.00
Sixty     DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | | CASH | FROM | TO
PAID | | CHECK
DUE | 60 | 00 | MONEY | BY V. Hugill

51

**RECEIPT**

DATE 1/3 & 1/10          No. 788850

RECEIVED FROM Ryan Peterson          $160 00

FOR

One hundred sixty and 00/100 _____ DOLLARS

○ FOR RENT   Treatment Time
○ FOR

| ACCOUNT | | ○ CASH | FROM mol Peters | TO |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | 160 00 | ○ MONEY ORDER | BY judith e ffevett | |

1182

---

**RECEIPT**

DATE 1/13/05          No. 788851

RECEIVED FROM ~~Ei~~ For Ryan Peterson          $80 00

Eighty and 00/100 _____ DOLLARS

○ FOR RENT   Treatment Time
○ FOR

| ACCOUNT | | ○ CASH | FROM mol Peters | TO |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | 80 00 | ○ MONEY ORDER | BY judith e jevett | |

1182

---

**RECEIPT**

DATE 1/24/05          No. 788852

RECEIVED FROM for Ryan Peterson          $120 00

treatment 1/2 hr 1/20
treatment 1/2 hr 1/24          One hundred twenty 00/100 DOLLARS
○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM mol R A | TO |
|---|---|---|---|---|
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | 120 00 | ○ MONEY ORDER | BY judith e jevett | |

1182

52

**RECEIPT**

DATE Jan 31 '05    No. 788853

RECEIVED FROM for Ryan Peterson    $ 80.00

DOLLARS

○ FOR RENT    Treatment Time
○ FOR

| ACCOUNT | | | ○ CASH | FROM mrs Peterson TO |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY Judith e Jewett |

1182

---

**RECEIPT**

DATE 2-7-05    No. 788854

RECEIVED FROM Mike Peterson    $ 400

covered receipts 845, 847, 848, 849    DOLLARS

○ FOR RENT    Treatment for Ryan
○ FOR

| ACCOUNT | | ○ CASH | FROM mrs Peterson TO |
| PAYMENT | 400 | ○ CHECK | |
| BAL. DUE | | ○ MONEY ORDER | BY Judith e Jewett |

1182

---

**RECEIPT**

DATE Feb 7, 2005    No. 788855

RECEIVED FROM for Ryan Peterson    $ 80.00

Eighty and 00/100    DOLLARS

○ FOR RENT    Treatment Time
○ FOR

| ACCOUNT | | ○ CASH | FROM mrs Peterson TO |
| PAYMENT | | ○ CHECK | |
| BAL. DUE | 80 00 | ○ MONEY ORDER | BY Judith e Jewett |

1182

53



# CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

| KEEP THIS RECEIPT FOR YOUR RECORDS | PAY TO: Vicki Hugill | |
| --- | --- | --- |
| | ADDRESS 7251 Brentwood Blvd # 122 | SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION |
| | Brentwood Ca. 94513 | NOT NEGOTIABLE |
| | C.O.D. OR USE: FOR Sign language services for Ryan | |

07505769093    2005-02-28    945200    $ 180.00    0033

**POSTAL MONEY ORDER**    15-800 000

07505769093    2005-02-28    945200    **$180.00¢**

SERIAL NUMBER    YEAR, MONTH, DAY    POST OFFICE    U.S DOLLARS AND CENTS

ONE HUNDRED EIGHTY DOLLARS & 00¢  ******

PAY TO    Vicki Hugill

7251 Brentwood Blvd # 122    FROM    Mike Petersen    0033

Brentwood Ca. 94513    ADDRESS    P.O. Box 273363

Sign Launguage services    Concord Ca. 94527

⑆000000800 2⑈:    07505769093⑈

54



**UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

KEEP THIS
RECEIPT FOR
YOUR RECORDS

PAY TO: Judith Jewett

ADDRESS Laurelwood Pl.

C.O.D. OR
USED FOR Concord Ca. 94520

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT
NEGOTIABLE**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07505769104 | 2005-02-28 | 945200 | $ 520.00 | 0033 |

**UNITED STATES POSTAL SERVICE®**

# POSTAL MONEY ORDER

151 800
000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07505769104 | 2005-02-28 | 945200 | $$520.00¢ |

AMOUNT

FIVE HUNDRED TWENTY DOLLARS & 00¢ *****

| | | |
|---|---|---|
| PAY TO Judith Jewett | NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS SEE REVERSE WARNING | |
| ADDRESS Laurelwood Pl. | FROM Mike Petersen | CLERK 0033 |
| Concord Ca. 94520 | ADDRESS P.O. Box 273363 | |
| C.O.D. NO. OR USED FOR Speech & Language c/o Ryan | Concord Ca. 94527 | |

