# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 6/2/05**

**Bill To:**
Mike Petersen

**For:**
Occupational Therapy Services

Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 6/2/05 Balance Paid for 4/05 services | | | -$240 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | |

Total due in 30 days

**THANK YOU**

88

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

May 19, 2005            FACSIMILE TRANSMISSION

M.D.U.S.D. Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 609-9246 Time  *4:55PM*

Re: Ryan Petersen, SN03-1885 request to substitute tutors

Dear Office of Special Education,

This letter is to request permission to temporarily substitute Ryan's speech and language
pathologist. Ryan's current tutor, Judith Jewett SLP. is temporarily unavailable for at least a
month and has made a recommendation for her replacement.  Please find attached, the credentials
of Elisa A. Chavez SLP.

Please send me the appropriate  release to authorize your communications with Mrs. Chavez..
Please confirm this arrangement with Mrs. Jewett.

Sincerely,

Michael S. Petersen

w/ attachments
Total pages with cover letter = 3

89

TIME : 05/19/2005 16:53

```
DATE,TIME                          05/19 16:51
FAX NO./NAME                       6099246
DURATION                           00:01:38
PAGE(S)                            03
RESULT                             OK
MODE                               STANDARD
                                   ECM
```

5/19/05    MS. Chavez    S.C.P. request to Ferro

*90*

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

May 19, 2005

M.D.U.S.D. Special Education Dept.
1936 Carlotta Dr.
Concord Ca. 94519
Fax 609-9246 Time _4/: 50 PM_

Re: I.E.P. request for Ryan Petersen

Dear Special Education Department,
_ATTN: KEN Ferro (SN 03 - 01885)_
Please schedule a individual education plan meeting for Ryan Petersen at your earliest
convenience.

