FILED

JUN 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
NORTHERN

Plaintiff's name:

Petersen et. al

vs.

Case Number:    C07-02400SI

Defendant's name:
        MDUSD et al

_____/    **PROOF OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party

to the above-entitled action.

On ___6/6/08___ _____ I served a copy of _____

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE: F.R.EV. 201 (b),(d),
AND REQUEST FOR SETTLEMENT CONFERENCE _____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by

depositing said envelope in the United States Mail:    *Personal Service*
                                                        TIME 9:59

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

Amy R. Levine
Miller, Brown & Dannis
71 Stevenson St. 19th FL
San Francisco Ca. 94105

I declare under penalty of perjury that the foregoing is true and correct.

(Signed) _____    DATE 6.6.08
SIERRA FREDIANELLI
RAPID SERVE
210 FELL # 19
SANFRANCISCO, CA. 94102
(415)882-2250

FEE FOR SERVICE #20.00