1

2  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
3  ELIZABETH A. ESTES, State Bar No. 173680
   eestes@mbdlaw.com
4  DAMARA MOORE, State Bar No. 215678
   dmoore@mbdlaw.com
5  MILLER BROWN & DANNIS
6  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
7  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
8

9  Attorneys for Defendant
   MOUNT DIABLO UNIFIED SCHOOL DISTRICT
10

           UNITED STATES DISTRICT COURT
11
          NORTHERN DISTRICT OF CALIFORNIA
12

13
   RYAN PETERSEN,                      CASE NO.  C07-02400 SI
14
              Plaintiff,               **DEFENDANT DISTRICT'S NOTICE OF**
15                                     **MOTION AND MOTION FOR JUDGMENT**
                                       **ON THE PLEADINGS, OR, IN THE**
16      v.                             **ALTERNATIVE FOR SUMMARY**
                                       **JUDGMENT**
17 MOUNT DIABLO UNIFIED SCHOOL
   DISTRICT,
18                                     Date:      August 1, 2008
              Defendant.              Time:      9:00 a.m.
19                                     Courtroom: 10, 19th Floor
                                       Judge:     Hon. Susan Illston
20

21                                     Trial Date:  None

22

23      **TO ALL PARTIES:**

24      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 12(c) and

25 56, on August 1, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard by the

26 above entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102,

27 Courtroom 10, defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT will move this

28

*(left margin)* MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

1

DEFENDANT DISTRICT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS,
OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT; CASE NO. C07-02400 SI

SF 316692v1

1  Court for an order granting judgment on the pleadings in defendant's favor pursuant to Federal

2  Rule of Civil Procedure 12(c), or, in the alternative, for an order granting summary judgment in

3  defendant's favor pursuant to Federal Rule of Civil Procedure 56.

4       This motion is based on this Notice of Motion and Motion, the Memorandum of Points

5  and Authorities and Appendix of Foreign Authorities submitted in support thereof, the

6  Declarations of Ken Ferro, Amy R. Levine, and Mildred Browne, the pleadings and papers on

7  file, and such further documentary or oral evidence and argument as may be presented.

8  DATED: June 24, 2008               MILLER BROWN & DANNIS

9

10

11                 By:  /s/ Amy R. Levine

12                 AMY R. LEVINE
               Attorneys for Defendant

13                 MT. DIABLO UNIFIED SCHOOL DISTRICT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

2

SF 316692v1