AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C07-02400 SI<br><br>**DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**<br><br>Date:        August 1, 2008<br>Time:       9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:      Hon. Susan Illston<br><br>Trial Date: None |

DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT: CASE NO. C07-02400 SI

SF 318114v1

Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT hereby submits this Appendix of Foreign Authorities in Support of its Motion for Judgment on the Pleadings, Or, In the Alternative for Summary Judgment. Attached are copies of the following authorities:

1. *Bowman v. District of Columbia*,
   46 IDELR 97, 106 LRP 46234 (D.D.C. 2006)

2. *M.J. v. Clovis Unif. Sch. Dist.*,
   47 IDELR 253, 107 LRP 22070 (E.D. Cal. 2007)

3. *N.R. v. San Ramon Valley Unf. Sch. Dist.*
   U.S. District Court for the Northern District of California,
   Case No. C05-0441 SI

4. *Traverse Bay Area Int. Sch. Dist. v. Michigan Dept. of Educ.*,
   48 IDELR 123, 107 LRP 42893 (W.D. Mich. 2007)

DATED: June 24, 2008                            MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

1

DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT: CASE NO. C07-02400 SI

SF 318114v1