AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>  Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | Case No. C 07-02400 SI<br><br>**DECLARATION OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date : August 1, 2008<br>Time : 9:00 a.m.<br>Dept : 10, 19th Floor<br>Judge : Hon. Susan Illston<br><br>Trial: None Set |

I, MILDRED D. BROWNE, Ed.D., declare:

1. I am the Assistant Superintendent, Pupil Services/Special Education, of the Mount Diablo Unified District ("District") and make this declaration in support of the District's Motion for Judgment on the Pleadings, Or, In the Alternative, for Summary Judgment. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could competently testify to all of the facts stated herein.

2. In my capacity as Assistant Superintendent, Pupil Services/Special Education, I oversee issues relating to student enrollment, attendance, record keeping, and special education.

1

DECL. OF MILDRED D. BROWNE, ED.D., IN SUPPORT OF DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; CASE NO. C07-02400 SI

SF 316999v1

The District maintains records of the enrollment and disenrollment of its students in the regular course of business. Such records are made at or near the time of the enrollment or disenrollment of the student. In order to enroll, a parent or guardian must, at a minimum, fill out the District's enrollment forms. Typically, the parent or guardian's intent to enroll the student is further evidenced by the fact that the student actually attends school at a District site. I have reviewed the attached attendance/student records maintained by the District concerning Ryan Petersen, and can attest to their authenticity.

3. The District's attendance/student records for Ryan Petersen evidence the fact that his last day of enrollment at the District was October 10, 2003, and that he has not been enrolled as a student in the District since that time. A true and correct copy of the Cumulative Record maintained by the District for Ryan Petersen evidencing his last day of enrollment at the District is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed this 21 day of June, 2008 in Concord, California.

Mildred D. Browne, Ed.D.
Assistant Superintendent
Pupil Services/Special Education
Mt. Diablo Unified School District