CUMULATIVE RECORD — MT. DIABLO UNIFIED SCHOOL DISTRICT, CONCORD, CALIFORNIA

LEGAL NAME: Petersen, Ryan Edward    STUDENT #: 2136773

ADDRESS: _____

DATE OF BIRTH: 6 / 27 / 94 (M)    PLACE OF BIRTH: Walnut Creek, CA

EVIDENCE OF BIRTHDATE: ☒ 1. Birth Certificate  ☐ 3. Previous School Records  ☐ 5. Notarized Affidavit by Natural Parent
☐ 2. Religious Records  ☐ 4. Passport  ☐ 6. Armed Forces Department's ID Card

SPECIAL PROGRAMS: ☒ 1. Special Education  ☐ 3. English as a Second Language (ESL)  ☐ 5. Compensatory Education
☐ 2. Gifted/Talented  ☐ 4. Miller-Unruh  ☐ 6. Other

| PLACEMENT | | | TRANSFER RECORD | | FAMILY MEMBERS | | |
|---|---|---|---|---|---|---|---|
| Date | Grade | School | Teacher | Date | To What School District | Relationship | Name |
| | | | | | | Father | Petersen, Michael "Mikey" |
| | Pre-K | | | 6/15/01 | to Highlands SDC | | |
| 1999 | K | Ayers | Ontner | | private school | | |
| | 1 | Ayers | Schmidt | | | | |
| 9/5/01 | 2 | Woodlands | McDonald | | | | |
| 9/10? | 3 | | McCuaig | | | | |
| '03-'04 | 4 | | | | | | |

Home Language Survey Completed: ☒
GRADUATION REQUIREMENT: DATE
Promoted from Elem:
Retained from grade 8:
Graduated from grade 12: