AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  C 07-02400 SI<br><br>**DECLARATION OF AMY R. LEVINE IN SUPPORT OF DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>Date    :  August 1, 2008<br>Time   :  9:00 a.m.<br>Dept    :  10, 19th Floor<br>Judge  :  Hon. Susan Illston<br><br>Trial:    None Set |

I, AMY R. LEVINE, declare:

1. I am an attorney licensed to practice law in this Court, and one of the attorneys of record for defendant Mount Diablo Unified School District. I am submitting this declaration in support of the District's Motion for Judgment on the Pleadings, Or, In the Alternative, for Summary Judgment. I know these facts to be true based on my own personal knowledge, except for the facts which I believe to be true upon information and belief. If called as a witness, I could competently testify to these facts.

2. I am a shareholder in the law firm of Miller Brown and Dannis. That firm has

1

DECL. OF A. LEVINE IN SUPPORT OF DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; CASE NO. C07-02400 SI

SF 316579v1

represented the District in various special education and litigation matters involving Michael Petersen and/or his children Michael Jr. and Ryan. One of those matters was a 2003 request for due process hearing filed with the California Special Education Hearing Office (SEHO) on behalf of Ryan Petersen against the District. That matter was resolved by way of a settlement agreement.

3. On or about August 31, 2005, Michael Petersen purported to file a new request for due process on behalf of Ryan with SEHO. However, as of July 1, 2005, all of SEHO's duties had been transferred to the California Office of Administrative Hearings (OAH). A case was eventually opened at OAH, Case No. N2005090266.

4. Apparently OAH never received Mr. Petersen's August 31, 2005 request for due process. It opened a case when it received a copy of a September 2, 2005 letter from Mr. Petersen to the District which references an August 31, 2005 filing. This September 2, 2005 letter is attached to a September 9, 2005 filing by Mr. Petersen entitled "Motion to: Receive IDEA Hearing Date, Order MDUSD Comply with Resolution Session, Dismiss MDUSD 9/7/05 Notice of Objection." A true and correct copy of the September 9, 2005 filing with attachments is attached hereto as Exhibit A. I have reviewed the files in my office relating to this 2005 filing, and have also requested and received from OAH a complete copy of its pleading file in this matter.

5. On or about September 8, 2005, my office, on behalf of the District, filed an objection to the sufficiency of the August 31, 2005 due process complaint. This objection was sustained by OAH on September 12, 2005. Mr. Petersen filed an amended due process complaint on or around September 23, 2005, and my office filed an objection to that complaint on or around October 7, 2005. Mr. Petersen filed a "Request for Judicial Notice of SEHO Mediation Contract SN03-01885 & Petitioner's 10/6/05 letter to MDUSD" also on October 7, 2005. The District's objection to the amended complaint was sustained by OAH in its October 12, 2005 Determination of Sufficiency of Due Process Hearing Request Notice.

6. The October 12, 2005 Determination of Sufficiency issued by OAH gave Mr. Petersen 14 days to amend his complaint further so that it would be deemed sufficient.

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

1  However, Mr. Petersen never filed an amendment. The case was formally dismissed by OAH in an Order of Dismissal dated April 4, 2006.

7. Attached hereto are true and correct copies of the following documents filed in OAH Case No. N2005090266

    a. Exhibit B is a September 12, 2005 Determination of Sufficiency of Due Process Complaint and Order issued by OAH.

    b. Exhibit C is a document filed by Mr. Petersen on or around September 23, 2005 amending his due process complaint.

    c. Exhibit D is the District's October 7, 2005 objection to the sufficiency of the due process complaint.

    d. Exhibit E is an October 7, 2005 Request for Judicial Notice of SEHO Mediation Contract SN03-01885 & Petitioner's 10/6/05 Letter to MDUSD filed by Mr. Petersen.

    e. Exhibit F is an October 12, 2005 Determination of Sufficiency of Due Process Hearing Request Notice issued by OAH.

    f. Exhibit G is an April 4, 2006 Order of Dismissal issued by OAH.

8. On March 14, 2005, I served on plaintiff Ryan Petersen a set of interrogatories and a set of requests for production of documents. A true and correct copy of Defendant Mount Diablo Unified School District's Interrogatories to Plaintiff Ryan Petersen, Set One is attached hereto as Exhibit H. On June 6, 2008, plaintiff served on me Plaintiff's Response to Interrogatories Set One, a true and correct copy of which is attached hereto as Exhibit I.

9. On June 6, 2008, plaintiff also served Plaintiff's Response to Production of Documents Set One. Among the documents produced were two printouts from the California Department of Education's (CDE) Private School Affidavit website which provide Mr. Petersen with a Private School Affidavit Certification. Submission of a private school affidavit and receipt of certification from CDE allows a parent to "home school" his or her children without enrolling them in an established public or private school. Attached hereto as Exhibit J are Private School Affidavit Certifications obtained by Mr. Petersen dated October 10, 2003 and

3

October 14, 2005.

10. Attached hereto as Exhibit K is a true and correct copy of a letter sent by Ken Ferro, Alternative Dispute Resolution Coordinator for the District, to Michael Petersen dated September 14, 2005 responding to Mr. Petersen's request for a resolution session in connection with his due process filing in OAH Case No. N2005090266. The letter reflects that it was copied to Randi Petersen, Ryan Petersen's mother, and to Jennifer Postel, an attorney who worked in my office. I am informed and believe that a copy of the letter was received by my office via facsimile on or about September 14, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed this 24th day of June, 2008 in San Francisco, California.

/s/ Amy R. Levine
AMY R. LEVINE

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 316579v1

4

DECL. OF A. LEVINE IN SUPPORT OF DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; CASE NO. C07-02400 SI