Michael S. Petersen in Pro Per
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 (H)

Petitioner/Father for disabled minor, Ryan Petersen

OAK
RECEIVED
SEP 0 9 2005
SPECIAL EDUCATION
HEARING OFFICE

RECEIVED
SEP 1 2 2005
Office of Administrative Hearings
SACRAMENTO

CALIFORNIA SPECIAL EDUCATION HEARING OFFICE

RYAN PETERSEN,
        Petitioner

Mount Diablo Unified School District,
        Respondent

MOTION TO: RECEIVE IDEA HEARING DATE, ORDER MDUSD COMPLY WITH RESOLUTION SESSION,
DISMISS MDUSD 9/7/05
NOTICE OF OBJECTION

On 8/31/05, petitioner filed a request for a due process hearing for Ryan Petersen with the California Special Education Hearing Office (SEHO) Petitioner states, SEHO, under contract with the California Department of Education (DCE) is required to hear this matter and is the proper forum. Ryan Petersen is a 11 year old hearing and learning disabled student and qualifies for low incidence status as a student and in relation to his treatment by the administrators of the MDUSD Special Education Department. (MDUSD). Petitioner hereby objects to the filing on behalf of the MDUSD to deny Ryan Petersen of his rights to a SEHO hearing pursuant to 42 U.S.C section 1983 (equal protection) and 42 U.S.C. 1983 (due process).
MDUSD is intimately familiar with student Ryan Petersen and has shown bad faith with respect to their premature, translucent request for dismissal in this matter. On 8/26/05, attached as exhibit (A), is petitioner's notice to MDUSD regarding intent to protect students rights under contract SN03-1885. On 8/31/05, petitioner filed for students protection with the SEHO hearing

Exhibit A
Page 1 of 8

1  request. After receiving petitioner's request for a due process hearing on this date, MDUSD sent
2  notice of their unilateral IEP date to circumvent the SEHO process of Ryan Petersen and the
3  meeting was held on 9/6/05 without petitioner.(see exhibit (B). The MDUSD administrators, in
4  having received sufficient notice of issues and concerns relating to this low incidence student,
5  and being intimately familiar with, in good faith should have set the resolution session as
6  prescribed by law to establish a channel of communication with petitioner to address this
7  disabled students needs attached as exhibit (C) dated 9/2/05. Petitioner continues to await and is
8  willing to meet with the MDUSD regarding the same. In closing, petitioner states according to
9  the SEHO rules, it is well settled that issues and resolutions are due 10 days prior to hearing. It
10 should be noted, petitioner received the district's notice of objection dated 9/7/05 only a few
11 hours ago. No attempt was made to contact petitioner by phone in this instant matter and the
12 MDUSD has been aware petitioner has been temporally unavailable by personal facsimile.
13 Petitioner respectfully requests the SEHO deny MDUSD request dated 9/7/05 and protect the due
14 process rights of the minor child.

16 Dated 9/9/05

18 Michael S. Petersen, petitioner for minor Ryan Petersen

19 Also attached, 8/31/05 S.E.H.O. hearing facsimile transmission
20 as exhibit "D" and 8/31/05 MDUSD hearing facsimile
21 transmission verification as exhibit "E".

Michael Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

August 26, 2005    FACSIMILE TRANSMISSION

Ken Ferro
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _____
and U.S. Mail

Re: Ryan Petersen SN03-01885

Dear Mr. Ferro,

Pursuant to the terms of Ryan's contract #SN03-01885, I am exercising his rights under said contract utilizing all protections afforded him including but not limited to placement and services.

Sincerely,

*Michael Petersen*
Michael Petersen

Exhibit A
Page 3 of 8

# NOTICE OF IEP MEETING

Date of Notice: August 31, 2005

Dear Parent((s)/Guardian(s) of: __Ryan Petersen__    Student's Number: __2136773__

This is to confirm with you that an Individualized Program team meeting has been scheduled.

Day/Date: __Tuesday, September 6, 2005__

Time: __9:30 a.m. to 11:30 a.m.__

Place: __Special Education Annex #24__

The student is invited to participate in this meeting: ____ Yes  __x__ No

The purpose of this meeting is to:

| | |
|---|---|
| ____ Determine eligibility for Special Education | ____ Develop and write an IEP |
| ____ Review an administrative placement | __X__ Review the IEP and/or progress, placement |
| ____ Conduct 3-year Reevaluation | ____ Develop or review transition services |
| ____ Other: | |

| | |
|---|---|
| ____ Annual | ____ Parent Request |
| ____ Teacher Request | ____ 3-year Reassessment |

This meeting will also include transition planning (required for students 14 and older): ____ YES  __X__ NO

The following personnel may be in attendance:

| | | | |
|---|---|---|---|
| __X__ | Special Education Teacher | __X__ | OT—Corrie Martell |
| __X__ | General Education Teacher | __X__ | Speech/Language Specialist- |
| __X__ | School Administrator | __X__ | School Psychologist |
| | | __X__ | Agency Personnel: Vicki Hogill, Julie Zito, Judith Jewett |
| __X__ | Special Education Administrator | __X__ | Other: Audiologist-Colleen Peterson |
| __X__ | Principal New Vistas | __X__ | Teacher of the Hearing Impaired –Mary Ann Bardsley |

It is important for you to attend and participate in planning your child's program. **Please bring any written documentation relevant to your child (including prior IEP), and your child's social security number.** You may appoint or bring a person to represent or advise you at this meeting. You or the school may also bring anyone who has knowledge or special expertise regarding your child. The person who invites this party has the authority to determine whether they have knowledge or special expertise.

