BEFORE THE
OFFICE OF ADMINISTRATIVE HEARINGS
SPECIAL EDUCATION DIVISION
STATE OF CALIFORNIA

In the Matter of:

RYAN P.,

         Petitioner.

vs.

MOUNT DIABLO UNIFIED SCHOOL DISTRICT,

         Respondent.

OAH NO. N2005090266

DOB: UNKNOWN

ORDER OF DISMISSAL

The Office of Administrative Hearings-Special Education Division received a notice requesting withdrawal/dismissal of a Due Process Hearing Complaint in the above entitled case. The basis for the request is:

☐ Settlement of the case at the Resolution Session

☐ Settlement of the case through Mediation

☐ Settlement of the case outside Mediation or Resolution Session

☒ Other: Failure to Amend Second Amended Complaint within 14 days of Order issued on 10/12/05.

For Good Cause shown, the case is DISMISSED.

Dated: April 4, 2006.

*[signature]*
KARL ENGEMAN
Presiding Administrative Law Judge
Office of Administrative Hearings
Special Education Division

## PROOF OF SERVICE

I, Annamarie Argumedo, declare as follows: I am over 18 years of age and have no interest in the action within; my place of employment and business address is:

**OFFICE OF ADMINISTRATIVE HEARINGS**
Special Education Division
1102 Q Street, 4th Floor
Sacramento, Ca 95814

On April 5, 2006, I served a copy of the following entitled action:

### DISMISSAL ORDER - OAH NO. – N2005090266

to each of the person(s) named below, at the address set out next to each name, by the following method:

MICHAEL S. PETERSON
GUARDIAN
P.O. BOX 273363
CONCORD, CA 94527

JENNIFER POSTEL, ESQ.
MILLER, BROWN & DANNIS
71 STEVENSON ST., 19TH FL.
SAN FRANCISCO, CA 94105

| | |
|---|---|
| ☒ | **US MAIL** – by enclosing the action in a sealed envelope and placing the envelope for collection and mailing on that date and at the Office of Administrative Hearings, City of Sacramento, County of Sacramento, State of California, following ordinary business practices. I am readily familiar with the Office of Administrative Hearings' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. |
| | XX Regular Mail |
| ☐ | **FACSIMILE TRANSMISSION** – by personally transmitting to the above-named person(s), who has previously agreed to receive documents via facsimile transmission, to the facsimile number(s) shown above, on the date and time listed below, from facsimile machine number , pursuant to California Rules of Court, rules 2003-2008, Government Code section 11440.20, and California Code Regulations, title 1, section 1008, subdivision (d). A true copy of the above-described documents(s) was transmitted by facsimile transmission and the transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached to this proof of service. |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and this Declaration was executed at Sacramento, California at 2:57 on April 5, 2006. _____
Annamarie Argumedo