SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C 07-02400 SI<br><br>**DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S INTERROGATORIES TO PLAINTIFF RYAN PETERSEN, SET ONE** |

PROPOUNDING PARTY:   Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT

RESPONDING PARTY:   Plaintiff RYAN PETERSEN

SET:   ONE

Pursuant to Federal Rules of Civil Procedure, Rule 33, you are requested to respond to these special interrogatories in writing and under oath within thirty (30) days from service.

**INTERROGATORY NO. 1:**

State the name, address, and sponsoring school district, if any, of every public or private school, including home school, that Ryan Petersen has attended from August 2003 to the

present, and the dates he attended such school.

**RESPONSE TO INTERROGATORY NO. 1:**

**INTERROGATORY NO. 2:**

Identify each home address where Ryan Petersen resided between August 2003 and the present, and the dates he resided at each address.

**RESPONSE TO INTERROGATORY NO. 2:**

**INTERROGATORY NO. 3:**

Identify the home address where Ryan Petersen's father, Michael Petersen, resided between August 2003 and the present, and the dates he resided at each address.

**RESPONSE TO INTERROGATORY NO. 3:**

**INTERROGATORY NO. 4:**

If Ryan Petersen lived with any other person besides his father between August 2003 and the present, please provide the name, address, and telephone number of that person and identify the dates he resided with each such other person.

**RESPONSE TO INTERROGATORY NO. 4:**

**INTERROGATORY NO. 5:**

Identify all addresses, including post office boxes, used by Ryan Petersen and/or his father, Michael Petersen, between August 2003 and the present, and the dates each was used.

**RESPONSE TO INTERROGATORY NO. 5:**

DATED: March 14, 2008

MILLER BROWN & DANNIS

By: _____
AMY R. LEVINE
Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

3

DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S INTERROGATORI O PLAINTIFF
RYAN PETERSEN, SET ONE CASE NO. 07-02400 SI

SF 302333v1

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 14, 2008, I caused the true and correct copies of the following documents to be placed in an envelop addressed to the parties specified herein below and deposited with the Federal Express (Airbill No. 843296560220) marked for overnight delivery:

(1) **DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO PLAINTIFF RYAN PETERSEN, SET ONE;**

(2) **DEFENDANT MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S INTERROGATORIES TO PLAINTIFF RYAN PETERSEN, SET ONE; and**

(3) **CERTIFICATE OF SERVICE**

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on March 14, 2008, at San Francisco, California.

*Christopher Davis* (signature)