MICHAEL PETERSEN PRO SE
next of friend of Michael Petersen Jr.
and Ryan Petersen
3375 Port Chicago Hwy 30-166
Concord Ca. 94520
(925) 588-4799



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN ON BEHALF OF
HIMSELF AND PARENT AND NEXT OF
FRIEND TO MIKE JR. AND RYAN PRO SE

V

MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL,
MILDRED BROWN, individually and in her official
capacity as assistant superintendent of special
education, KEN FERRO, individually and in his
official capacity as alternative dispute
resolution administrator

CASE C07-02400SI

PLAINTIFF'S RESPONSE TO
INTERROGATORIES
SET ONE (as attached)

INTERROGATORY NO. 1;

Westwood Elem. 1748 West St. Concord Ca., MDUSD, 8/03-10/03
5018 Jeri Place Concord Ca. Private School Affidavit (PSA), MDUSD 10/03-1/04
LindaMood-Bell. 645 San Ramon Valley Blvd, Danville Ca. MDUSD, 1/04-8/04
New Vista's Christian Learning Disabled School, 68 Morello Ave. Martinez Ca. MDUSD, 9/04-6/05
LindaMood-Bell, 645 San Ramon Valley Blvd. Danville Ca. MDUSD, 7/05-8/05 "STAY PUT PROVISION"
3485 Vern Lane, Concord Ca. (evicted) Private School Affidavit, MDUSD, would not honor "stay put" 10/05- 3/06
Eleanor Rosevelt School, 31191 Rd. 180, Visalia Ca. MDUSD/Tulare Office/P.S.A. of Education 3/06-1/08
Concord Christian School, Olivera Rd. Concord Ca., MDUSD 1/08-3/08
Private School Affidavit, Home School Concord Ca., MDUSD 3/08-5/08
Diablo Valley School 2924 Clayton Rd. Concord Ca., MDUSD 5/08-present

/ / / / /

page _1_ of _3_

Exhibit I
Page 1 of 3

MICHAEL PETERSEN PRO SE
next of friend of Michael Petersen Jr.
and Ryan Petersen
3375 Port Chicago Hwy 30-166
Concord Ca. 94520
(925) 588-4799

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN ON BEHALF OF HIMSELF AND PARENT AND NEXT OF FRIEND TO MIKE JR. AND RYAN PRO SE<br><br>V<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL, MILDRED BROWN, individually and in her official capacity as assistant superintendent of special education, KEN FERRO, individually and in his official capacity as alternative dispute resolution administrator | CASE C07-02400SI<br><br>PLAINTIFF'S RESPONSE TO INTERROGATORIES SET ONE |

INTERROGATORIE NO. 2;

5018 Jeri Place Concord Ca., 8/03 - 11/04
3485 Vern Lane Concord Ca., 11/04 - 3/06
29702 Rd. 162, Visalia Ca. 8/03 - present
2597 Montgomery Ave. Concord Ca. 1/08 - present

INTERROGATORIES NO. 3;

5018 Jeri Place Concord Ca. 8/03 - 11/04
3485 Vern Lane, Concord Ca. 11/04 - 3/06
2000 G.M.C. pickup truck, (parks, freeway overpasses & public lots 3/06 - 1/08
2597 Montgomery Ave. Concord Ca. 1/08 - present

/ / / / /

/ / / / /

page  2  of  3

Exhibit I
Page 2 of 3

MICHAEL PETERSEN PRO SE
next of friend of Michael Petersen Jr.
and Ryan Petersen
3375 Port Chicago Hwy 30-166
Concord Ca. 94520
(925) 588-4799

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN ON BEHALF OF
HIMSELF AND PARENT AND NEXT OF
FRIEND TO MIKE JR. AND RYAN PRO SE

CASE C07-02400SI

PLAINTIFF'S RESPONSE TO
INTERROGATORIES
SET ONE

V

MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL,
MILDRED BROWN, individually and in her official
capacity as assistant superintendent of special
education, KEN FERRO, individually and in his
official capacity as alternative dispute
resolution administrator

INTERROGATORIE NO . 4

NONE

INTERROGATORIE NO. 5

5018 Jeri Place, Concord Ca. 8/03 - 11/04
3485 Vern Lane, Concord Ca 11/04 - 3/06
P.O. Box 273363, Concord Ca. 8/03 - various openings & closings
P.O. Box 2462, Visalia Ca. 12/05 - present
3375 Port Chicago Hwy. 30-166 Concord Ca. 1/08 - present

Respectfully submitted under oath,

Michael Petersen PRO SE

/ / / / /

/ / / / /

page _3_ of _3_

Exhibit I
Page 3 of 3