> > > > Affidavit Form >

**Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. It must be printed, signed, and mailed to the California Department of Education.**

| Form Submitted: | 10/10/2003 7:36:23 AM |
|---|---|
| Confirmation: | 6652 |

The Private School Affidavit is for persons, firms, associations, partnerships, or corporations offering or conducting:

- **Full-time day** school at the elementary or high school level
- For students between the **ages of 6 and 18** years

| | | | |
|---|---|---|---|
| Is this a new school? | Yes | | |
| County | Contra Costa | | |
| Name of School | Petersen School | | |
| CDS Code | | | |
| Telephone Number | (925) 825-5769 | | |
| Street Address | 5018 Jeri Place | | |
| City | Concord, Ca. | Zip | 94521 |
| Mailing Address | P.O. Box 273363 | | |
| Mailing City | Concord Ca. | Mailing Zip | 94527 |
| Former Name of School | | | |
| Site Administrator | Mr. Mike Petersen | | |
| Title of Administrator | Director | | |
| Type of School | Coeducational | | |
| School Accommodations | Day Only | | |
| Grades Offered | Lowest: 4, Highest: 8 | | |
| High School Diploma Offered | No | | |
| Public school district in which school is located | Mt. Diablo Unified School District | | |
| Our district has changed | No | | |

http://www.cde.ca.gov/privateschools/submit_form.asp

10/10/2003

Exhibit J
Page 1 of 2



Change Text Size: A A A

Search [         ]

Advanced | Site Map | A-Z Index

Curriculum & Instruction    Testing & Accountability    Professional Development
Finance & Grants    Data & Statistics    Learning Support    Specialized Programs

Home » Specialized Programs » Private Schools » Requirements » Private School Affidavit Form » Confirmation Form

# Private School Affidavit Confirmation
# Fall 2005

Thank you for submitting your Private School Affidavit online. This is your Private School Affidavit Certification. Please print this page, and maintain a hardcopy for a period of three years. Do NOT mail a copy to the California Department of Education.

| Form Submitted: | 10/14/2005 3:12:50 PM |
| --- | --- |
| Confirmation: | 23677 |
| Page Generated: | 10/14/2005 3:12:50 PM |

The Private School Affidavit is for persons, firms, associations, partnerships, or corporations offering or conducting **full-time day** school at the elementary or high school level for students between the **ages of six and eighteen years**. Please note that this is a public document.

## School Information

| | |
| --- | --- |
| Is this a new school? (If you have been operating only as a preschool, consider yourself a new school.) | Yes |
| If your school has six or more students, have you filed an affidavit in the past? | No |
| County | Contra Costa |
| Public school district in which school is located | Mt. Diablo Unified School District |
| Name of School | Petersen School |
| CDS Code | |
| Street Address (P.O. Box is not acceptable) | 3485 Vern Lane |
| City | Concord, CA 94519 |
| Designated School E-mail Address | |
| Telephone Number | (925)825-5769 |
| Mailing Address (if different) | P.O. Box 273363 |
| Mailing City | Concord, CA 94527 |
| Site Administrator | Mr. Michael Petersen |
| Title of Administrator | Other |
| Type of School | Boys Only |
| School Accommodations | Day Only |
| Grades Offered | Lowest: 6   Highest: 9 |
| High School Diploma Offered | No |
| Our District Has Changed | No |
| Enter old school name if name has changed since last affidavit | |

## Statistical Information

| | |
| --- | --- |
| Range of students' ages * | Youngest: 11   Oldest: 13 |

Exhibit J
Page 2 of 2

http://www.cde.ca.gov/sp/ps/rq/ap/submit_form.asp

10/14/20