

MT. DIABLO UNIFIED SCHOOL DISTRICT
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000



RECEIVED
SEP 14 2005
ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

September 14, 2005

Dear Mr. Petersen,

I am in receipt of your correspondence dated September 13, 2005 and your most recent correspondence received via facsimile today.

Unfortunately, your request for hearing failed to identify any issues for resolution or any proposed resolutions as determined by the Office of Administrative Hearings in the September 12, 2005 Determination of Sufficiency of Due Process Complaint and Order mailed to District counsel and yourself. Pursuant to the Judge's ruling, your complaint is insufficient, but you have been provided the right to file an amended complaint if you wish.

Based upon the above, the District is not going to proceed with the resolution session today, as it does not have notice of the issues we are attempting to address. Should you choose to file a sufficient amended complaint, we will reschedule a resolution session at that point and are truly hopeful we can resolve all issues.

I wish to clarify some inaccurate statements from your letters in order to ensure that all parties proceed with a proper understanding of the relevant facts. The District did not file a motion to dismiss. Rather, pursuant to the IDEA 2004, the District filed an Objection to the Sufficiency of the Complaint. The District disagrees with your previous allegation that you did not receive the Objection to the Sufficiency of the Complaint as your name appears on the Proof of Service demonstrating that you were served the document via mail. We are pleased you acknowledged receipt of our Objection in today's correspondence.

Your contention as to the District's knowledge that you were awarded sole legal custody of Ryan is patently erroneous. In fact, I have personally made several requests for you to provide the District with relevant documentation demonstrating your current custodial and education rights pertaining to Ryan. Each time, you have failed to reply to my requests. As such, I again request that you provide the District with proof of your current educational rights pertaining to Ryan. The District is happy to implement whatever order is currently in place, but needs to see the order.

Additionally, it is our understanding you are seeking services from the District for both of your sons, Ryan and Michael. As a result, we convened an IEP meeting for Ryan, but have recently discovered that you have not enrolled either of your sons in the Mt. Diablo Unified School District.

If you do wish to seek services for Ryan and Michael from the District, you must complete the process of enrolling them in the District and I request you do so immediately. If, in the alternative, you are privately placing Ryan and Michael and not

Exhibit K
Page 1 of 2

AN EQUAL OPPORTUNITY EMPLOYER

FAX (925) 674-0667

seeking public school services from the District, they are not entitled to a free appropriate public education and an IEP, but to individual services plans.

Please inform me by the close of this week, Friday, September 16, 2005 whether you are seeking public school services from the District for Ryan and Mikey. If so, please also enroll them in the District by Friday.

I am unclear as to the meaning of your statement:

> This letter also serves as a formal complaint that the district, it's (sic.) predecessors and successors in interest, heirs, assigns, officers, directors, agents, employees, partners, and trustees have, have attempted to or have participated in any action that impedes or impeded the rights afforded to my low incidence hearing and learning disabled son.

Due to the confusion regarding this vague and ambiguous statement, I am unable to respond to your complaint. Should you desire a response, please provide the District with more information regarding which actions were taken and which rights were impeded.

Your request for Ryan's September 6, 2005 IEP documentation is confusing as that IEP forwarded to you in a letter dated September 9, 2005, and the District has a certified mail receipt demonstrating your receipt of the documents on that date. Have you misplaced those documents or are you seeking an additional copy?

Your statement that you are requesting student records from all locations for Ryan and public records will be complied with within the statutory mandated timeframe.

In response to your most recent facsimile, you do not need to obtain the District's consent to file an amended complaint. Rather, as stated in the Office of Administrative Hearings September 12, 2005 order, you are permitted to file an amended complaint within 14 days of the date of the order. A copy of the District's Procedural Safeguards was included in Ryan's IEP as forwarded to you on September 9, 2005 and an updated version will also be provided.

The District does not select mediators. Should you choose to file a sufficient amended complaint and pursue mediation in this matter, you are entitled to request a mediator and should contact the Office of Administrative Hearings to obtain information regarding how to do so.

I am hopeful this answers all of your questions. Please contact me should you have any further.

Very truly yours,

Ken Ferro

cc:  Randi Petersen (via facsimile)
     Jennifer Postel (via facsimile)

*[Handwritten annotations:]* received my RR 9/14/05 3:55 PM via Fax Martin

Mr. Petersen arrived at 2:50 pm for a Resolution Session regarding Ryan. The meeting had been cancelled, subsequently Mr. Petersen received this letter.

Exhibit K
Page 2 of 2