# RANDI PETERSEN
### 29702 Road 162, Visalia, CA 93292
hm ph/fax (559) 733-3463

July 11, 2005

Ken Ferro, ADR    via facsimile (925) 674-0667    TIME: 8:30 am
MDUSD

RE:    Students Ryan 6th grade, and Mikey 8th grade

Dear Ken:

I'm advocating for and write on behalf of my and my disabled children's Federally protected civil rights in conjunction with USC 20, 28, 29 & 42.

I'm writing to inform you well in advance, because I live over 200 miles away, I will be attending all IEP meetings via telephone unless it is scheduled on a date that I am already driving to the Bay Area.

Ryan will need Lindamood-Bell tutoring again once he begins school this year, because his language has deteriorated since he stopped that program last year. Please schedule a language evaluation for Ryan ASAP, to determine his language needs and present level of functioning. The evaluation needs to encompass ALL his language needs including but not limited to his auditory processing, comprehension, speech, and reading. Ryan is also severely delayed in his math skills currently doing 2nd grade math, 4 years delayed. Therefore, please also schedule a math evaluation to determine his needs and present levels of math functioning.

If you have any questions or concerns, please put it in writing and fax it to me at the above fax number.

Sincerely,

Randi Petersen

cc:    Mike Petersen via facsimile