Page 1 of 1

# RANDI PETERSEN
29702 Road 162, Visalia, CA 93292
hm ph/fax (559) 733-3463

July 12, 2005

Ken Ferro, ADR      via facsimile (925) 674-0667
MDUSD

TIME: 8:33 a.m.

RE:   Students Mikey and Ryan Petersen

Dear Ken:

I'm advocating for and write on behalf of my and my disabled children's Federally protected civil rights in conjunction with USC 20, 28, 29 & 42.

As you know, in 2003 Ryan was diagnosed with Large Vestibular Aqueduct Syndrome, which as you know, if Ryan gets hit in the head and/or he is exposed to loud noises, this could cause him to permanently lose his hearing. Therefore, I'm writing to inform you well in advance, I object to Ryan going to school at Mt. Diablo unless Mt. Diablo can protect Ryan from loud noises and head trauma, to insure he will not permanently lose his hearing and go deaf while at school.

If you have any questions or concerns, please put it in writing and fax it to me at the above fax number.

Sincerely,

Randi Petersen

cc:   Mike Petersen via facsimile