Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769

August 31, 2005

California Special Education Hearing Office
3200 Fifth Avenue
Sacramento Ca. 95817
Via Fax (916) 739-7066
Time 12:05 pm & U.S. Mail

Re: REQUEST FOR DUE PROCESS HEARING

Dear Hearing Office,

This letter is a request for a due process hearing. Ryan Petersen is a special education student residing within the boundaries of Mt. Diablo Unified School District located in Concord Ca. Please process this request at your earliest convenience.

Sincerely,

Michael S. Petersen

c.c. Ken Ferro, MDUSD Special Education Fax 674-0667 Time_____ & U.S. Mail