

**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

August 31, 2005

Mr. Michael S. Petersen
P.O. Box 273363
Concord, CA 94527

Mr. Petersen;

I tried several times to reach you by phone regarding calendaring an IEP for Ryan. Having had no response from you, the District has calendared an IEP on September 6, 2005. Please see the attached IEP Notice for the time and place of that meeting.

Sincerely,

*[signature]*

Ken Ferro
Administrator
Alternative Dispute Resolution

cc: Barbara Scott
    Jennifer Postel

# NOTICE OF IEP MEETING

Date of Notice: August 31, 2005

Dear Parent((s)/Guardian(s) of: Ryan Petersen    Student's Number: 2136773

This is to confirm with you that an Individualized Program team meeting has been scheduled.

Day/Date: Tuesday, September 6, 2005

Time: 9:30 a.m. to 11:30 a.m.

Place: Special Education Annex #24

The student is invited to participate in this meeting: ___ Yes  _x_ No

The purpose of this meeting is to:

| | | |
|---|---|---|
| ___ | Determine eligibility for Special Education | ___ Develop and write an IEP |
| ___ | Review an administrative placement | _X_ Review the IEP and/or progress, placement |
| ___ | Conduct 3-year Reevaluation | ___ Develop or review transition services |
| ___ | Other: | |

___ Annual                    ___ Parent Request
___ Teacher Request           ___ 3-year Reassessment

This meeting will also include transition planning (required for students 14 and older): ___ YES  _X_ NO

The following personnel may be in attendance:

| | | | |
|---|---|---|---|
| | | X | OT—Corrie Martell |
| X | Special Education Teacher | X | Speech/Language Specialist- |
| X | General Education Teacher | X | School Psychologist |
| X | School Administrator | X | Agency Personnel: Vicki Hogill, Julie Zito, Judith Jewett |
| X | Special Education Administrator | X | Other: Audiologist-Colleen Peterson |
| X | Principal New Vistas | X | Teacher of the Hearing Impaired—Mary Ann Bardsley |

It is important for you to attend and participate in planning your child's program. **Please bring any written documentation relevant to your child (including prior IEP), and your child's social security number.** You may appoint or bring a person to represent or advise you at this meeting. You or the school may also bring anyone who has knowledge or special expertise regarding your child. The person who invites this party has the authority to determine whether they have knowledge or special expertise.

No special educational placement will occur without your written consent. Please review the statement of Procedural Safeguards document enclosed with this notice. For assistance in understanding your rights, contact the Special Education Department at 682-8000.

**Please call to confirm your attendance or to discuss another date/time for this meeting.**
Contact: Ken Ferro    Phone: (925) 682-8000, Ext. 4070

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 08/31/2005 16:58
                                    NAME   :
                                    FAX    : 6740667
                                    TEL    : 6828000
                                    SER.#  : BROK1J691285
```

```
DATE,TIME              08/31  16:58
FAX NO./NAME           8255769
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE