

**DIABLO UNIFIED SCHOOL DISTRICT**
**JAMES W. DENT EDUCATION CENTER**
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

SPECIAL EDUCATION
DEPARTMENT

September 1, 2005

Mr. Michael Petersen
P.O. 273363
Concord, CA 94527

Re:   Ryan Petersen

Dear Mr. Petersen;

Enclosed please find the Release of Information for Ryan's ear, nose, and throat physician. The District needs to have a clear understanding of Ryan's hearing loss in order to serve him.

Sincerely,

Ken Ferro
Administrator
Alternative Dispute Resolution


cc:  Barbara Scott
     Jennifer Postel



MT. DIABLO UNIFIED SCHOOL DISTRICT

FORM 7470

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1962

## RELEASE OF STUDENT INFORMATION AUTHORIZATION
## TO OR FROM
## MT. DIABLO UNIFIED SCHOOL DISTRICT

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: _Ryan Petersen_
Students' Name

_____
Date of Birth

_____
Current or Prior Address

_____
School of Attendance

I, _____, the parent or legal guardian of the above mentioned student, request of _____ (school, program or individual) and hereby authorize the release of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

**SECTION A** [Check one or more item(s)]

1. ✓ Exchange both oral information and written records with the Mt. Diablo Unified School District staff regarding services provided and student's progress.

2. ___ Exchange oral information only.

3. ___ Exchange written information only.

Provide copies of records to:
_Ken Ferro, ADR Administrator_
School Agency or Individual
_1936 Carlotta Drive_
Street Address
_Concord, CA 94519_
City / State / Zip Code

**SECTION B   RECORDS TO BE RELEASED**   [Cross out any item(s) not to be released or inspected.]

1. Basic state-mandated cumulative record
2. Health records
3. Grades and/or credits
4. Standardized test results
5. Attendance records
6. Vocational interest inventory and aptitude test results
7. Activities records
8. Awards and scholarships
9. Competency testing results
10. Referral for Special Education Assessment
11. Special Education Assessment reports including:
    a. Academic
    b. Psychological
    c. Health
    d. Vocational
    e. Speech/Language
    f. Psycho-motor
    g. Medical/Audiological
12. Individual Education Program (IEP)
✓ Others (specify and initial) _Ear, Nose + Throat physician_

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

_____
Date

_____
Signature of Parent or Legal Guardian

_____
Relationship to Student

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

White – Office/Agency    Canary – MIS    Pink – Parent

Soc06022 5/02