Page 1 of 1

# RANDI PETERSEN
## 29702 Road 162, Visalia, CA 93292
### hm ph/fax (559) 733-3463

September 1, 2005

Ken Ferro, ADR      via facsimile (925) 674-0667      TIME: 7:35 Pm
MDUSD

RE:    Ryan's 9/6/05 IEP meeting
       Mikey's school

Dear Ken:

I'm advocating and write on behalf of my and Ryan's Federally protected civil rights in conjunction with USC 20, 28, 29 & 42.

I'm writing in response to your 9/1/05 letter. I began working recently, therefore I will be unable to attend Ryan's IEP meeting next week. Therefore, please send me a copy of all Ryan's pre and post IEP documents. Due to work, its likely I will be unable to attend future IEP meetings, therefore, please send me monthly reports of Ryan's academic functioning so I will able to monitor his progress.

Also, can you please inform me which school Mikey will be attending.

Thank you for your time in addressing these issues. If you have any questions or concerns, please call me.

Sincerely,

Randi Petersen