Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769 (H)
(925) 595-0459 (C)

September 7, 2005

Ken Ferro MDUSD Special Education ADR via fax 674-0667
Gary McHenry, Superintendent MDUSD via fax 674-0514
1936 Carlotta Dr.
Concord Ca. 94519
and U.S. Mail

Re: Students, Michael Petersen , Ryan Petersen

Mr. Ferro & Mr. McHenry,

This letter is to inform you that I am temporally exercising my rights to home school Michael and Ryan. According to my contacts at CDE, and their web site, the online Private School Affidavit form for 2005/2006 shall not be available until later this month and, as you know, is not available for process to the public until 10/1/05 thru 10/15/05. Therefore this letter shall serve to notify you of my decision to home school and my prior Private School Affidavit shall remain in effect in the interim.

Please notify me of the mandatory resolution session at your earliest convenience prior to the commencement of the pending due process hearing.

Sincerely,

*Michael S. Petersen*

Michael S. Petersen

C.C.    S.E.H.O.    (916)  739-7066
                    (916)  322-8014