

MT. DIABLO UNIFIED SCHOOL DISTRICT
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

September 9, 2005

Dear Mr. Petersen,

I am writing to forward you the IEP documents from the IEP meeting we convened for Ryan on Tuesday, September 6, 2005 in addition to other documents necessary to complete a program offer for Ryan for the 2005-2006 school year. In light of your earlier agreement to attend the meeting, we were hoping you would participate in this meeting to report on Ryan's present levels and assist the team in developing a program and placement for the 2005-2006 school year.

The team convened and discussed Ryan's current program, his present levels, and his needs. However, the team did not have sufficient information to make a comprehensive program offer. Accordingly, we have developed an interim program aligned with Ryan's current program pending receipt of current information. The District will need to conduct assessments to determine Ryan's present levels, we will need releases to receive information from Ryan's doctors and educational providers, and we will need to reconvene to fully develop a program and placement for Ryan. In addition to the release submitted to you on September 1, 2005, we are seeking additional information from Ryan's providers now that the prior releases have expired.

Enclosed please find the following documents to facilitate the accumulation of information necessary to finalize Ryan's placement offer in the least restrictive environment for the 2005-2006 school year:

- Documentation from the September 6, 2005 IEP meeting;
- Release forms to be executed and returned to the District by September 16, 2005 in order to facilitate an exchange of information with the parties possessing the most current information regarding Ryan's present levels prior to the continuation of the IEP meeting; and
- An assessment plan which needs to be signed and returned to the District by Friday, September 16, 2005 in order to have assessments conducted and reports drafted in sufficient time for the IEP continuation meeting.

The District is in the process of finalizing the date and time of the continuation IEP. The notice will be forwarded to you Monday, September 12, 2005.



**MT. DIABLO UNIFIED SCHOOL DISTRICT**
**SPECIAL EDUCATION**

**FORM 4000**

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TDD 685-1982

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

IEP DATE: 9/6/05  Initial ___  Annual ___  3-YR ___  Admin. Placement ___  Other ✓   Page 1 of 4

**STUDENT DATA**
Name: Ryan Peterson
School of Attendance: UNILATERALLY PLACED Private School Student  Grade: 6TH
Birthdate: 6/27/94   Attends Private School: No
ID Number: 213.6773
Primary Language: English
SSN#: 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

**HOME DATA**
Parent/Guardian: Michael Peterson
✱ Address: 5018 Jeri Pl.
Concord CA. 94521
District of Residence: MDUSD
School of Residence: ✱ Mailing Address
P.O. Box 273363, Concord, CA 94527
Phone (Home): cell 595-0459
Phone (Work):
Primary Language: English
Licensed/Foster Children's Home: Y (N)

**ELIGIBILITY**
Disability Code: 24/23   Category: Language Impaired / Hard of Hearing

**SERVICES DATA**
Last Annual IEP: in Private School   3-Year Reevaluation Due: 10/30/06

| Current | Proposed | Dates of Service | Hours/Week | Location |
|---|---|---|---|---|
| | DIS 01 Speech | 9/6/05 to 10/7/05 | 6 hrs per month | Private/NPA |
| | DIS 06 OT | 9/6/05 to 10/7/05 | 5 hrs per month | Providers |
| ✱ | DIS 14 | 9/6/05 to 10/7/05 | 5 hrs per month | District Site ✓ |
| | Sign Language | 9/6/05 to 10/7/05 | 10 hrs per month | Staff → NPA/private |
| | Reading Instruction | 9/6/05 to 10/7/05 | | → NPA/LMB provider 4 hrs per month |

Additional Comments:
✱ By teacher of the Hearing Impaired
Accommodations: _____
Modifications: _____
Supplemental aid/support to personnel: _____

Percent of Time in General Education Setting: 0 %
Percent of Time in Special Education Setting: 100 %
Reg. P.E. ___  Mod. P.E. ✓  A.P.E. ___
Participates in Workability  Yes ___  No ✓
District Standards Curriculum ✓
Alternative Curriculum ___

Transportation: Yes ✓  No ___ AS PART OF DISTRICTS SCHOOL OFFER OF PLACEMENT
Only if Transportation is new submit Form
Check Transportation Code: A ___ B ___ C ✓ D ✓
Eligible for Extended Year. (Refer to handbook for regression/recoupment guidelines.)  Yes ✓  No ___
If yes, complete Form 7340 Articulation Form.

**STATEWIDE TESTING AND REPORTING**
STAR TEST CHOOSE ONE:  CAT6/CST ✓ OR  CAPA ___   Indicate Test Level Below:
Accommodations Needed  Yes ✓  No ___
If Yes, Indicate  A ✓  B ✓  C ___  D ✓  E ✓
Specify Flexible Scheduling Setting Revised test instructions, using aids

LEVEL 1: (Gr. 2-11) ___
LEVEL 2: (Gr. 2-3) ___   LEVEL 3: (Gr. 4-5) ___
LEVEL 4: (Gr. 6-8) ___   LEVEL 5: (Gr. 9-11) ___

High School Exit Exam (CAHSEE)
Math: Pass ___ Fail ___   English: Pass ___ Fail ___
Accommodations Needed  Yes ___ No ___
If Yes, Indicate  A ___ B ___ C ___ D ___ E ___

CELDT ___ for English Language Learners
Accommodations Needed  Yes ___ No ___
If Yes, Indicate  A ___ B ___ C ___ D ___ E ___

Vision Screening Date: 2-03  Pass ✓  Fail ___
Hearing Screening Date: 10-2  Pass ___ Fail ✓
wears hearing aids

SPS 03-047 10/03   WHITE - CUM   CANARY - MIS   PINK - PARENT   GOLDEN - TEACHER



MT. DIABLO UNIFIED SCHOOL DISTRICT
SPECIAL EDUCATION

**FORM 4000-2**

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TDD 685-1982

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

IEP DATE: 9/6/05   Student Name: Ryan Peterson   Student # 2136773   Page 2 of 4

## SPECIAL NEEDS

*laptop assistive device*

The Team has considered: (as appropriate)

ASSISTIVE DEVICES/SERVICES
___ No need
✓ Reviewed current devices/services
___ Recommended devices/services
___ Initiated Consultation Request (Form 2030)

✓ Special strengths of student
✓ Parents' concern for enhancing student's learning
✓ Recent assessments (including statewide test results)
na Behavioral needs
na Braille or other special needs (for Blind or VI)
✓ Communication Needs (for Deaf or HH)
na Language Needs (for LEP)

## RATIONALE FOR PLACEMENT

✓ Needs cannot be met in less restrictive environment.

