

**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

September 16, 2005

Michael Petersen
3485 Vern Lane
Concord, CA. 94519

Dear Mr. Petersen:

I write in response to your September 13, 2005 correspondence, in which you request Ryan's record from all locations. The District has previously provided you with all the records in its possession while in due process in 2003-04. In 2004-05 Ryan attended New Vistas and received DIS services through your personally selected providers. As you know, Ryan's was a privately placed student. In recent correspondence, the District requested new releases to get information from New Vistas and the DIS provider. The District is still awaiting you response. All other relevant correspondence has been sent to you, but if there is some specific information you don't have, please let me know.

Sincerely,

Ken Ferro
Administrator, Alternative Dispute Resolution


Cc:    Jennifer Postel
       Barbara Scott