**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

September 21, 2005

Dear Mr. Petersen,

I am in receipt of your September 19, 2005 letter requesting a mediation session. The District is happy to work with you towards resolving any issues and disputes you perceive between the District and yourself. However, as you know, Ryan is not currently enrolled in the Mt. Diablo Unified School District. Additionally, your request for hearing was deemed insufficient by the Office of Administrative Hearings ("OAH"). As such, it is not clear what issues you wish to resolve in mediation.

If you chose to enroll Ryan in the District and to clarify your issues in a sufficient complaint with OAH, we will be happy to arrange for mediation through OAH.

On September 14, 2005 I wrote to you requesting that you complete process of enrolling your children in the District by Friday, September 16, 2005 if you intended to seek services from the District. To date, you have not enrolled either Ryan or Michael in the District. Further, you have not signed and returned the assessment plan and/or the releases mailed to you on September 9, 2005. As such, it is unclear that you are seeking services for your children from the District at this time.

In order to clarify the current status of your requests, by Friday, September 23, 2005, the District requires correspondence from you indicating that you are seeking services from the District for Ryan or that you are not seeking services from the District for Ryan and that you intend to privately place him.

If we do not hear from you Friday, September 23, 2005, we will assume you intend to privately place Ryan and are not seeking services from the District. As a result, we will schedule an ISP meeting for Ryan regarding his proportional services. In the alternative, if you are seeking public school placement for Ryan, we will convene an IEP meeting. We will also pursue the right to assess Ryan.

Very truly yours,

Ken Ferro
Administrator, Alternative Dispute Resolution

cc:   Randi Petersen (via facsimile)
      Barbara Scott
      Jennifer Postel (via facsimile)