**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

October 5, 2005

Dear Mr. Petersen,

The District received your amended complaint on September 23, 2005. We have responded to this complaint and will object to it through counsel by October 8, 2005. You will see in both our response and our objection to the sufficiency of your complaint, it is entirely unclear what you are requesting from the District.

As you know, the District has made repeated requests that you clarify whether you are seeking public school services for Ryan by enrolling him in the District. (See correspondence from the District dated September 14, 2005 and September 21, 2005). To date, you have not enrolled your son in the District. Further, while the filing of a due process complaint indicates you are seeking services from the District, you refer to Ryan as a unilaterally placed private school student entitled to an ISP, thus the District is unclear as to your intent.

Because we are unable to decipher what you are alleging and whether you are seeking public or private school services, we do not believe it would be fruitful to schedule a resolution session meeting at this point.

As you know, the District convened an ISP team meeting for your son on September 6, 2005 when it appeared you were seeking services from the District for Ryan as a public school student. A thirty day interim offer was made, you never enrolled Ryan, and that placement expires on October 7, 2005.

As stated numerous times, we would be happy to schedule an IEP meeting to address Ryan's future placement in the District. Or, in the alternative, we would be happy to convene an ISP meeting. Because you have chosen not to clarify whether you are seeking an IEP or ISP however, the District will not convene either meeting. The District will, however, once again request your response.

To the extent you intend to enroll Ryan in the District and are seeking public school placement from the District, I remind you of our earlier request that you execute and return the assessment plan and releases for the exchange of information previously provided to you. The District will also hold an IEP meeting and update Ryan's placement offer. Further, if the District receives a sufficient complaint in this matter, we will be happy to convene a resolution session to work towards resolution of whatever your allegations may be.

To the extent you are seeking private school placement services for Ryan, please clarify
you do not intend to enroll him in Mt. Diablo and wish the District to hold an ISP
meeting.  The District will then schedule such meeting.  I also remind you that despite
our written requests, you have not provided the District with documentation of custodial
rights.

Very truly yours,

Ken Ferro, Administrator, Alternative Dispute Resolution

cc:     Randi Petersen (via facsimile)
        Barbara Scott
        Jennifer Postel