⑈000000800⑈⑆ 07505769104⑈

55

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| | | |
|---|---|---|
| **KEEP THIS RECEIPT FOR OUR RECORDS** | PAY TO: New Vista's Christian School<br>ADDRESS: 68 Morello Ave, Martinez Ca. 94553<br>C.O.D. OR USED FOR: February 2005, late fee | **SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION**<br>**NOT NEGOTIABLE** |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07505769082 | 2005-02-28 | 945200 | $ 95.00 | 0033 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| | | |
|---|---|---|
| **KEEP THIS RECEIPT FOR OUR RECORDS** | PAY TO: New Vista's Christian School<br>ADDRESS: 68 Morello Ave. Martinez Ca. 94553<br>C.O.D. OR USED FOR: February Tuition c/o Ryan Petersen | **SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION**<br>**NOT NEGOTIABLE** |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07505769071 | 2005-02-28 | 945200 | $ 950.00 | 0033 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| | | |
|---|---|---|
| **KEEP THIS RECEIPT FOR YOUR RECORDS** | PAY TO: Judith Jewett<br>ADDRESS: Laurelwood Pl.<br>C.O.D. OR USED FOR: Concord Ca. 94520 | **SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION**<br>**NOT NEGOTIABLE** |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07505769104 | 2005-02-28 | 945200 | $ 520.00 | 0033 |

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

| | | |
|---|---|---|
| **KEEP THIS RECEIPT FOR YOUR RECORDS** | PAY TO: Vicki Hugill<br>ADDRESS: 7251 Brentwood Blvd # 122<br>Brentwood Ca. 94513<br>C.O.D. OR USED FOR: Sign language services for Ryan | **SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION**<br>**NOT NEGOTIABLE** |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 07505769093 | 2005-02-28 | 945200 | $ 180.00 | 0033 |



USPS MAIN OFFICE CONCOR
CONCORD, California
945206710
0555110070-0095
(800)275-8777
05175800/0

02/28/2005                    03:02:12

| Product Description | Sales Receipt | | |
|---|---|---|---|
| | Qty | Unit Price | Final Price |
| Dom. Money Order 07505769071 | | | $950.00 |
| Domestic Money Order Fee | | | $1.25 |
| Subtotal: | | | $951.25 |
| Dom. Money Order 07505769082 | | | $95.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $95.90 |
| Dom. Money Order 07505769093 | | | $180.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $180.90 |
| Dom. Money Order 07505769104 | | | $520.00 |
| Domestic Money Order Fee | | | $1.25 |
| Subtotal: | | | $521.25 |

Total Due:                    $1,749.30

Paid by:
Cash                          $1,760.00
Change Due:                   $10.70

Bill #: 1000502109209
Clerk: 33

All sales final on stamps and postage.
No refunds for guaranteed services only.
Thank you for your business.
Customer Copy

56

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

March 4, 2005

Ken Ferro                    FACSIMILE COVER SHEET
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time  *7' / 2 /M*

Re: Ryan Petersen, SN03-01885

Dear Mr. Ferro,

Please process the attached pages for educational services as follows:

| | |
|---|---|
| 1) New Vista's Christian School February tuition | $950.00 |
| 2) New Vista's February late fee | $95.00 |
| 3) Judith Jewett, speech and language tutor sessions, 2/17, 2/21, 2/24 & 2/28. (other sessions rescheduled by tutor and/or parent) | $280.00 |
| 4) Vicki Hugill, sign language services, 2/9/05 (Other sessions rescheduled by tutor and/or parent) | $60.00 |
| Total balance due | $1385.00 |

Sincerely,
Mike Petersen

Total pages including cover sheet = 4

57  ⑥

**MT DIABLO UNIFIED SCHOOL DISTRICT**
**OF CONTRA COSTA COUNTY**
1936 CARLOTTA DRIVE
CONCORD, CA 94519

DISTRICT ORDER NO.   00832636

11-244/225
121(08)

TOTAL AMOUNT
*******1,290.00
COMMERCIAL REVOLVING FUND

DATE: 03/25/05

PAY EXACTLY          $1,290 DOLLARS   NO   CENTS

VOID SIX MONTHS AFTER DATE OF ISSUE
TO THE ORDER OF

MICHAEL PETERSEN
P O BOX 273363
CONCORD, CA 94527

BY ORDER OF THE GOVERNING BOARD

SUPERINTENDENT

⑈750083263⑈ ⑆ ⑈ ⑈0000246814⑈ 225 027614⑈

5·8

| NO. NUMBER | INVOICE NUMBER | INVOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | SN03-018805 | 03/04/05 | 010166511 5890 | Other Operating Expe | 1,290.00 |
| | | | | TOTAL | 1,290.00 |

DETACH STUB BEFORE DEPOSITING

**PEID:** 052553    **PE NAME:** MICHAEL PETERSEN    **CHECK#:** 00832636    **DATE:** 03/25/05

59



**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: New Vista's Christian School
ADDRESS: 68 Morello Ave. Martinez Ca. 94553
C.O.D. OR USED FOR: February 2005, late fee

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER 07505769082 | YEAR, MONTH, DAY 2005-02-28 | POST OFFICE 945200 | AMOUNT $ 95.00 | CLERK 0033