Sincerely,
_Michael S. Petersen_
Michael S. Petersen

_91_

TRANSMISSION VERIFICATION REPORT

TIME : 05/19/2005 16:47

```
DATE,TIME              05/19 16:47
FAX NO./NAME           6099246
DURATION               00:00:21
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

5/19/05   Ryan  FEP Request

92

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

August 26, 2005        FACSIMILE TRANSMISSION

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time  8ᵉᵒAM

Re: Ryan Petersen SN03-01885

Dear Mr. Ferro,

Please process the attached pages for educational related expenses as follows:

| | | |
|---|---|---|
| 1) New Vista's Christian School May tuition | | $950.00 |
| New Vista's Christian School late fees per contract | | |
| | February | $95.00 |
| | March | $95.00 |
| | April | $95.00 |
| | May | $95.00 |
| 2) Vicki Hugill sign language services | | $495.00 |
| 3) Foundations Therapy Occupational Therapy | | $820.00 |
| 4) Judith Jewett SLP, Speech and Language services | | $80.00 |
| Elisa Chaves SLP Speech and Language services | | $440.00 |
| | Total | $3165.00 |

New Vista's June tuition and June late fee invoice shall be generated and submitted upon
payment of this invoice after obtaining receipt from New Vista's. Please process this invoice
ASAP, New Vista's has previously threatened to send my account to collections.

Sincerely,
*Michael Petersen*

Michael Petersen

Total pages with cover = 14

93    ⓘ

**RECEIPT**

DATE 6/3/05    No. 332231

FROM Mike Petersen    $950.00

Nine hundred fifty $00/100 DOLLARS

FOR RENT
FOR  May Suition

ACCT 45000
PAID 50000
DUE

CASH
CHECK
MONEY ORDER

FROM _____ TO _____

BY S. McConnell

1152

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.    76-63 919

**Albertsons** ISSUING AGENT    TravelersExpress *MoneyGram*    INTERNATIONAL MONEY ORDER 4 914001    MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

4639140012

PAY TO THE ORDER OF New Vista's Christian school

From Mike Petersen
PURCHASER, SIGNER FOR DRAWER
PO Box 277763  c/o Ryan Petersen
Concord CA 94527  May 05
ADDRESS  Tuition
ISSUER/DRAWER
Payable Thru  TRAVELERS EXPRESS COMPANY, INC
WF National Bank
South Central
Faribault, MN

**$450.00**
FOUR HUNDRED ***
FIFTY DOLLARS **
00 CENTS *******
048702177021
0348408154147001

⑈091900533⑈463  391400112⑈  90

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.    76-63 919

**Albertsons** ISSUING AGENT    TravelersExpress *MoneyGram*    INTERNATIONAL MONEY ORDER 4 914000    MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

4639140001

PAY TO THE ORDER OF New Vista's Christian School

From Mike Petersen
PURCHASER, SIGNER FOR DRAWER
Po Box 277763  c/o Ryan Petersen
Concord CA 94527  May 05
ADDRESS  Tuition
ISSUER/DRAWER
Payable Thru  TRAVELERS EXPRESS COMPANY, INC
WF National Bank
South-Central
Faribault, MN

**$500.00**

PAY ONLY
THIS AMOUNT

⑈091900533⑈463  391400011⑈  90

94    ②

**POSTAL MONEY ORDER**

| SERIAL NUMBER | YEAR MONTH DAY | POST OFFICE | US DOLLARS AND CENTS |
|---|---|---|---|
| 07505769071 | 2005-02-28 | 945200 | $950 00¢ |

NINE HUNDRED FIFTY DOLLARS & 00¢ ******

PAY TO New Vista's Christian School

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

ADDRESS 68 Morello Ave.

FROM Mike Petersen

CLERK 0033

Martinez Ca. 94553

ADDRESS P.O. Box 273363

C.O.D. NO. OR USED FOR February 2005, Tuition

c/o Ryan Petersen

⑈000000800⑈  0750576907⑈

---

**POSTAL MONEY ORDER**

| SERIAL NUMBER | YEAR MONTH DAY | POST OFFICE | US DOLLARS AND CENTS |
|---|---|---|---|
| 07505769082 | 2005-02-28 | 945200 | $95 00¢ |

NINETY FIVE DOLLARS & 00¢ ***********

PAY TO New Vista's Christian School

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

ADDRESS 68 Morello Ave. Martinez Ca.

FROM Mike Petersen

CLERK 0033

ADDRESS P.O. Box 273363

C.O.D. NO. OR USED FOR February 2005, late fee

Concord Ca. 94527

2/05 Late fee →