No special educational placement will occur without your written consent. Please review the statement of Procedural Safeguards document enclosed with this notice. For assistance in understanding your rights, contact the Special Education Department at 682-8000.

**Please call to confirm your attendance or to discuss another date/time for this meeting.**
Contact: __Ken Ferro__    Phone: __(925) 682-8000, Ext. 4070__

Exhibit A
Page 4 of 8

B

Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

September 2, 2005                    FACSIMILE TRANSMISSION

Ken Ferro MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time _4:50 PM_
Re: Ryan Petersen, Request for resolution session (20 U.S.C. 1415 (f)(1)(B)(i-iv.)

Mr. Ferro,
This letter is a demand for a immediate resolution session. As you know, I filed for a due process hearing for my low incidence, hearing disabled son, Ryan on 8/31/05 and the "stay put" or equivalent provision is in effect. As you also know, I requested a IEP meeting on 5/19/05 which you have never set until I filed for Ryan's due process hearing on 8/31/05. The contents of your letter dated 8/31/05 setting the IEP meeting and stating your numerous attempts to do so are inaccurate, unfair to Ryan and in violation of the above stated laws. The resolution session must be held within 15 days and I will not accept your proposed IEP date of 9/6/05. I also have not received current reports and recommendations for Ryan by his service providers which I must receive 10 days prior to any IEP meeting.
According to 20USC 1415(f)(1)(B)(i)(IV), The resolution session "may be waived only under two circumstances;(1) a written waiver signed by the parent and public educational agency representative, or (2) agreement by the parties to participate in mediation". As you know, neither have happened as of this date.
Additionally, Ryan has had a post summary testing date scheduled at LindaMood-Bell set since his last day there on 8/26/05 which we are attending on the morning of 9/6/05 at 9:00am to test current levels of functioning and receive updated recommendations for his service needs. On 8/26/05, my letter to you states "pursuant to the terms of Ryan's contract #SN03-01885, I am exercising his rights under said contract utilizing all protections afforded him including but not limited to placement and services."
Please do not violate Ryan's due process rights. You are fully aware of Ryan's Mondini's Malformation and Large Vestibular Aqueduct Syndrome diagnoses and his forecasted deafness by Stanford University. Please inform me of the resolution session meeting date so we may discuss Ryan's continued private school placement or equivalent.(20 USC 1415 (j); 34CFR 300.514;Ed. code 56505 subd. (D).

Sincerely,
_Michael S. Petersen_
Michael S. Petersen

c.c. McGeorge School Of Law (SEHO) fax (916) 739-7066
    Office of Administration Hearings (SEHO) fax(916) 322-8014
    Randi Petersen fax (559) 733-3463
    w/ Lindamood-Bell Appointment reminder @ 9/6/05 9am

# FAX COVER PAGE

To: S.E.H.O.

Fax # (916)- 739 7066

Sender: Michael S. Petersen

Sender's # (925)- 595-0459

Date: 8 / 31 / 2005

There are 2 pages including this page.

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/31/2005 12:14
NAME    : UPSSTORE99
FAX     : 9259461027
TEL     : 9259461016
SER.#   : BROB2N216889
```

```
DATE,TIME        08/31  12:14
FAX NO./NAME     19167397066
DURATION         00:00:30
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

The UPS Store #99
1547 Palos Verdes Mall
Walnut Creek, Ca 94597
Phone # (925) 946-1016
Fax # (925) 946-1027

Exhibit A
Page 6 of 8

"D"

# FAX COVER PAGE

To: Ken Ferro MDUSD Special Education

Fax #: (925)-674-0667

Sender: Michael S. Petersen

Sender's #: (925)-595-0459

Date: 8/31/2005

There are 2 pages including this page.

```
TRANSMISSION VERIFICATION REPORT

TIME    : 08/31/2005 12:13
NAME    : UPSSTORE99
FAX     : 9259461027
TEL     : 9259461016
SER.#   : BROB2N216689
```

```
DATE,TIME          08/31  12:12
FAX NO./NAME       6740667
DURATION           00:00:36
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

The UPS Store #99
1547 Palos Verdes Mall
Walnut Creek, Ca 94597
Phone # (925) 946-1016
Fax # (925) 946-1027

Exhibit A
Page 7 of 8

"E"

5100 B-1 Clayton Road
Concord, CA 94521

925.689.6245 Tel
925.689.6249 Fax
store0190@theupsstore.com



# Fax Cover

## The UPS Store™

To: S. EHO  Fax #: 916-739-7066

Date: 9/9/05  # of Pages (including cover sheet): 8

From: Michael S. Petersen  Phone #: (925) 825-5769 (H)
(925) 595-0459 (cell)

Subject: SE HO Motion RE: Ryan Petersen

C.C.  Gary McHenry,
Ken Ferro, MDUSD Special ED ADR.
Fax (925) 674-0667

Office of Administrative Hearings
Fax (916) 322-8014

...u are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to ...nge return of the documents at no cost to you.