✓ Student will benefit from the instructional environment at the school of assignment.

✓ This placement was based on consideration of the following information: evaluations, tests, records and reports. (Attach applicable documentation.)

The following placement options were considered and rationale documented on conference notes.
___ General Education
✓ General Ed. with Related/Support Services
✓ Special Education Setting
___ SDC Center
✓ Non-Public School
___ Residential School
✓ Home/Hospital
___ Home

The disability affects involvement/progress in general education activities by restricting:

✓ Understanding of Academic Information
na Social/Interactive Skills
✓ Communication
✓ Physical Movement/Participation
na Independent Functioning/Participation
na Ability to Follow the Discipline Rules

**EXPLANATION OF EXTENT TO WHICH STUDENT CANNOT PARTICIPATE IN THE GENERAL CURRICULUM AND REASONS:**
Ryan's hearing loss and language processing require instruction by teacher of the hearing impaired, speech language therapist.

## PROGRESS DATA

Parents will be informed of progress at each general education reporting period, by:
Report Card ✓   Progress Report ✓   Conference ___   Phone ___   FAX ___   E-mail ___
Other ___

## OTHER

Conference Notes Attached ✓ yes ___ no   Behavior Support Plan Attached ___ yes ✓ no

___ I have received a copy of assessment reports.
___ I have received a copy of Procedural Safeguards.
___ I have received the Notice of IEP Meeting.

___ I agree with the IEP.
___ I disagree with the IEP and request another meeting.

Signatures indicate persons in attendance at this meeting.

Parent/Guardian _____ /__/__   _____ /__/__
Sp. Ed. Staff  Barbara Scott  /__/__   Student _____ /__/__
Gen. Ed. Teacher  Marianne Buckley  9/6/05   _____ /__/__
District Rep _____ 9/6/05   _____ /__/__
_____ /__/__   _____ /__/__

# MT. DIABLO UNIFIED SCHOOL DISTRICT
## SPECIAL EDUCATION

**FORM 4080**

1836 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TDD 685-1962

## CONFERENCE REPORT

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

| MEETING TOPIC | DATE |
|---|---|
| IEP Ryan Peterson - student 6th grade | 9-6-05 |

**MEETING SUMMARY:** IEP was scheduled before start of school to determine services and placement. New Vistas School Principal called to provide information concerning Ryan's academic levels. Ryan attended New Vistas for 2004-2005 school year. Ryan's English class (teacher student) - Ryan was functioning at between a 3rd and 4th grade level, with difficulty in comprehension. Math (teacher/student) - Ryan cannot do division, only basic addition and subtraction. Ryan completed tasks with help, he was able to memorize written information. New Vista's personnel/Principal were invited to IEP and were unable to attend. However, communicated information by phone. Both parents were invited for IEP, mother was unable to attend due to work schedule. Dad was unable to attend due to a previous commitment. IEP team discussed the need for current assessment concerning medical conditions by Ear, Nose, Throat doctor, current hearing levels, current academic levels. Reading, Math, and written language. In order to write goals, the team would need to determine present level of performance in academic areas. In addition, assistive devices would need to be reviewed. Ryan attended [handwritten school] for Extended School Year. District will receive report of Ryan's Extended year progress, testing (past) was completed on 9-6-05.
New Vista Principal indicated that the School would not

| MEETING PARTICIPANTS | | |
|---|---|---|
| Ken Ferro | Administrator | |
| Marianne Bardsley | Gen. Ed. teacher | |
| Barbara Scott | Spec Ed / teacher (teacher hearing-impaired) | |

6/03 SPE 01 074



**MT. DIABLO UNIFIED SCHOOL DISTRICT**
**SPECIAL EDUCATION**

**FORM 4080**

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1952

## CONFERENCE REPORT

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

| MEETING TOPIC | IEP Ryan Peterson | DATE | 9-6-05 |
|---|---|---|---|

**MEETING SUMMARY** ~~accept back for the 2005-2006 school year.~~ Parents were unable to attend IEP, both were notified. A ~~letter will be sent to parents, detailing program of services~~ ~~IEP proposed services~~ ~~to begin 9-1-06.~~

~~Linderwood bill 40 hours per month~~

DIS services Speech/Language ~~10 hrs a month~~
~~Occupational Therapy: 2 hrs a month~~
Teacher of the Hearing ~~10 hrs a month~~
Impaired
(Reading/Sign Language

District is willing to continue services, if providers agree to continue. The providers are familiar with Ryan and his present level of functioning and this would be in Ryan's best interest until assessments could be completed. Due to Ryan's Large Vestibular Aqueduct Syndrome ~~we are requesting~~ hearing ~~assessment~~ to determine if Ryan has lost any additional hearing. ~~Additional Assessment~~ in Reading, Math, and Writing in order to know present level of performance and write goals and objectives. In ~~addition we are requesting~~ release ~~of information / medical and Educational~~ An IEP will be scheduled to review assessments, determine placement, goals and objectives.