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: New Vista's Christian School
ADDRESS: 68 Morello Ave. Martinez Ca. 94553
C.O.D. OR USED FOR: February Tuition c/o Ryan Petersen

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER 07505769071 | YEAR, MONTH, DAY 2005-02-28 | POST OFFICE 945200 | AMOUNT $ 950.00 | CLERK 0033

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: Judith Jewett
ADDRESS: Laurelwood Pl.
C.O.D. OR USED FOR: Concord Ca. 94520

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER 07505769104 | YEAR, MONTH, DAY 2005-02-28 | POST OFFICE 945200 | AMOUNT $ 520.00 | CLERK 0033

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: Vicki Hugill
ADDRESS: 7251 Brentwood Blvd # 122
Brentwood Ca. 94513
C.O.D. OR USED FOR: Sign language services for Ryan

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER 07505769093 | YEAR, MONTH, DAY 2005-02-28 | POST OFFICE 945200 | AMOUNT $ 180.00 | CLERK 0033

---

```
0517520070 MAIN OFFICE C04L09
CONCORD, California
945208710
0555110C070-0095
(800)275-8777                    02:01:1512

02/28/2005

Product            Sales Receipt
Description        Sale   Unit    Final
                   Qty    Price   Price

Dom. Money Order 07505769071            $950.00
  Domestic Money Order Fee                $1.25
  Domestic Money Order Subtotal:        $951.25
Dom. Money Order 07505769082             $95.00
  Domestic Money Order Fee                $0.00
  Domestic Money Order Subtotal:         $95.90
                   Subtotal:             $95.90
Dom. Money Order 07505769093            $180.00
  Domestic Money Order Fee                $0.90
  Subtotal:                             $180.90
Dom. Money Order 07505769104            $520.00
  Domestic Money Order Fee                $1.25
  Subtotal:                             $521.25

                   Subtotal:           $1,749.30

Total Due:                             $1,760.00
                                          $10.70

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy
```

59



**RECEIPT**

DATE 2-17-05     No. 788856

RECEIVED FROM Mike Peterson     $80.00

eighty and ∞ _____ DOLLARS

○ FOR RENT Treatment Time
○ FOR

| ACCOUNT | | ○ CASH | FROM M. Peter     TO |
| PAYMENT | | ○ CHECK | |
| BAL. DUE | 80 00 | ○ MONEY ORDER | BY Judith e Jewett |

1182

---

**RECEIPT**

DATE     Holiday 2-14 05     No. 788857

RECEIVED FROM     Out ill 2-10-05     $

cancelled 2-28-05 _____ DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM _____ TO |
| PAYMENT | | ○ CHECK | |
| BAL. DUE | | ○ MONEY ORDER | BY |

1182

---

**RECEIPT**

DATE 3-3-05     No. 788858

RECEIVED FROM Mike Peterson     $520 00

covers receipts     850 851 852 DOLLARS
853 855

○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM M. Ref     TO |
| PAYMENT | 520 | ● CHECK | |
| BAL. DUE | | ✓ MONEY ORDER | BY Judith e Jewett |

1182

---

**RECEIPT**

DATE 3-3-05     No. 788859

RECEIVED FROM Mike Peterson     $280 00

2/17 1 hr; 2/21 ½ hr  2/24 1 hr  3/3 1 hr DOLLARS
3½ hrs  total

○ FOR RENT
○ FOR     speech & language services

| ACCOUNT | | ○ CASH | FROM M. Peters     TO |
| PAYMENT | | ○ CHECK | |
| BAL. DUE | 280 00 | ○ MONEY ORDER | BY Judith e Jewett |

1182

60



RECEIPT

DATE 2·2     No. 412609

FROM _____ $

*Cancelled*

_____ DOLLARS

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | FROM ___ TO ___ |
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY ___ |

1152

---

RECEIPT

DATE 2-9-05     No. 412610

FROM Mike Peterson   $60⁰⁰

Sign Language Tutor DOLLARS

○ FOR RENT
✗ FOR   Sixty dollars

| ACCT. | | ● CASH | FROM ___ TO ___ |
| PAID | | ○ CHECK | |
| DUE | 60 00 | ○ MONEY ORDER | BY V. Hugill |

1152

---

RECEIPT

DATE 2-16     No. 412611

FROM _____ $

*Cancelled*

_____ DOLLARS

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | FROM ___ TO ___ |
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY ___ |

1152

---

RECEIPT

DATE 2-23     No. 412612

FROM _____ $

_____ DOLLARS

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | FROM ___ TO ___ |
| PAID | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY ___ |

1152

61



**UNITED STATES POSTAL SERVICE®**    **POSTAL MONEY ORDER**    15-800 / 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 0799040744B | 2005-04-06 | 945221 | $280.00¢ |