⑈000000800⑈  0750576908⑈

---

3/05 late fee →

**RECEIPT**

DATE 3/1/05    No. 100979

FROM Mike Petersen    $95.00

Ninety-five dollars è 00/100 DOLLARS

○ FOR RENT  ○ FOR Late fee

| ACCT. | ○ CASH | FROM___ TO___ |
| PAID | ○ CHECK | |
| DUE | ⊙ MONEY ORDER | BY S. McConnell |

1152

---

**RECEIPT**

DATE 3/1/05    No. 100980

FROM Mike Petersen    $950.00

Nine hundred fifty è 00/100 DOLLARS

○ FOR RENT  ○ FOR February tuition

| ACCT. | ○ CASH | FROM___ TO___ |
| PAID | ○ CHECK | |
| DUE | ⊙ MONEY ORDER | BY S. McConnell |

95

3

NEW VISTAS CHRISTIAN SCHOOL

# Invoice

68 MORELLO AVENUE
MARTINEZ, CA 94553
(925) 370-7767

| DATE | INVOICE # |
|------|-----------|
| 3/22/2005 | 7306 |

**BILL TO**

Michael Peterson
5018 Jeri Pl
Concord, CA 94521

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Late fee for March Tuition | | 95.00 | 95.00 |
| | | **Total** | $95.00 |

96     4

# NEW VISTAS CHRISTIAN SCHOOL

**68 MORELLO AVENUE**
**MARTINEZ, CA  94553**
**(925) 370-7767**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/6/2005 | 7338 |

**BILL TO**

Michael Peterson
5018 Ieri Pl
Concord, CA  94521

| | P.O. NO. | TERMS | PROJECT |
|---|---|---|---|
| | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Late fee for the month of April | | 95.00 | 95.00 |
| | | | |

| | **Total** | | $95.00 |
|---|---|---|---|

97  5

NEW VISTAS CHRISTIAN SCHOOL

# Invoice

68 MORELLO AVENUE
MARTINEZ, CA  94553
(925) 370-7767

| DATE | INVOICE # |
|------|-----------|
| 5/6/2005 | 7366 |

**BILL TO**

Michael Petersen
5018 Jeri Pl
Concord, CA  94521

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| May late fee | | 95.00 | 95.00 |

| | **Total** | $95.00 |
|---|---|---|

98    6



**RECEIPT**

DATE 1-1-05   No. 412627
FROM Mike Peterson   $ 60 00
Sixty —————— DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | CASH | FROM ___ TO ___
PAID | CHECK
DUE 60 00 | MONEY ORDER | BY V. Hugill
1152

**RECEIPT**

DATE 7-13-05 No. 412628
FROM Mike Peterson   $60 00
Sixty —————— DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | CASH | FROM ___ TO ___
PAID | CHECK
DUE 60 00 | MONEY ORDER | BY V. Hugill
1152

**RECEIPT**

DATE 7-27-05   No. 412629
FROM Mike Peterson   $ 60 00
Sixty dollars DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | CASH | FROM ___ TO ___
PAID | CHECK
DUE 60 00 | MONEY ORDER | BY V. Hugill
1152

**RECEIPT**

DATE 8-10-05   No. 412630
FROM Mike Peterson $60 00
Sixty dollars DOLLARS
FOR RENT / FOR Sign Language Tutor
ACCT. | CASH | FROM ___ TO ___
PAID | CHECK
DUE 60 00 | MONEY ORDER | BY V. Hugill
1152

99   7



RECEIPT

DATE 5-11-05    No. 412622
FROM Mike Peterson    $45.00
Tutoring Sign Language    DOLLARS
○ FOR RENT
○ FOR
ACCT. | ○ CASH   FROM ___ TO ___
PAID  | ○ CHECK
DUE 45 00 | ○ MONEY ORDER  BY V. Hugill
1152

RECEIPT

DATE 5-25-05    No. 412623
FROM Mike Peterson    $60.00
Sixty    DOLLARS
○ FOR RENT Tutoring Sign Language
○ FOR
ACCT. | ○ CASH   FROM ___ TO ___
PAID  | ○ CHECK
DUE 60 00 | ○ MONEY ORDER  BY V. Hugill
1152

RECEIPT

DATE 6-4-05    No. 412624
FROM Mike Peterson    $60.00
Sixty    DOLLARS
○ FOR RENT Tutoring Sign Language
○ FOR
ACCT. | ○ CASH   FROM ___ TO ___
PAID  | ○ CHECK
DUE 60 00 | ○ MONEY ORDER  BY V. Hugill
1152

RECEIPT

DATE 6-8-05    No. 412626
FROM Mike Peterson    $60.00
Sixty    DOLLARS
○ FOR RENT Sign Language Tutoring
○ FOR
ACCT. | ○ CASH   FROM ___ TO ___
PAID  | ○ CHECK
DUE 60 00 | ○ MONEY ORDER  BY V. Hugill
1152

100  4



RECEIPT

DATE 8-24-05   No. 412632

FROM Mike Peterson   $30.00

Sign Language Tutor   DOLLARS

○ FOR RENT
○ FOR

| ACCT. | | ○ CASH | FROM | TO |
| PAID | | ○ CHECK | | |
| DUE | 30 00 | ○ MONEY ORDER | BY V. Hugill | |

1152

/0/   9   8

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 5/29/05**

**Bill To:**
Mike Petersen

**For:**
Occupational Therapy Services
May 2004
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 5/6/05 | 1 | -$80.00 | $80.00 |