**MEETING PARTICIPANTS**

| Marianne Bardsley | Spec Ed / Gen Ed | |
| Ken Ferro | Administrator | |
| Barbara Scott | Spec. Ed. Teacher | |

7/01 SPE 01 074

Page 4 of 4



MT. DIABLO UNIFIED SCHOOL DISTRICT
SPECIAL EDUCATION

# CONSENT FOR ASSESSMENT PLAN
## PARENT NOTICE

1936 Carlotta Drive, Concord, CA 94519
Phone (925)682-8000 or TDD 685-2962

FAX (925)687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925)687-2129

Developed by an ASSESSMENT TEAM

Date 9/16/05

Date signed consent received _____
By _____
          Name
Date IEP is due ___/___/___

Student Name **Ryan Peterson**    Student No. **2136773**
School **UNILATERALLY Placed Private Student 6TH**    Birthdate **6/27/94**
Parent/Guardian Name **Michael Peterson**    Phone cell **595-0459**
Address **5018 Jeri Place, Concord, CA 94521**

The student's records, parent information and teacher/observational documentation have been reviewed. This assessment is necessary and desirable because other options were considered and rejected:
☐ To determine eligibility for Special Education  ☐ Reevaluation  ☒ Other _____

## ASSESSMENT PLAN

The purpose of this assessment is to determine the individual's educational needs. Assessments in the areas checked below will be conducted by appropriately qualified staff. When appropriate an interpreter, or prerecorded tests in the student's primary language, will be used. The assessment may include: student observation; interviews with the student, parents, and school personnel; a review of reports you authorize or that currently exist in school records; as well as formal tests.

☒ **ACADEMIC/PREACADEMIC ACHIEVEMENT** — **Purpose:** These tests measure current reading, spelling, and arithmetic or prereadiness skills such as matching or sorting. Tests may include but are not limited to: Wide Range Achievement Test, Woodcock-Johnson Psychoeducational Battery-R, Wechsler Individual Achievement Test.

☐ **INTELLECTUAL/COGNITIVE DEVELOPMENT** — **Purpose:** These tests measure how well an individual remembers what he/she has seen and heard around him/her, how well he/she can use that information, and how he/she solves problems. They also reflect learning rate and assist in predicting how well he/she will do in school. Verbal and performance instruments are used as are appropriate. Tests may include but are not limited to: Stanford-Binet Intelligence Scale IV, Wechsler Tests of Intelligence, Developmental Activities Screening Inventory II, Differential Abilities Test, Kaufman Assessment Battery for Children, Wide Range Assessment of Memory and Learning, Test of Non-Verbal Intelligence.

☐ **PERSONALITY/EMOTIONAL ASSESSMENT** — **Purpose:** These instruments assist in obtaining information regarding the individual's emotional adjustment. Tests may include but are not limited to: Children's Apperception Test, Thematic Apperception Test, House-Tree-Person, Draw-A-Person, Sentence Completion Tests, Rorschach Tests, Kinetic Family Drawing, Piers-Harris Children's Self Concept Scale, Roberts Apperception Test.

☐ **DEVELOPMENTAL/ADAPTIVE SCALES** — **Purpose:** These scales of development help to tell what an individual can do for himself/herself and how he/she gets along with other people. They may include but are not limited to: AAMD Adaptive Behavior Scale, Vineland Adaptive Behavior Scales, Preschool Attainment Record, Denver Developmental Screening Test, Alpern-Boll Developmental Profile II, Adaptive Behavior Evaluation Scale.

☐ **BEHAVIOR ASSESSMENT** — **Purpose:** These instruments measure the frequency, intensity, duration and settings of behaviors, including learning and social skills and include but are not limited to: Behavior Checklists (Burks, Connors, BASC, Achenbach), Attention Deficit Disorders Evaluation Scale, Observations, Student, Parent and Staff Interviews, anecdotal records, student records review.

☐ **PERCEPTION AND FINE MOTOR COORDINATION** — **Purpose:** These instruments measure how well an individual processes and integrates auditory, visual and tactile information and tests of fine motor coordination. These tests may include but are not limited to: Bender Visual-Motor Gestalt Test, Quick Neurological Screening Test, Visual Perception Test, Huelsman Auditory Discrimination Test, Jordan Left-Right Reversal Test, Motor Accuracy Test, Post Rotary Nystagmus Test, Hawaii Early Learning Profile, Developmental Programming Profile, Beery Visual Integration Tests, Trails Test A and B, Test of Auditory Perception Skills.

**ASSESSMENT PLAN**  FORM 2130-2

**COMMUNICATION DEVELOPMENT — Purpose:** These tests measure the individual's ability to understand, recall, discriminate and use language and speech. Tests may include but are not limited to: Clinical Evaluation of Language Fundamentals, Peabody Picture Vocabulary Test, Goldman-Fristoe Test of Articulation, Preschool Language Scale, Expressive One-Word Picture Vocabulary Test, Receptive One-Word Picture Vocabulary Test, Structured Photographic Expressive Language Tests, Test of Language Development, Expressive Vocabulary Test, Stuttering Severity Instrument, Language Samples, Test of Problem Solving, The Word Test, Language Processing Test, Test of Word Finding.

**MOTOR DEVELOPMENT/FITNESS — Purpose:** These tests measure the individual's growth and development and physical fitness levels. These tests include, but are not limited to: Mt. Diablo Growth and Development Chart, Adapted Physical Education Assessment Scale (APEAS), A.A.H.P.E.R. Special Test, Brigance Inventory of Early Development, Basic Motor Abilities Test, and/or Project Unique.

**HEALTH ASSESSMENT — Purpose:** This area includes evaluating hearing and vision acuity, recording and development history and collecting information about the individual's unique health and medical needs.