TWO HUNDRED EIGHTY DOLLARS & 00¢    ✱✱✱✱✱✱

AMOUNT

| PAY TO Judith Jewett | NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS *SEE REVERSE WARNING* | |
|---|---|---|
| ADDRESS 5731 Laurelwood PL. | FROM Mike Petersen | CLERK 0009 |
| Concord CA 94527 | ADDRESS P.O. Box 273363 | |
| C.O.D. NO. OR USED FOR Speech + Language (Ryan) | Concord CA 94527 | |

⑈000000800 2⑈    0799040744B⑈

f $56.859

 **CUSTOMER'S RECEIPT**

| KEEP THIS RECEIPT FOR YOUR RECORDS | PAY TO: Vicki Hugill | SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION |
| | ADDRESS: 7251 Brentwood Blvd # 122 | |
| | Brentwood Ca. 94513 | NOT NEGOTIABLE |
| | C.O.D OR USED FOR: Sign language services for Ryan | |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
| 07505769093 | 2005-02-28 | 945200 | $ 180.00 | 0033 |

**UNITED STATES POSTAL SERVICE® POSTAL MONEY ORDER**                    15-800 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S DOLLARS AND CENTS |
| 07505769093 | 2005-02-28 | 945200 | $$180 00¢ |

AMOUNT  ONE HUNDRED EIGHTY DOLLARS & 00¢  ******

| PAY TO: Vicki Hugill | |
| ADDRESS: 7251 Brentwood Blvd # 122 | FROM: Mike Petersen · CLERK 0033 |
| Brentwood Ca. 94513 | ADDRESS: P.O. Box 273363 |
| C.O.D NO OR USED FOR: Sign Launguage services | Concord Ca. 94527 |

⑈:000000800 2⑈:       07505769093⑈'

63

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

March 8, 2005

New Vista's Christian School
68 Morello Ave.
Martinez Ca. 94553

Re: Ryan Petersen Smartlink FM system (049C20448) and users guide

Dear Ms. Zablah and staff,

Accompanied with this letter is Ryan's Smartlink FM system and users guide. Please read the manual and familiarize yourselves with this unit prior to us placing it into service. Please call me if you have any questions.

Sincerely,

Mike Petersen _____     Received by: _____ 3/8/05

64

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

April 14, 2005

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time  7. 35 PM

Re: Ryan Petersen, SN03-01885

Dear Mr. Ferro,

Please process the attached pages for educational services as follows:

| | |
|---|---|
| 1) New Vista's Christian School March tuition | $950.00 |
| 2) New Vista's Christian School February late fee<br>(This late fee not received per district check #832636 last month)<br>(Invoiced amount totaled $1385.00, check amount was $1290.00) | $95.00 |
| 3) New Vista's Christian School March late fee<br>(Listed as "April" late fee per NVCS error, invoice #7338) | $95.00 |
| 4) Judith Jewett, Speech & Language services<br>(Staples receipt dated 3/22/05 included per Ms. Jewett invoice) | $480.00 |
| 5) Judith Jewett invoice incl. | |
| 6) Vicki Hugill, Sign Language services | $240.00 |
| 7) Foundation's Therapy O.T. Services | $160.00 |
| Total Due | $2020.00 |

Sincerely,

Michael S. Petersen
Michael S. Petersen

P.S., Please call me if you have any questions
Total pages including cover sheet = 8

65    (9)

**MT DIABLO UNIFIED SCHOOL DISTRICT**
**OF CONTRA COSTA COUNTY**
**1936 CARLOTTA DRIVE**
**CONCORD, CA 94519**

| | |
|---|---|
| | 00834421  11-244/225  1210(8) |
| | DISTRICT ORDER NO. |

| TOTAL AMOUNT |
|---|
| ******1,830.00 |
| COMMERCIAL REVOLVING FUND |

| VOID DATE SIX MO | PAY EXACTLY | $1,830 DOLLARS   NO   CENTS |
|---|---|---|

04/25/05

VOID SIX MONTHS AFTER DATE OF ISSUE
TO THE ORDER OF

BY ORDER OF THE GOVERNING BOARD

MICHAEL PETERSON
P O BOX 273363
CONCORD, CA 94527

_Gary Mc Henry_
SUPERINTENDENT

⑈⑆7500834421⑈ ⑈:121000248⑈:4225 027614⑈

---

**REMITTANCE ADVICE**      MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| PO NUMBER | INVOICE NUMBER | INVOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | SN03--01885 | 04/18/05 | 010166511 5890 | tuition language the | 1,830.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | 1,830.00 |