| 5/9/05 | 1 | $80.00 | $80.00 |
| 5/19/05 | 1 | $80.00 | $80.00 |
| 5/26/05 | 1 | $80.00 | $80.00 |
| | | **TOTAL** | $320.00 |

Total due in 30 days

**THANK YOU**

102 10

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 7/1/05**

**Bill To:**
Mike Petersen
PO Box 273363
Concord, CA 94527

**For:**
Occupational Therapy Services
June 2004
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 6/2/05 | 1 | $80.00 | $80.00 |
| 6/9/05 | 1 | $80.00 | $80.00 |
| 6/21/05 | 1 | $80.00 | $80.00 |
| 6/29/05 | 1 | $80.00 | $80.00 |
| | | **TOTAL** | $320.00 |

Total due in 30 days.

**THANK YOU**

103 11 #

# · Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 8/1/05**

**Bill To:**
Mike Petersen
PO Box 273363
Concord, CA 94527

**For:**
Occupational Therapy Services
July 2005
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 7/19/05 Billable absence | 1 | $50.00 | $50.00 |
| 7/27/05 Billable absence | 1 | $50.00 | $50.00 |
| 7/13/05 | 1 | $80.00 | $80.00 |
| | | **TOTAL** | $180.00 |

Total due in 30 days.

**THANK YOU**

104 12 #

RECEIPT

DATE 5-23-05

No. 788872

$80 00/⊄

RECEIVED FROM Mike Peterson

for treatment for language services for Ryan Peterson DOLLARS

○ FOR RENT    Eighty and 00/⊄
○ FOR

| ACCOUNT | | | ○ CASH | FROM M A Peters TO |
| PAYMENT | | | ○ CHECK | |
| BAL. DUE | 80 | 00 | ○ MONEY ORDER | BY Judith e farrett |

1182

485261

| | | | DATE 5/30/05 | | |
|---|---|---|---|---|---|
| NAME Ryon Peterson | | | | | |
| ADDRESS | | | ORDER NO. | | |
| CITY, STATE, ZIP | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | 80 — |
| 2 | fluent Tx | | |
| 3 | | | |
| 4 | 60 min | | |
| 5 | 5/30/05 | | |
| 6 | | | |
| 7 | | | |
| 8 | Ethan Chang | | |
| 9 | SLP | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| RECEIVED BY | | TAX | |
| | | TOTAL | 80 — |

adams 24705

105 13

485262
485263

DATE 4/16/05

NAME Ryan Peterson

ADDRESS

ORDER NO.

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | 120 — |
| 2 | Speed TX | | |
| 3 | | | |
| 4 | 90 min | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Elm Chang SCP | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |

RECEIVED BY          TAX

TOTAL 120 —

adams 24705

DATE 1/30/05

NAME Ryan Peterson

ADDRESS

ORDER NO.

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | 120 — |
| 2 | Speed TX | | |
| 3 | Elt 90 min | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | Elm Chang SCP | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |

RECEIVED BY          TAX

TOTAL 120 —

adams 24705

485264

106 =

14 PH

**REMITTANCE ADVICE**

MT DIABLO UNIFIED SCHOOL DISTRICT OF CONTRA COSTA COUNTY, CONCORD, CA 94519

| PO NUMBER | INVOICE NUMBER | INVOICE DATE | ACCOUNT NUMBER | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| | REIMBURSEMENT | 09/06/05 | 010166511 5890 | Other Operating Exp- | 2,528.00 |
| | | | | TOTAL | 2,528.00 |

DETACH STUB BEFORE DEPOSITING

PEID: 052553

PE NAME: MICHAEL PETERSEN

CHECK#: 00841767

DATE: 09/16/05

107

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769
(3485 Vern Lane, Concord Ca. 94519)

September 27, 2005        FACSIMILE TRANSMISSION

Ken Ferro, MDUSD Special Education
1936 Carlotta DR.
Concord Ca. 94519
Fax 674-0667
& U.S. Mail

Re: Ryan Petersen SN03-01885 (lost check, request for stop payment)

Dear Mr. Ferro,

I am writing to follow up on my phone message to your office regarding notification of a lost check, and to request your assistance in placing a stop payment on check # 00841767 in the amount of $2528.00 issued on 9/16/05. Please order the stop payment on this check at your earliest convenience. Please don't hesitate to call if you have any questions. A previous copy of this check is enclosed.

Sincerely,

Michael Petersen

Michael Petersen

Fax contains 1 page, copy of check in U.S. Mail only

/08

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