☒ **OTHER ASSESSMENTS (Complete with description and tests which may be used)**
_Audiological Testing_

**STUDENT LANGUAGE PROFICIENCY STATUS**

The Home Language Survey and/or ESL/Bilingual Student Information Sheet (located in student cum file) indicates that this student is:  ☐ Limited English Proficient (LEP)  ☒ Fluent English Proficient (FEP)

**STAFF**

The professional staff checked below will be involved in this assessment:
- ☒ Special Education Teacher
- ☐ School Psychologist
- ☐ Language and Speech Specialist
- ☐ Adapted Physical Education Specialist
- ☐ Nurse
- ☒ Other _Audiologist_

**PARENT CONSENT**

No educational placement will result from this assessment without the consent of the parent.
I give consent for this assessment plan  ☐ Yes  ☐ No
I have been given a copy of my procedural safeguards.  ☐ Yes  ☐ No
(For assistance in understanding parent rights, contact the Special Education Department at 682-8000.)
(Community Advisory Committee (CAC) and Parent Resource Network (925) 687-2129)

_____     _____
Signature of Parent/Guardian                     Date

White – CUM    Canary – MIS    Pink – Parent    Golden – Teacher

Page 2 of 2



# Special Education Rights of Parents and Children
### Under the Individuals with Disabilities Education Act, Part B

## NOTICE OF PROCEDURAL SAFEGUARDS - Revised February 2004

Note: The term school district is used throughout this document to describe any public education agency responsible for providing your child's special education program. The term assessment is used to mean evaluation.

### What are procedural safeguards?

This information provides you as parents, legal guardians, and surrogate parents of children with disabilities from 3 years of age through age 21 with an overview of your educational rights, sometimes called procedural safeguards.

This information is your Notice of Procedural Safeguards as required under the Individuals with Disabilities Education Act (IDEA). This notice is also provided for students who are entitled to these rights at age 18. (20 USC 1415; EC 56321)

### What is the IDEA?

The IDEA is a federal law that requires school districts to provide a free appropriate public education to eligible children with disabilities. A "free appropriate public education" means special education and related services are to be provided as described in an individualized education program (IEP) and under public supervision to your child at no cost to you.

### Can I participate in decisions about my child's education?

You have the right to refer your child for special education services. You must be given opportunities to participate in any decision-making meeting regarding your child's special education program.

You have the right to participate in IEP meetings about the identification (eligibility), assessment, educational placement of your child and other matters relating to your child's free appropriate public education. (20 USC 1414[b][c][d] and [f]; EC 56341[b], 56343[c])

You also have the right to participate in the development of the IEP and to be informed of the availability of free appropriate public education, including all program options, and of all available alternative programs, both public and nonpublic. (EC 56321, 56301, and 56506)

### Where can I get more help?

When you have a concern about your child's education, it is important that you call or contact your child's teacher or administrators to talk about your child and any problems you see. Staff in your school district or special education local plan area (SELPA) can answer questions about your child's education, your rights, and procedural safeguards.

When you have a concern, this informal conversation often solves the problem and helps to maintain open communication. Additional resources are listed at the end of this document to help you understand the procedural safeguards.

## NOTICE, CONSENT, ASSESSMENT, AND ACCESS

### Prior Written Notice

#### When is notice needed?

The school district must inform you about proposed evaluations of your child in a written notice that is understandable and in your native language or other mode of communication, unless it is clearly not feasible to do so.

This notice must be given when the school district proposes or refuses to initiate a change in the identification, assessment, or educational placement of your child with special needs or the provision of a free appropriate public education. (20 USC 1415[b]; EC 56329, 56506[a])

#### When will I be notified?

The Notice of Procedural Safeguards must be given to you:
- When you ask for a copy;
- The first time your child is referred for a special education assessment;
- Each time you receive a written notice of an IEP meeting for your child (including IEP meetings held regarding disciplinary actions);
- Each time your child is reassessed;
- Each time you request mediation; and
- Each time you request a due process hearing.

(20 USC 1415[d]; EC 56301, 56321, 56500.3[k], 56506[a])

#### What will the notice tell me?
The Prior Written Notice must include the following:
1. A description of the actions proposed or refused by the school district;
2. An explanation of why the action was proposed or refused;
3. A description of any other options considered and the reasons those options were rejected;
4. A description of each assessment procedures, test, record or report used as a basis for the action proposed or refused;
5. A description of any other factors relevant to the action proposed or refused; and
6. A statement that parents of a child with a disability are protected by the procedural safeguards.

If the notice is not in regard to an initial referral for assessment, the notice must provide a statement that you have protection under procedural safeguards; information on how you can obtain a copy of described procedural safeguards; and sources of additional assistance in understanding the procedural safeguards. (20 USC 1415[c])

## Parent Consent

### When is my approval required?

You must give informed, written consent before your child's first special education assessment can proceed and before the school district can provide your child's special education program.

In the case of reevaluations, the school district must document reasonable attempts to obtain your consent. If you as the parent do not respond to these attempts, the school district may proceed with the reevaluation without your consent. (EC 56321[c], 56346, 56506[e]; 20 USC 1414[a][c])

1

California Department of Education/Special Education Division

Notice of Procedural Safeguards

## Surrogate Parent Appointment

*What if the parent cannot be identified or located?*
School districts must ensure that an individual is assigned to act as a surrogate parent for the parents of a child with a disability when a parent cannot be identified and the school district cannot discover the whereabouts of a parent.

A surrogate parent may also be appointed if the child is an adjudicated dependent or ward of the court under the state Welfare and Institution Code and the child is referred to special education or already has an IEP. (20 USC 1415[b]; EC 56050)

## Nondiscriminatory Assessment

*How is my child assessed for special education services?*
You have the right to have your child assessed in all areas of suspected disability. Materials and procedures used for assessment and placement must not be racially, culturally, or sexually discriminatory.

Assessment materials must be provided and the test administered in your child's native language or mode of communication, unless it is clearly not feasible to do so.

No single procedure can be the sole criterion for determining eligibility and developing an appropriate educational program for your child. (20 USC 1414[a][b]; EC 56001[j] and 56320)

## Independent Educational Assessments

*Can my child be tested independently at the districts expense?*
If you disagree with the results of the assessment conducted by the school district, you have the right to ask for and obtain an independent educational assessment for your child from a person qualified to conduct the assessment at public expense.