DETACH STUB BEFORE DEPOSITING

PEID: 053395      PE NAME: MICHAEL PETERSON      CHECK#: 00834421      DATE: 04/25/05

66

**UNITED STATES POSTAL SERVICE®**

# POSTAL MONEY ORDER

15-800
000

SERIAL NUMBER

07990407437

YEAR, MONTH, DAY
2005-04-06

POST OFFICE
946221

US DOLLARS AND CENTS
$950 00¢

NINE HUNDRED FIFTY DOLLARS & 00¢    ******

AMOUNT

PAY TO
New vista's christian school

ADDRESS
68 Morello Ave
Martinez CA, 94553

C.O.D. NO. OR
USED FOR March tuition

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM
Mike Petersen

ADDRESS
P.O. Box 273363
Concord CA 94527

CLERK
0009

⑈00000800⑈:    07990407437⑈

---

**RECEIPT**

DATE 4-6-05          No. 101000

FROM Mike Petersen          $950 00

Nine hundred fifty & 00/100 DOLLARS

○ FOR RENT
⊙ FOR          March tuition

| ACCT. | | ○ CASH | FROM | TO |
| PAID | | ○ CHECK | BY S. McConnell |
| DUE | | ⊙ MONEY ORDER | |

1152

67 of 1

**RECEIPT**

DATE 3/1/05   No. 100979

FROM Mike Petersen   $95.00

Ninety-five dollars & 00/100 DOLLARS

○ FOR RENT  Late fee
○ FOR

| ACCT. | | ○ CASH | FROM | TO |
| PAID | | ○ CHECK | | |
| DUE | | Ⓓ MONEY ORDER | BY S. McConnell |

68 2 3

NEW VISTAS CHRISTIAN SCHOOL

# Invoice

**68 MORELLO AVENUE**
**MARTINEZ, CA 94553**
**(925) 370-7767**

| DATE | INVOICE # |
|------|-----------|
| 4/6/2005 | 7338 |

**BILL TO**

Michael Peterson
5018 Jeri Pl
Concord, CA 94521

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Late fee for the month of April | | 95.00 | 95.00 |
| | | **Total** | **$95.00** |

69   3

RECEIPT

DATE 3-7-05                                    No. 788860
RECEIVED FROM Mike Peterson                    $ 80 00
Eighty and 00                                  DOLLARS
FOR RENT
FOR Speech and language services

| ACCOUNT | | | CASH | FROM md peterson TO |
| PAYMENT | | | CHECK | |
| BAL. DUE | 80 | 00 | MONEY ORDER | BY judith everett |

1182

RECEIPT

DATE 3-10-05                                   No. 788861
RECEIVED FROM Mike Peterson                    $ 80 00
Eighty and 00                                  DOLLARS
FOR RENT
FOR speech + language services

| ACCOUNT | | | CASH | FROM md peterson TO |
| PAYMENT | | | CHECK | |
| BAL. DUE | 80 | 00 | MONEY ORDER | BY judith everett |

1182

RECEIPT

DATE 3-16-05                                   No. 788862
RECEIVED FROM Mike Peterson                    $ 80 00
Eighty and 00                                  DOLLARS
FOR RENT
FOR speech & language

| ACCOUNT | | | CASH | FROM md peterson TO |
| PAYMENT | | | CHECK | |
| BAL. DUE | 80 | 00 | MONEY ORDER | BY judith everett |

1182

70    4

**RECEIPT**

DATE 3-22-05    No. 788863

RECEIVED FROM Mike Peterson    $ 160⁰⁰

One hundred sixty and ⁰⁰/₁₀₀ ___ DOLLARS

○ FOR RENT
○ FOR speech + language treatment + related services

| ACCOUNT | | ○ CASH | FROM md pet |  | TO |
|---|---|---|---|---|---|
| PAYMENT | | ○ CHECK | | | |
| BAL. DUE | 160 00 | ○ MONEY ORDER | BY Judith eyjavett | | |

1182

---

that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
4498 Treat Blvd.
CONCORD, CA 94521
(925) 609-1014
554712 2 002 54092
1365 03/22/05 05:33
OUR PRICE

SALE

QTY SKU

200 B&W SELF ADHE ERP    12.10
380979    0.060ea
1 AVY READY INDEX MU    9.49
072782110727
1 DUR-VLF BINDER 1.5    4.39
077711273528
SUBTOTAL    25.88
Standard Tax 8.25%    2.14
TOTAL    $28.02
Cash    +0.00
Cash Change    11.98

TOTAL ITEMS  200

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Reorders @npnahansen Wittendal

1365032005546920 2

---

**RECEIPT**

DATE 3-23-05    No. 788864

RECEIVED FROM Mike Peterson    $80

Eighty and ⁰⁰/₁₀₀ ___ DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM md peters |  | TO |
|---|---|---|---|---|---|
| PAYMENT | | ○ CHECK | | | |
| BAL. DUE | 80 00 | ○ MONEY ORDER | BY Judith eyjavett | | |