```
TX/RX NO           0458
CONNECTION TEL              6740667
SUBADDRESS
CONNECTION ID
ST. TIME           09/28 18:01
USAGE T            00'26
PGS. SENT            1
RESULT             OK
```

**Elisa Chavez**
**3460 Orwood Road**
**Brentwood CA, 94513**

slpausd@msn.com –e-mail
**(925) 513-2325-home**
**(925) 698-9620 – cell**

**March 10, 2006.**

To: Mike Peterson,
To: Ken Farro, Director of Special Education Mt. Diablo

I, Elisa Chavez, provided private speech therapy sessions to Ryan Peterson on 5/30/05, 6/16/05, 6/30/05 and 7/15/05. The therapy fees totaled $440.00. Mr. Peterson agreed to pay Elisa Chavez when Mt. Diablo reimbursed him for the therapy sessions. I, Elisa Chavez, have attempted to contact Mr. Peterson numerous times. I, Elisa Chavez, have requested to be paid and have left my mailing information on Mr. Peterson's voicemail. I have enclosed the invoices for the therapy sessions provided. I have retained a lawyer, Ramiro Morales, of Walnut Creek, CA. My attorney has advised me to give you 30 days notice. If the fees below are not paid by April 15 you will be contacted by my attorney to begin court proceeding. If court proceeding take place, Mr. Peterson will be responsible for the therapy fees owed, court costs, and attorney fees.

**Unpaid Therapy Sessions:**

| | |
|---|---|
| 1) 05/30/2005 - 90 minute session | $120.00 |
| 2) 06/16//2005 - 60 minute session | $80.00 |
| 3) 06/30/2005 - 90 minute session | $120.00 |
| 4) 07/14/2005 - 90 minute session | $120.00 |

**Total Due:**                              **$440.00**

Sincerely,

Elisa Chavez

*[signature]*

116

485265    485261

| DATE 6/30/05 | | | | | | |
|---|---|---|---|---|---|---|
| **NAME** Ryon Peterson | | | | | | |
| **ADDRESS** | | | ORDER NO. | | | |
| **CITY, STATE, ZIP** | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| | QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | | | | 120 | |
| 2 | | Speed Tx | | | |
| 3 | | S C &t 90 min | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | Qhon Chang SLP | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| RECEIVED BY | | | TAX | | |
| | | | TOTAL | 120 | |

**a** adams 24705

| DATE 5/30/05 | | | | | | |
|---|---|---|---|---|---|---|
| **NAME** Ryon Peterson | | | | | | |
| **ADDRESS** | | | ORDER NO. | | | |
| **CITY, STATE, ZIP** | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| | QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | | | | 80 | |
| 2 | | Speed Tx | | | |
| 3 | | | | | |
| 4 | | 60 min. | | | |
| 5 | | 5/30/05 | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | Qhon Chang | | | |
| 9 | | SLP | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| RECEIVED BY | | | TAX | | |
| | | | TOTAL | 80 | |

**a** adams 24705

111

Receipt 485264

NAME: Ryan Pelletier
ADDRESS:
CITY, STATE, ZIP:
DATE: 7/14/05
ORDER NO.:

| QUAN. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | DESCRIPTION | PRICE | AMOUNT |
|-------|---------|------|--------|--------|----------|-------------|----------|-------------|-------|--------|
| 1 | | | | | | | | Speed Tx 60 min | | 120.— |
| 2 | | | | | | | | Clin Chng - SeP | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| RECEIVED BY | | | | | | | | | TAX | |
| | | | | | | | | | TOTAL | 120.— |

adams 24705

Receipt 485262

NAME: Ryan Pelletier
ADDRESS:
CITY, STATE, ZIP:
DATE: 1/16/05
ORDER NO.:

| QUAN. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | DESCRIPTION | PRICE | AMOUNT |
|-------|---------|------|--------|--------|----------|-------------|----------|-------------|-------|--------|
| 1 | | | | | | | | Speed Tx 60 min | | 120.— |