The school district must respond to your request for an independent educational assessment and provide you information upon request about where to obtain an independent educational assessment.

If the school district disagrees that an independent assessment is necessary, the school district must request a due process hearing to prove that its assessment was appropriate. If the district prevails, you still have the right to an independent assessment but not at public expense. The IEP team must consider independent assessments. (20 USC 1415; EC56506[c] and 56329[b]; 34 CFR 300.502)

District assessment procedures allow in-class observation of students. If the school district observes your child in his or her classroom during an assessment, or if the school district would have been allowed to observe your child, an individual conducting an independent educational assessment must also be allowed to observe your child in the classroom.

If the school district proposes a new school setting for your child and an independent educational assessment is being conducted, the independent assessor must be allowed to first observe the proposed new setting. (EC 56329[b] and [c])

## Access to Educational Records

*Can I examine my child's educational records?*
You have a right to inspect and review all of your child's education records without unnecessary delay including prior to a meeting about your child's IEP or before a due process hearing. The school district must provide you access to records and copies if requested, within five days after the request has been made orally or in writing. (20 USC 1415[b]; EC 56501, 56504, and 49069)

## HOW DISPUTES ARE RESOLVED

## Due Process Hearing

*When is a due process hearing available?*
Your have the right to request an impartial due process hearing regarding the identification, assessment, and educational placement of your child or the provision of a free appropriate public education. The request for a due process hearing must be filed within three years from the date you knew or had reason to know of the facts that were the basis for the hearing request. (20 USC 1415[a][b]; EC 56501, 56505[j], and 56043[p])

## Mediation and Alternative Dispute Resolution

*Can I request mediation or an alternate way to resolve the dispute?*
You may ask the school district to resolve disputes through mediation or alternative dispute resolution (ADR), which is less adversarial than a due process hearing. ADR and mediation are voluntary methods of resolving a dispute and may not be used to delay your right to a due process hearing.

The parents and the school district must agree to try mediation before mediation is attempted. A mediator is a person who is trained in strategies that help people come to agreement over difficult issues. (20 USC 1415[e]; EC 56500.3)

## Due Process Rights

*What are my due process rights?*
You have a right to:
1. Have a fair and impartial administrative hearing at the state level before a person who is knowledgeable of the laws governing special education and administrative hearings (EC 56501[b]);
2. Be accompanied and advised by an attorney and/or individuals who have knowledge about children with disabilities (EC 56505[e]; 20 USC 1415[h]);
3. Present evidence, written arguments, and oral arguments (EC 56505[e]);
4. Confront, cross-examine, and require witnesses to be present (EC 56505[e]);
5. Receive a written or, at the option of the parent, an electronic verbatim record of the hearing, including findings of fact and decisions (EC56505[e]; 20 USC 1415 [h]);
6. Have your child present at the hearing (EC 56501[c]);
7. Have the hearing be open or closed to the public (EC 56501[c]);
8. Be informed by the other parties of the issues and their proposed resolution of the issues at least ten calendar days prior to the hearing (EC 56505[e] and 56043[s]; 20 USC 1415[b]);
9. Receive a copy of all documents, including assessments completed by that date and recommendations, and a list of witnesses and their general area of testimony within five business days before a hearing (EC 56505[e] and 56403[t]);
10. Have an interpreter provided (CCR 3082[d]);
11. Request an extension of the hearing timeline (EC 56505[f]);
12. Have a mediation conference at any point during the due process hearing (EC 56501[b]); and
13. Receive notice from the other party at least ten days prior to the hearing that it intends to be represented by an attorney (EC 56507[a]).

**Filing a Written Due Process Complaint**

*How do I request a due process hearing?*
You need to file a written request for a due process hearing. You or your representative need to submit the following information in your request:
1. Name of the child;
2. Address of the residence of the child;
3. Name of the school the child is attending;
4. A description of the nature of the problem, including facts relating to the problem(s) and a proposed resolution of the problem(s).

State law requires that either party filing for a due process hearing must provide a copy of the written request to the other party. (20 USC 1415[h]; EC 56502[a])

After a written request is filed, a due process hearing is immediately scheduled, including any mediation conference, and must be completed with 45 days of the request, with a written, final decision provided. (EC 56505[f])

*Does my child's placement change during the proceedings?*
The child involved in any administrative or judicial proceeding must remain in the current educational placement unless you and the school district agree on another arrangement. If you are applying for initial admission to a public school, your child will be placed in a public school program with your consent until all proceedings are completed. (20 USC 1415[j]; EC 56505[d] and [i])

*Can the decision be appealed?*
The hearing decision is final and binding on both parties. Either party can appeal the hearing decision by filing a civil action in state or federal court within 90 days of the final decision. (20 USC 1415[i]; EC 56505[g] and [i]; EC 56043[u])

*Who pays for my attorneys' fees?*
In any action or proceeding regarding the due process hearing, the court, in its discretion, may award reasonable attorneys' fees as part of the costs to you as parent of a child with a disability if you are the prevailing party in the hearing. Reasonable attorneys' fees may also be made following the conclusion of the administrative hearing with the agreement of the parties. (20 USC 1415[i]; EC 56507[b])
Fees may be reduced if any of the following conditions prevail:
1. The court finds that you unreasonably delayed the final resolution of the controversy;
2. The hourly attorneys' fees exceed the prevailing rate in the community for similar services by attorneys of reasonably comparable skill, reputation, and experience;
3. The time spent and legal services provided were excessive; or
4. Your attorney did not provide to the school district the appropriate information in the due process complaint.