1162

71. 5



RECEIPT

DATE 3-2-05   No. 412614

FROM Michael Peterson   $60

Sign Language Tutor   DOLLARS

FOR RENT / FOR   Sixty dollars

| ACCT. | | CASH | FROM | TO |
| PAID | | CHECK | | |
| DUE | 60 00 | MONEY ORDER | BY V. Hugill | 1152 |

---

RECEIPT

DATE 3-9-05   No. 412615

FROM Michael Peterson   $60

Sixty   DOLLARS

FOR RENT / FOR   Sign Language Tutor

| ACCT. | | CASH | FROM | TO |
| PAID | | CHECK | | |
| DUE | 60 00 | MONEY ORDER | BY V. Hugill | 1152 |

---

RECEIPT

DATE 3-17-05   No. 412616

FROM Mike Peterson   $60

Sixty   DOLLARS

FOR RENT / FOR   Sign Language

| ACCT. | | CASH | FROM | TO |
| PAID | | CHECK | | |
| DUE | 60 00 | MONEY ORDER | BY V. Hugill | 1152 |

---

RECEIPT

DATE 3-23-05   No. 412617

FROM Mike Peterson   $60

Sign Language Tutor   DOLLARS

FOR RENT / FOR

| ACCT. | | CASH | FROM | TO |
| PAID | | CHECK | | |
| DUE | 60 00 | MONEY ORDER | BY Vicki Hugill | 1152 |

72   6

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 4/1/05**

**Bill To:**
Mike Petersen

**For:**
Occupational Therapy Services
March 2004
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 3/24/05 | 1 | $80.00 | $80.00 |
| 3/31/05 | 1 | $80.00 | $80.00 |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | $160.00 |

Total due in 30 days.

**THANK YOU**

73  7

No. 788869

$ 80 00

_language services for Ryan Peterson_

DOLLARS

○ CASH   FROM mt PtA
○ CHECK  TO
○ MONEY ORDER   BY judith everett
BAL. DUE   80 00

1182

---

RECEIPT

DATE 5-2-05

No. 788870

RECEIVED FROM Mike Peterson 5-2-05   $ 480 00

for receipts  865, 867, 868, 869   DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | |
| PAYMENT | 480 | 00 |
| BAL. DUE | | |

○ CASH   FROM m Pete
○ CHECK  TO
○ MONEY ORDER   BY judith everett

1182

---

RECEIPT

DATE 5-2-05

No. 788871

RECEIVED FROM Mike Peterson   $ 80 00

for treatment for language services for Ryan Peterson DOLLARS

Eighty and 00/00

○ FOR RENT
○ FOR

| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | 80 | 00 |

○ CASH   FROM mt Peterson   TO
○ CHECK
○ MONEY ORDER   BY judith everett

1182

74

# UNITED STATES POSTAL SERVICE

## CUSTOMER'S RECEIPT

**KEEP THIS RECEIPT FOR YOUR RECORDS**

PAY TO: Judith Jewett
ADDRESS: 5731 Laurelwood Pl., Concord Ca.
C.O.D. OR USED FOR: Ryan Petersen, speech & language

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER: 0712427366 2
YEAR, MONTH, DAY: 2005-05-02
POST OFFICE: 945221
AMOUNT: $480.00
CLERK: 0012

---

## CUSTOMER'S RECEIPT

**KEEP THIS RECEIPT FOR YOUR RECORDS**

PAY TO: Foundation's Therapy
ADDRESS: 1280 Central Blvd. Ste J-1, Brentwood
C.O.D. OR USED FOR: Ryan O.T. Therapy

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER: 0712427365 1
YEAR, MONTH, DAY: 2005-05-02
POST OFFICE: 945221
AMOUNT: $160.00
CLERK: 0012

---

## CUSTOMER'S RECEIPT

**KEEP THIS RECEIPT FOR YOUR RECORDS**

PAY TO: Vicki Hugill
ADDRESS: 619 Unit A W17th St., Antioch Ca. 94509
C.O.D. OR USED FOR: Ryan Petersen, sign language

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

SERIAL NUMBER: 0712427367 3
YEAR, MONTH, DAY: 2005-05-02
POST OFFICE: 945221
AMOUNT: $240.00
CLERK: 0012



75

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

May 16, 2005                    FACSIMILE COVER PAGE

Ken Ferro
M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _1:12 PM_

Re: Ryan Petersen SN03-01885

Dear Mr. Ferro,

Please process the attached pages for educational related expenses as follows:

| | |
|---|---|
| 1) New Vista's Christian School April tuition | $950.00 |
| 2) New Vista's Christian School April late fee | $95.00 |
| 3) New Vista's Christian School March late fee | $95.00 |
| 4) New Vista's Christian School February late fee | $95.00 |
| 5) Judith Jewett Speech & Language services (x 2 pages) | $560.00 |
| 6) Foundation's Therapy Occupational Therapy services | $240.00 |
| 7) Vicki Hugill sign language services | $225.00 |
| Total: | $2260.00 |

Sincerely,

_Michael S. Petersen_

Michael S. Petersen

Total pages including cover sheet = 9

76    ⑩

**MT DIABLO UNIFIED SCHOOL DISTRICT**
**OF CONTRA COSTA COUNTY**
**1936 CARLOTTA DRIVE**
**CONCORD, CA 94519**

| 00836233 | 11-24/4225 1210(8) |

DISTRICT ORDER NO.