| 2 | | | | | | | | Clin Chng - SeP | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| RECEIVED BY | | | | | | | | | TAX | |
| | | | | | | | | | TOTAL | 120.— |

adams 24705

Mike Petersen
P. O. Box 273363
Concord Ca. 94527
(925) 825-5769

March 25, 2006

Gary Mchenry, MDUSD Superintendent
Mildred Brown, MDUSD Asst. Superintendent
1936 Carlotta Dr.
Concord Ca. 94519
Fax (925) 3/26/06  674-0514  9:05am

Re: Ryan Petersen, SN03-1885, request for help

Dear Mr. Mchenry and Mrs. Brown,

This letter is a request for help in regards to the above case. Attached to this
cooorespondence is a billing statement submitted totaling 14 pages. I have been
threatened with collection agency actions, and most recently, with court action
due to non payment of services.

Upon submittance of the 8/26/05 billing statement with invoices, MDUSD generated
a check which was $637.00 less than the $3165.00 total. Subsequent to this,
I requested MDUSD place a stop payment on the above check and issue another one
in it's place with notification that it was lost. Since then, I have received
no further cooorespondence from the district to help resolve this matter and am
requesting that you respond to my request for help with prompt reply.

Sincerely,

Mike Petersen

w/ 3/10/06 attachment re: Mrs. Chavez SLP, court action ultimatum, w/ 3/25/06 reply
w/ 8/26/05 original billing statement
Total = 4 pages

113.

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

August 26, 2005                FACSIMILE TRANSMISSION

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time ___8³⁰AM___

Re: Ryan Petersen SN03-01885

Dear Mr. Ferro,

Please process the attached pages for educational related expenses as follows:

| | | |
|---|---|---|
| 1) New Vista's Christian School May tuition | | $950.00 |
| New Vista's Christian School late fees per contract | | |
| | February | $95.00 |
| | March | $95.00 |
| | April | $95.00 |
| | May | $95.00 |
| 2) Vicki Hugill sign language services | | $495.00 |
| 3) Foundations Therapy Occupational Therapy | | $820.00 |
| 4) Judith Jewett SLP, Speech and Language services | | $80.00 |
| Elisa Chaves SLP Speech and Language services | | $440.00 |
| | Total | $3165.00 |

New Vista's June tuition and June late fee invoice shall be generated and submitted upon payment of this invoice after obtaining receipt from New Vista's. Please process this invoice ASAP, New Vista's has previously threatened to send my account to collections.

Sincerely,
*Michael Petersen*

Michael Petersen

Total pages with cover = 14

*114*

**Elisa Chavez**
**3460 Orwood Road**
**Brentwood CA, 94513**

slpausd@msn.com –e-mail
**(925) 513-2325-home**
**(925) 698-9620 – cell**

**March 10, 2006.**

To: Mike Peterson,
To: Ken Farro, Director of Special Education Mt. Diablo

I, Elisa Chavez, provided private speech therapy sessions to Ryan Peterson on 5/30/05, 6/16/05, 6/30/05 and 7/15/05. The therapy fees totaled $440.00. Mr. Peterson agreed to pay Elisa Chavez when Mt. Diablo reimbursed him for the therapy sessions. I, Elisa Chavez, have attempted to contact Mr. Peterson numerous times. I, Elisa Chavez, have requested to be paid and have left my mailing information on Mr. Peterson's voicemail. I have enclosed the invoices for the therapy sessions provided. I have retained a lawyer, Ramiro Morales, of Walnut Creek, CA.    My attorney has advised me to give you 30 days notice. If the fees below are not paid by April 15 you will be contacted by my attorney to begin court proceeding. If court proceeding take place, Mr. Peterson will be responsible for the therapy fees owed, court costs, and attorney fees.

**Unpaid Therapy Sessions:**

| | |
|---|---|