Attorneys' fees will not be reduced, however, if the court finds that the state or the school district unreasonably delayed the final resolution of the action or proceeding or there was a violation of this section of law. (20 USC 1415[i])

Attorneys' fees may not be awarded relating to any meeting of the IEP team unless an IEP meeting is convened as a result of a due process hearing proceeding or judicial action. Attorney fees may also be denied if you reject a reasonable settlement offer made by the district/public agency ten days before the hearing begins and the hearing decision is not more favorable than the settlement offer. (20 USC 1415[d])

## SCHOOL DISCIPLINE AND PLACEMENT PROCEDURES FOR STUDENTS WITH DISABILITIES

### School Discipline

*Can my child be suspended or expelled?*
Children with disabilities may be suspended or placed in other alternative interim settings or other settings to the same extent these options would be used for children without disabilities.

If a child exceeds ten days in such a placement, an IEP meeting must be held to determine whether the child's misconduct is caused by the disability. This IEP meeting must take place immediately, if possible, or within ten days of the school district's decision to take this type of disciplinary action. (20 USC 1415[k])

As a parent, you will be invited to participate as a member of this IEP team. The school district may be required to develop an assessment plan to address the misconduct or, if your child has a behavior intervention plan, review and modify the plan, as necessary.

If the IEP team concludes that the misconduct was not a manifestation of your child's disability, the school district may take disciplinary action, such as expulsion, in the same manner as it would for a child without disabilities.

If you disagree with the IEP team's decision, you may request an expedited due process hearing from the California Department of Education's Special Education Hearing Office. (20 USC 1415[k])

### Alternative Interim Educational Settings

*Can my child be placed in an alternative interim educational setting for disciplinary purposes?*
Federal law allows the use of alternative educational placements under certain disciplinary circumstances. However, state law regarding the "stay put" provision described above overrides federal law regarding the use of alternative educational placements. Consequently, school personnel in California do not have the right to make 45-day placements for disciplinary purposes unless the parent agrees or there is a court order to do so. (20 USC 1415[j][k][l])

Regardless of the setting, the school district must continue to provide a free appropriate public education for your child. Alternative educational settings, when permissible, must allow the child to continue to participate in the general curriculum and ensure continuation of services and modifications detailed in the IEP. (20 USC 1415[k])

### Children Attending Private School

*When is reimbursement required for private school tuition?*
Children who are enrolled by their parents in private schools may participate in publicly funded special education programs. While school districts have the clear responsibility to offer a free appropriate public education to students with disabilities, recent changes to federal law have significantly limited the school district's responsibility to provide services to students whose parents have chosen for them to attend private schools. Federal law limits the amount that school districts must spend of the federal entitlement to a proportionate share of federal IDEA funds.

Parents are entitled to reimbursement for costs associated with the private school placement only if a court or hearing officer determines that the public agency had not made a free appropriate public education available to the child. (20 USC 1412[a]; EC56175; 34 CFR 300.453)

*When may reimbursement be reduced or denied?*
The court or hearing officer may reduce or deny reimbursement if you did not make your child available for an assessment upon

3

notice from the school district before removing your child from public school. You may also be denied reimbursement if you did not inform the school district that you were rejecting the special education placement proposed by the school district and gave notice of your concerns and intent to enroll your child in a private school at public expense. Your notice to the school district must be given either:
- At the most recent IEP meeting you attended before removing your child from the public school; or
- In writing to the school district at least ten business days (including holidays) before removing our child from the public school. (20 USC 1412[a]; EC 36174, 56176)

*When can reimbursement not be reduced or denied?*
A court or hearing officer may not reduce or deny reimbursement to you if you failed to notify the school district for any of the following reasons:
- Illiteracy and inability to write in English;
- Giving notice would likely result in physical or serious emotional harm to the child;
- The child prevented you from giving notice; or
- You had not received a copy of this Notice of Procedural Safeguards or otherwise been informed of this notice requirement.

(20 USC 1412[a]; EC 56177[a][b][c][d]

*Observation of Your child at a Nonpublic School*

If you unilaterally place your child in a nonpublic school and you propose the placement in the nonpublic school to be publicly financed, the school district must be given the opportunity to observe the proposed placement and your child in the proposed placement.

The school district may not observe or assess any other child at the nonpublic school without permission from the other child's parent or guardian. (EC 56329[d])

## ADDITIONAL INFORMATION

*Where do I file a complaint?*
To obtain more information about dispute resolution, including how to file a complaint, contact the California Department of Education, Special Education Division, Procedural Safeguards Referral Service (PSRS) at:
(800) 926-0648/Fax (916) 327-3704, or visit the Department's web site at http://www.cde.ca.gov/spbranch/sed.

Complaints alleging violations of IDEA may be mailed to:
California Department of Education
Special Education Division
Procedural Safeguards Referral Service
1430 N Street, Suite 2401
Sacramento, CA 95814
Attention: PRRS Intake

For complaints involving issues not covered by IDEA, consult your district's Uniform Complaint Procedures (UCP).

*Where do I file a request for mediation or due process hearing?*
To obtain more information or to file for mediation or a due process hearing, contact:
McGeorge School of Law
Special Education Hearing Office
3200 Fifth Avenue
Sacramento, CA 95817
Telephone: (916) 739-7053/Fax: (916) 739-706

## RESOURCES

### Parent Training and Information Centers

*Northern California*
• Parents Helping Parents of San Francisco
(415) 841-8820
• Support for Families of Children with Disabilities
(415) 282-7494
• Matrix, A Parent Network and Resource Center
(415) 884-3535
• Disability Rights Education Defense Fund (DREDF)
(510) 644-2555
• Parents Helping Parents
(408) 727-5775

*Central California*
• Exceptional Family Support Education and Advocacy Center
(530) 876-8321
• Exceptional Parents Unlimited
(559) 229-2000

*Southern California*
• Team of Advocates for Special Kids (TASK)
(714) 533-8275
• Team of Advocates for Special Kids (TASK), San Diego
(619) 874-2386

### Community-Based Projects
• Vietnamese Parents of Disabled Persons
(310) 370-6704
• Loving Your Disabled Child
(323) 299-2925
Parents of Watts:
(213) 566-7556