TOTAL AMOUNT

PAY EXACTLY          $1,975 DOLLARS   NO   CENTS          ******1,975.00

COMMERCIAL REVOLVING FUND

**DATE**
05/27/05
**VOID SIX MONTHS AFTER DATE OF ISSUE**
**TO THE ORDER OF**

BY ORDER OF THE GOVERNING BOARD

MICHAEL PETERSEN
P O BOX 273363
CONCORD, CA 94527

SUPERINTENDENT

⑈7500836233⑈ ⑆121000248⑆4225 027614⑈

---

**REMITTANCE ADVICE**          MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| PO NUMBER | INVOICE NUMBER | INVOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | SN03-01885A | 05/18/05 | 010166511 5890 | Other Operating Expe | 1,975.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | 1,975.00 |

DETACH STUB BEFORE DEPOSITING

PEID: 052553          PE NAME: MICHAEL PETERSEN          CHECK#: 00836233          DATE: 05/27/05

77

UNITED STATES POSTAL SERVICE **POSTAL MONEY ORDER**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S DOLLARS AND CENTS |
|---|---|---|---|
| 07124273640 | 2005-05-02 | 945221 | $950.00¢ |

NINE HUNDRED FIFTY DOLLARS & 00¢  ******

| | | | |
|---|---|---|---|
| PAY TO | New Vista's Christian School | NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS SEE REVERSE WARNING | |
| ADDRESS | 68 Morello Ave | FROM Mike Petersen | CLERK 0012 |
| | Martinez Ca. 94553 | ADDRESS P.O Box 273363 | |
| C.O.D. NO. OR USED FOR | Ryan Petersen April 05 Tuition | Concord Ca. 94527 | |

⑆000000800 2⑈   07124273640⑈

RECEIPT

| DATE 5/3/05 | No. 332213 |
|---|---|
| FROM Mike Petersen | $950 00 |

nine hundred fifty & 00/100 DOLLARS

○ FOR RENT
● FOR    April tuition

| ACCT. | | ○ CASH | FROM _____ TO _____ |
|---|---|---|---|
| PAID | | ○ CHECK | |
| DUE | | ◉ MONEY ORDER | BY S. McConnell |

78 item-1

NEW VISTAS CHRISTIAN SCHOOL

# Invoice

**68 MORELLO AVENUE**
**MARTINEZ, CA 94553**
**(925) 370-7767**

| DATE | INVOICE # |
|------|-----------|
| 5/6/2005 | 7366 |

**BILL TO**

Michael Petersen
5018 Jeri Pl
Concord, CA 94521

| | P.O. NO. | TERMS | PROJECT |
|---|----------|-------|---------|
| | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| May late fee | | 95.00 | 95.00 |
| | | | |

| | | Total | $95.00 |
|---|---|-------|--------|

79    6

# NEW VISTAS CHRISTIAN SCHOOL

## Invoice

68 MORELLO AVENUE
MARTINEZ, CA 94553
(925) 370-7767

| DATE | INVOICE # |
|------|-----------|
| 4/6/2005 | 7338 |

**BILL TO**

Michael Peterson
5018 Ieri Pl
Concord, CA 94521

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Late fee for the month of April | | 95.00 | 95.00 |

| | | **Total** | $95.00 |
|--|--|--|--|

80  5

# NEW VISTAS CHRISTIAN SCHOOL

**68 MORELLO AVENUE**
**MARTINEZ, CA 94553**
**(925) 370-7767**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/22/2005 | 7306 |

**BILL TO**

Michael Peterson
5018 Jeri Pl
Concord, CA 94521

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Late fee for March Tuition | | 95.00 | 95.00 |

**Total**     $95.00

8 /.    4

**RECEIPT**

DATE 4/8/05    No. 788865

RECEIVED FROM Mike Peterson    $ 240.00

4/4, 4/6, 4/18 treatment for Speech & language for Ryan Peterson    DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | CASH | FROM mr. Peterson TO |
| PAYMENT | | CHECK | |
| BAL. DUE | 240 00 | MONEY ORDER | BY judithw jewett |

1182

---

**RECEIPT**

DATE 4/18/05    No. 788866

RECEIVED FROM 4/7 + 4/7 sessions    $ -0-

cancelled &/or rescheduled DOLLARS
by SLP or client.

○ FOR RENT
○ FOR

| ACCOUNT | | CASH | FROM m.P. TO |
| PAYMENT | | CHECK | |
| BAL. DUE | | MONEY ORDER | BY j jewett |

1182

---

**RECEIPT**

DATE 4/21/05    No. 788867

RECEIVED FROM Mike Peterson    $ 80.00

4/18 treatment for speech + language serv. for Ryan    DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | CASH | FROM mr RA TO |
| PAYMENT | | CHECK | |
| BAL. DUE | 80 00 | MONEY ORDER | BY j e jewett |

1182

---

**RECEIPT**

DATE 4/25/05    No. 788868

RECEIVED FROM Mike Peterson    $ 80.00

4/25 treatment for speech - language for Ryan    DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | CASH | FROM mr Peter TO |
| PAYMENT | | CHECK | |
| BAL. DUE | 80 00 | MONEY ORDER | BY judith e jewett |