| 1) 05/30/2005 - 90 minute session | $120.00 |
| 2) 06/16//2005 - 60 minute session | $80.00 |
| 3) 06/30/2005 - 90 minute session | $120.00 |
| 4) 07/14/2005 - 90 minute session | $120.00 |

**Total Due:**                     **$440.00**

Sincerely,

Elisa Chavez

//5

Mike Petersen
P.O. box 273363
Concord Ca. 94527
(925) 825-5769

March 25, 2006

Elisa Chavez SLP
3460 Orwood Road
Brentwood Ca. 94513
(925) 698-9620

Re: Response to your 3/10/06 letter

Dear Mrs. Chavez,

In response to your letter for payment dated 3/10/06, I have requested the
MDUSD help resolve this matter. Given your ultimatum to take me to court
by 4/15/06 if the fees are not paid, I am hopeful the district will act
promptly to expidite the billing statement issue to which your services
are listed. I will contact you when the district responds to my letter
requesting their help.

Sincerely

Mike Petersen

c.c. Gary Mchenry, MDUSD
     Mildred Brown, MDUSD

116

| | |
|---|---|
| DATE,TIME | 03/26 09:11 |
| FAX NO./NAME | 6740514 |
| DURATION | 00:01:23 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

//7

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 8/31/05**

**Bill To:**
Mike Petersen
PO Box 273363
Concord, CA 94527

**For:**
Occupational Therapy Services
August 2005
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 8/9/05  Billable absence | 1 | -$50.00 | $50.00 |
| | | **TOTAL** | $50.00 |

Total due in 30 days.

**THANK YOU**

118

# Foundations Therapy Service

1280 Central Blvd Suite J 1
Brentwood, CA 94513
Phone (925) 628-3634
Fax (925) 756-2742

**DATE: 9/30/05**

**Bill To:**
Mike Petersen
PO Box 273363
Concord, CA 94527

**For:**
Occupational Therapy Services
September 2005
Ryan Petersen

| DATES OF SERVICE | Units | RATE | AMOUNT |
|---|---|---|---|
| 9/8/05  Billable absence | 1 | $50.00 | $50.00 |
| 9/30/05  Amount past due | | | $900.00 |
| | | **TOTAL** | $950.00 |

Total due in 30 days.

**THANK YOU**

/19



**New Vistas Christian School**
68 Morello Avenue
Martinez, CA 94553

9452743363

OAKLAND CA 946
30 MAR 2006 PM 4 T

Michael Peterson
P.O. Box 273363
Concord, CA 94527



120

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 ph/fax

March 8, 2005

New Vista's Christian School
68 Morello Ave.
Martinez Ca. 94553

Re: Ryan Petersen Smartlink FM system (049C20448) and users guide

Dear Ms. Zablah and staff,

Accompanied with this letter is Ryan's Smartlink FM system and users guide. Please read the manual and familiarize yourselves with this unit prior to us placing it into service. Please call me if you have any questions.

Sincerely,

Mike Petersen _Mike Petersen_    Received by: _____  3/8/05

*Mr. Petersen,*

*We still have the FM system (049C20448) are you planning on picking it up? By the way, we still waiting for your 2 months tuition payments for the school year 2004-2004.*

*Please call the office ASAP.*

*Thanks.  Zablah.*

in
3/30/06
envelope →

/2/

# NEW VISTAS CHRISTIAN SCHOOL

68 MORELLO AVENUE
MARTINEZ, CA 94553
(925) 370-7767

## Statement

| DATE |
| --- |
| 6/15/2005 |

**BILL TO**

Michael Petersen
5018 Jeri Pl
Concord, CA 94521

| | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- |
| | $2,185.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| | | | 0.00 |
| 08/31/2004 | Balance forward | | |
| 09/01/2004 | INV #7071 | 950.00 | 950.00 |
| 09/03/2004 | PMT #409425820 | -950.00 | 0.00 |
| 10/01/2004 | INV #7116 | 950.00 | 950.00 |
| 10/05/2004 | PMT #3.3 | -950.00 | 0.00 |
| 11/01/2004 | INV #7152 | 950.00 | 950.00 |
| 11/08/2004 | INV #7172 | 95.00 | 1,045.00 |
| 11/22/2004 | PMT #22503697 | -1,045.00 | 0.00 |
| 12/01/2004 | INV #7200 | 950.00 | 950.00 |