### Other Resources

• National Information Center for Youth and Children with Disabilities
(800) 695-0285
*Provides information on special education on its web site and through printed materials.*
• Protection and Advocacy, Inc
(800) 776-5746
*Funded federally to advocate for people with disabilities.*
• California Services for Technical Assistance and Training (CalSTAT)
(707) 849-2278
*Provides training on IDEA through workshops and Internet coursework.*
• Resources in Special Education (RiSE)
(707) 206-0533, ext. 102
RiSE library: (408) 727-5775, ext. 110



**MT. DIABLO UNIFIED SCHOOL DISTRICT**

**FORM 7470**

# RELEASE OF STUDENT INFORMATION AUTHORIZATION
## TO OR FROM
## MT. DIABLO UNIFIED SCHOOL DISTRICT

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1962

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: Students' Name: **Ryan Peterson**
Date of Birth: **6/27/94**
Mailing Address: **P.O. Box 273362, Concord, CA. 94527**
Current or Prior Address: **5018 Jeri Pl. Concord, CA 94521**
School of Attendance:

I, _____, the parent or legal guardian of the above mentioned student, request of **Ear, Nose & Throat Doctor** (school, program or individual) and hereby authorize the release of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

**SECTION A** [Check one or more item(s)]

1. ✓ **Provide** both oral information and written records **to** the Mt. Diablo Unified School District staff **during the 2005-06 school year, including ESY, 2006**
regarding services provided and student's progress.

2. ___ Exchange oral information only.

3. ___ Exchange written information only.

Provide copies of records to:
School Agency or Individual: **Ken Ferro, ADR Administrator**
**Mt. Diablo Unified School District**
Street Address: **1936 Carlotta Drive**
City: **Concord**   State: **CA**   Zip Code: **94519**

**SECTION B   RECORDS TO BE RELEASED**  [Cross out any item(s) not to be released or inspected.]

1. ~~Basic state-mandated cumulative record~~
2. Health records
3. ~~Grades and/or credits~~
4. ~~Standardized test results~~
5. Attendance records
6. ~~Vocational interest inventory and aptitude test results~~
7. ~~Activities records~~
8. ~~Awards and scholarships~~
9. ~~Competency testing results~~
10. Referral for Special Education Assessment
11. Special Education Assessment reports including:
    - a. ~~Academic~~
    - b. Psychological
    - c. Health
    - d. ~~Vocational~~
    - e. Speech/Language
    - f. Psycho-motor
    - g. Medical/Audiological
12. Individual Education Program (IEP)
13. Others (specify and initial) _____

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

Date _____   Signature of Parent or Legal Guardian _____   Relationship to Student _____

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

White – Office/Agency     Canary – MIS     Pink – Parent

Spe06022 5/02



MT. DIABLO UNIFIED SCHOOL DISTRICT    **FORM 7470**

## RELEASE OF STUDENT INFORMATION AUTHORIZATION
## TO OR FROM
## MT. DIABLO UNIFIED SCHOOL DISTRICT

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1952

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: Student's Name: _Ryan Peterson_   Date of Birth: _6/27/94_   Mailing Address:
Current or Prior Address: _5018 Jeri M. Concord, CA 94521_   School of Attendance: _P.O. Box 273362, Concord, CA 94527_

I, _____, the parent or legal guardian of the above mentioned student, request of _New Vistas_ (school, ~~program or individual~~) and hereby authorize the release of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

**SECTION A** [Check one or more item(s)]
1. ✓ _Provide_ both oral information and written records _to_ the Mt. Diablo Unified School District staff _during the 2005-06 school year_ regarding services provided and student's progress.
2. ___ Exchange oral information only.
3. ___ Exchange written information only.

Provide copies of records to:
_Ken Ferro, ADR Administrator_
School Agency or Individual: _Mt. Diablo Unified School District_
Street Address: _1936 Carlotta Drive_
City: _Concord_   State: _CA_   Zip Code: _94519_

**SECTION B  RECORDS TO BE RELEASED**  [Cross out any item(s) not to be released or inspected.]

1. Basic state-mandated cumulative record
2. Health records
3. Grades and/or credits
4. Standardized test results
5. Attendance records
6. ~~Vocational interest inventory and aptitude test results~~
7. Activities records
8. ~~Awards and scholarships~~
9. Competency testing results
10. ~~Referral for Special Education Assessment~~
11. Special Education Assessment reports including:
    a. Academic    b. Psychological
    c. Health      d. Vocational
    e. Speech/Language   f. Psycho-motor
    g. Medical/Audiological
12. Individual Education Program (IEP)
13. ~~Others (specify and initial)~~ _____

---

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

Date _____   Signature of Parent or Legal Guardian _____   Relationship to Student _____

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

Spc06022 5/02        White – Office/Agency        Canary – MJS        Pink – Parent



**MT. DIABLO UNIFIED SCHOOL DISTRICT**

**FORM 7470**

## RELEASE OF STUDENT INFORMATION AUTHORIZATION TO OR FROM MT. DIABLO UNIFIED SCHOOL DISTRICT

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1962
FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: Ryan Peterson
Students' Name

Date of Birth: 6/27/94

Mailing Address: P.O. Box 23362, Concord, CA 94527

Current or Prior Address: #5018 Jeri Pl. Concord, CA 94521

School of Attendance: _____

I, _____, the parent or legal guardian of the above mentioned student, request of Vicki Hugin (school program or individual) and hereby authorize the release of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

**SECTION A** [Check one or more item(s)]

1. ✓ Provide both oral information and written records to the Mt. Diablo Unified School District staff during the 2005-06 school year, including ESY + 2006 regarding services provided and student's progress.
2. ___ Exchange oral information only.
3. ___ Exchange written information only.