1182

5-A
$2 -

**RECEIPT**

DATE 4-28-05   No. 788869

RECEIVED FROM Mike Peterson   $ 80 00

Eighty and 00/00   DOLLARS

○ FOR RENT
○ FOR Speech language services for Ryan Peterson

| ACCOUNT | | ○ CASH | FROM mrs Pete | TO |
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY judith everett |

1182

---

**RECEIPT**

DATE 5-2-05   No. 788870

RECEIVED FROM Mike Peterson 5-2-05   $ 480 00

for receipts 865, 867, 868, 869   DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM m. Peter | TO |
| PAYMENT | 480 | 00 | ○ CHECK | | |
| BAL. DUE | | | ○ MONEY ORDER | BY judith everett |

1182

---

**RECEIPT**

DATE 5-2-05   No. 788871

RECEIVED FROM Mike Peterson   $ 80 00

for treatment for language services for Ryan Peterson   DOLLARS
Eighty and 00/00

○ FOR RENT
○ FOR

| ACCOUNT | | ○ CASH | FROM mrs Peterson | TO |
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY judith everett |

1182

83
item - 5-[

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 758-2742

**DATE: 4/29/05**

**Bill To:**
Mike Petersen

**For:**
Occupational Therapy Services
April 2004
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 4/14/05 | 1 | $80.00 | $80.00 |
| 4/21/05 | 1 | $80.00 | $80.00 |
| 4/29/05 | 1 | $80.00 | $80.00 |
| | | **TOTAL** | $240.00 |

Total due in 30 days.

**THANK YOU**

$84$
$item - 6$



**RECEIPT**

No. 412618
DATE 4-8-05
FROM M. ke Peterson   $60
Sign Language Tutor   DOLLARS
○ FOR RENT
○ FOR
| ACCT. | | | ○ CASH |
| PAID | | | ○ CHECK |
| DUE | 60 | 00 | ○ MONEY ORDER |
FROM ___ TO ___  BY ___
1152

**RECEIPT**

No. 412619
DATE 4-13-05
FROM Michael Peterson   $45.00
Sign Language Tutor DOLLARS
○ FOR RENT
○ FOR
| ACCT. | | | ○ CASH |
| PAID | | | ○ CHECK |
| DUE | 45 | 00 | ○ MONEY ORDER |
FROM ___ TO ___  BY V. Hugel
1152

**RECEIPT**

No. 412620
DATE 4-22-05
FROM Michael Peterson   $60.00
Sign Language Tutor DOLLARS
○ FOR RENT
○ FOR
| ACCT. | | | ○ CASH |
| PAID | | | ○ CHECK |
| DUE | 60 | 00 | ○ MONEY ORDER |
FROM ___ TO ___  BY V. Hugill
1152

**RECEIPT**

No. 412621
DATE 5-5-05
FROM Mike Peterson   $60.00
Sixty DOLLARS
○ FOR RENT ○ FOR Tutoring Sign Language
| ACCT. | | | ○ CASH |
| PAID | | | ○ CHECK |
| DUE | 60 | 00 | ○ MONEY ORDER |
FROM ___ TO ___  BY V. Hugill
1152

85
Item 7

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

Judith Jewette, MA CCC-SLP
5731    ~~5120 Laurelwood Pl.~~
Concord Ca. 94521
phone 699-4160

## RECEIPT FOR PAYMENT OF SERVICES

Re: student, Ryan Petersen
(Speech and language tutoring sessions)

| | |
|---|---|
| Invoice #788865 | $240,00 |
| Invoice #788867 | $80.00 |
| Invoice #788868 | $80.00 |
| Invoice #788869 | $80.00 |
| Invoice# 788871 | $80.00 |
| Total | $560.00 |

CASH PAYMENT OF $560.00 RECEIVED BY _Judi Jewett_  8/22/05

PAYMENT MADE BY MICHAEL PETERSEN _MK Petersen_  8/22/05

-Payment received in full for speech & language
Services for Ryan Peterson, invoices
788865
788867
.788 68
788869
788871
- J e jewett.

86

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

## CASH RECEIPT FOR SERVICES

June 4, 2005

Re: Sign language services for Ryan Petersen

Dates of tutoring sessions: 4-8 / 4-13 / 4-22 / 5-5-05

Cash payment received by Vicki Hugill, $225.00 _Vicki Hugill_

From Mike Petersen _Mike Petersen_

RECEIPT

DATE 6-4-05    No. 412625

FROM Mike Peterson    $ 225.00

Sign Language Tuter DOLLARS

○ FOR RENT For 4-8/4-13/4-22/5-5
○ FOR

| ACCT. | | ⊗ CASH | FROM | TO |
| PAID | | ○ CHECK | | |
| DUE | | ○ MONEY ORDER | BY V. Hugill | 1152 |

87