| 12/09/2004 | INV #7210 | 95.00 | 1,045.00 |
| 01/01/2005 | INV #7230 | 950.00 | 1,995.00 |
| 01/04/2005 | PMT #410052075 | -1,045.00 | 950.00 |
| 01/10/2005 | INV #7269 | 95.00 | 1,045.00 |
| 02/01/2005 | INV #7262 | 1,045.00 | 2,090.00 |
| 02/07/2005 | PMT #851228940 - Invoice 7230 + Jan. late fee | -1,045.00 | 1,045.00 |
| 03/01/2005 | INV #7292 | 950.00 | 1,995.00 |
| 03/01/2005 | PMT #07505769071 - Invoice | -950.00 | 1,045.00 |
| 03/01/2005 | PMT #07505769082 - Invoice 7262 | -95.00 | 950.00 |
| 03/01/2005 | PMT #07505769082 - Invoice 7262 | -95.00 | 855.00 |
| 03/22/2005 | INV #7306 | 95.00 | 950.00 |
| 04/01/2005 | INV #7326 | 950.00 | 1,900.00 |
| 04/06/2005 | PMT #07990407437 - Invoice 7292 - March tuition | -950.00 | 950.00 |
| 04/06/2005 | INV #7338 | 95.00 | 1,045.00 |
| 05/01/2005 | INV #7357 | 950.00 | 1,995.00 |
| 05/03/2005 | PMT #07124273640 - invoice 7326 | -950.00 | 1,045.00 |
| 05/06/2005 | INV #7366 | 95.00 | 1,140.00 |
| 06/01/2005 | INV #7383 | 950.00 | 2,090.00 |
| 06/06/2005 | INV #7389 | 95.00 | 2,185.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 1,045.00 | 1,045.00 | 95.00 | 0.00 | $2,185.00 |

122

**ELIZABETH A. ESTES**
ATTORNEY AT LAW
eestes@mbdlaw.com

SAN FRANCISCO



**MILLER
BROWN
DANNIS**
ATTORNEYS

April 17, 2006

**VIA U.S. MAIL**

Michael Peterson
P.O. Box 273363
Concord, CA 94527

Re:    Ryan Peterson
       Our file 5100.10153

Dear Mr. Petersen:

This office has been forwarded your March 25, 2006 letter to Dr. McHenry and Dr. Browne and is responding on behalf of the District. In your letter you assert the District has failed to pay you costs to which you are entitled pursuant to the parties' March 31, 2004 settlement agreement. Based upon the below explanation, not only is this factually inaccurate, you have breached the parties' settlement agreement.

With regard to your August 26, 2005 submission of $3165.00 in costs and the District's reduced payment. As Mr. Ferro already explained to you, the District made a reduced payment because you were not entitled to late fees for your failure to pay New Vistas Christian School in a timely fashion. In addition, you submitted costs for Foundations Therapy for days Ryan was absent which were not paid.

Pursuant to the parties' settlement agreement, you were also to return Ryan's computer and FM system to the District within 7 days of notifying the District that Ryan was no longer a resident. You provided notice Ryan had moved on January 17, 2006, however, you have not returned these items.

At this time, the District has paid you all owed costs, including $440 for Eliza Chavez' speech services, and will not be making future payment. Please inform those agencies you owe of this immediately so the District is no longer contacted regarding these matters. Finally, please return Ryan's computer and FM system to Ken Ferro's office no later than April 28, 2006. If Ken is not in the office, you may leave the items with his

**SAN FRANCISCO**

71 Stevenson Street
Nineteenth Floor
San Francisco, CA 94105
Tel 415.543.4111
Fax 415.543.4384

**LONG BEACH**

301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802
Tel 562.366.8500
Fax 562.366.8505

**SAN DIEGO**

750 B Street
Suite 2310
San Diego, CA 92101
Tel 619.595.0202
Fax 619.702.6202
www.mbdlaw.com

/23
**ADVOCACY EXPERIENCE LEADERSHIP**

**VIA U.S. MAIL**

Michael Peterson
April 17, 2006
Page 2

secretary, Janet Samimi.

Thank you for your time and attention.

Very truly yours,

MILLER BROWN & DANNIS

Elizabeth a. Estes

Elizabeth A. Estes
EAE/keg

cc:     Ken Ferro
        Mildred Browne
        Gary McHenry

G:\5100\10153\Peterson letter 06 0413.doc

/24