Provide copies of records to:
Ken Ferro, ADR Administrator
School Agency or Individual

Mt. Diablo Unified School District

Street Address: 1936 Carlotta Drive

City: Concord     State: CA     Zip Code: 94519

**SECTION B  RECORDS TO BE RELEASED**  [Cross out any item(s) not to be released or inspected.]

1. ~~Basic state mandated cumulative record~~
2. Health records
3. ~~Grades and/or credits~~
4. ~~Standardized test results~~
5. Attendance records
6. ~~Vocational interest inventory and aptitude test results~~
7. ~~Activities records~~
8. ~~Awards and scholarships~~
9. ~~Competency testing results~~
10. Referral for Special Education Assessment
11. Special Education Assessment reports including:
    a. ~~Academic~~
    b. Psychological
    c. Health
    d. ~~Vocational~~
    e. Speech/Language
    f. Psycho-motor
    g. Medical/Audiological
12. Individual Education Program (IEP)
13. Others (specify and initial) Sign language instruction

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

Date _____     Signature of Parent or Legal Guardian _____     Relationship to Student _____

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

White — Office/Agency     Canary — MJS     Pink — Parent

Spe06022  5/02



MT. DIABLO UNIFIED SCHOOL DISTRICT                                    FORM 7470

## RELEASE OF STUDENT INFORMATION AUTHORIZATION
## TO OR FROM
## MT. DIABLO UNIFIED SCHOOL DISTRICT

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1962

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: __Ryan Peterson__   Date of Birth __6/27/94__   Mailing Address
Student's Name

__5018 Jem M. Concord, CA 94521__   __P.O. Box 27 3362, Concord CA. 94527__
Current or Prior Address                School of Attendance

I, _____, the parent or legal guardian of the above mentioned student, request of

__Judith Jewett__ (school, program or individual) and hereby authorize the release of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

SECTION A  [Check one or more item(s)]

1. ✓  ~~Exchange~~ **Provide** both oral information and written records **to** the Mt. Diablo Unified School District staff __during the 2005-06 school year, including ESY 2006__ regarding services provided and student's progress.

2. ____ Exchange oral information only.

3. ____ Exchange written information only.

Provide copies of records to:
__Ken Ferro, ADR Administrator__
School Agency or Individual
__Mt. Diablo Unified School District__
Street Address __1936 Carlotta Drive__
__Concord__          __CA__        __94519__
City                State       Zip Code

SECTION B   RECORDS TO BE RELEASED   [Cross out any item(s) not to be released or inspected.]

1. ~~Basic state-mandated cumulative record~~
2. Health records
3. ~~Grades and/or credits~~
4. Standardized test results
5. Attendance records
6. ~~Vocational interest inventory and aptitude test results~~
7. ~~Activities records~~
8. ~~Awards and scholarships~~
9. ~~Competency testing results~~
10. Referral for Special Education Assessment
11. Special Education Assessment reports including:
    a. ~~Academic~~           b. Psychological
    c. Health               ~~d. Vocational~~
    e. Speech/Language      f. Psycho-motor
    g. Medical/Audiological
12. Individual Education Program (IEP)
13. Others (specify and initial) _____

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

Date _____  Signature of Parent or Legal Guardian _____  Relationship to Student _____

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

White – Office/Agency     Canary – MIS     Pink – Parent

Spc06022 5/02



MT. DIABLO UNIFIED SCHOOL DISTRICT    FORM 7470

**RELEASE OF STUDENT INFORMATION AUTHORIZATION
TO OR FROM
MT. DIABLO UNIFIED SCHOOL DISTRICT**

1936 Carlotta Drive, Concord, CA 94519
Phone (925) 682-8000 or TTY 685-1962

FAX (925) 687-3139
Community Advisory Committee (CAC)
Parent Resource Network (925) 687-2129

RE: __Ryan Peterson__  __6/27/94__
      Students' Name          Date of Birth  Mailing Address
   *5018 Jeri Pl. Concord, CA 94521*         P.O. Box 273362, Concord
   Current or Prior Address    School of Attendance  CA. 94527

I, _____, the parent or legal guardian of the above mentioned student, request of
__Julie Zito__ _____ (~~school program or~~ individual) and hereby authorize the release
of his/her records as indicated in Sections A and B below for the purpose of school placement and/or education planning.

SECTION A  [Check one or more item(s)]
1. ✓ ~~Provide~~ **to** both oral information and written records ~~with~~ the Mt. Diablo Unified School District staff **during the 2005-06 school year, including the 2006 ESY.**
   regarding services provided and student's progress.
2. ____ Exchange oral information only.
3. ____ Exchange written information only.

Provide copies of records to:
__Ken Ferro, ADR Administrator__
School Agency or Individual
__Mt. Diablo Unified School District__
Street Address __1936 Carlotta Drive__
__Concord__                __CA__           __94519__
City                        State           Zip Code

SECTION B  RECORDS TO BE RELEASED  [Cross out any item(s) not to be released or inspected.]
1. ~~Basic state-mandated cumulative record~~
2. Health records
3. ~~Grades and/or credits~~
4. ~~Standardized test results~~
5. ~~Attendance records~~ **Attendance Records**
6. ~~Vocational interest inventory and aptitude test results~~
7. ~~Activities records~~
8. ~~Awards and scholarships~~
9. ~~Competency testing results~~
10. ~~Referral for Special Education Assessment~~
11. Special Education Assessment reports including:
    a. ~~Academic~~         b. Psychological
    c. Health               d. ~~Vocational~~
    e. ~~Speech/Language~~  f. Psycho-motor
    g. Medical/Audiological
12. Individual Education Program (IEP)
13. Others (specify and initial) __Occupational Therapy__

**THIS FORM MUST BE COMPLETELY FILLED OUT BEFORE REQUESTING PARENT SIGNATURE**
Do not leave areas blank. Mark n/a where appropriate.

_____    _____    _____
Date            Signature of Parent or Legal Guardian    Relationship to Student

Transmission of this information to individuals or agencies not listed is prohibited without written consent. (E.C. 49075)
Note: This authorization is to be made a permanent part of the student's record in accordance with State and Federal regulations.

Spc06022 5/02    White – Office/Agency    Canary – MIS    Pink – Parent