Michael S. Petersen
P.O. Box 273363
Concord Ca. 94527
(925) 825-5769
(3485 Vern Lane, Concord Ca. 94519)



October 6, 2005

## FACSIMILE TRANSMISSION COVER PAGE

To: Ken Ferro fax 674-0667
    MDUSD Special Education

Dear Mr. Ferro,

Please find attached, an additional copy of the court order as you had requested.

Sincerely,
Mike Petersen

3 pages including cover




CONTRA COSTA COUNTY SUPERIOR COURT OF CALIFORNIA

| | |
|---|---|
| In re the Marriage of: | Case No.: D95-06454 |
| RANDI PETERSEN, | ORDER AFTER HEARING OF 6/15/05 RE: CUSTODY/VISITATION, SEEK WORK ORDER AND RESTRICTION ON THE FILING OF MOTIONS. |
| Petitioner, | |
| and | |
| MICHAEL PETERSEN, | |
| Respondent | |

Effective immediately, Respondent (father) shall be granted sole legal and sole physical custody of both minor children. Mikey Petersen (and Ryan if he is visiting with Petitioner) shall be brought to Respondent by Petitioner (mother) at 2:00 pm on Friday, June 17, 2005, together with all his clothing, toys, personal effects, federal entitlement documentation and school supplies at the Visalia Police Station at 303 S. Johnson, Visalia, CA. Strict compliance with this is required and the authorities are authorized to enforce and serve this order on Petitioner.

Mother's visitation shall be every other weekend, starting Friday at 3:00 pm through Sunday at 5:00 pm, with the first visitation being Friday, July 1, 2005. Pick ups and drop offs shall be at the Respondents residence. The summer visitation schedule, effective 7/1/05, shall be alternate weeks with each parent, starting and ending Fridays at 3:00 pm. The holiday schedule shall be the standard major holiday visitation schedule, as attached.



1  Also temporarily, in lieu of child support, mother shall <u>provide all transportation</u>, and
2  the cost of transportation, of the minor children for her visitation. The temporary child support order
3  is in place because neither party recently filed a statement of assets and liabilities nor the requisite
4  income and expense statements. Petitioner claims she has not found work as yet. Petitioner is
5  ordered to seek work per the attached seek work order. Petitioner shall complete the Seek Work
6  Order Log and serve a copy on the Respondent, and file a copy with the Court, once per month. The
7  first filing will be on August 1, 2005, with actual seek work efforts starting forthwith and being
8  logged with effect from July 1, 2005. Records will include all follow ups with prospective
9  employees. The child support hearing will be heard on October 5, 2005 at 8.30 a.m.

10  The parties have permission to file timely motions for reconsideration or for new
11  trials together with proofs of service. Each may file motions to modify child support within 20 days
12  to be heard on October 5, 2005 at 8.30 a.m. If neither party does so the temporary support order will
13  become permanent. Other than the foregoing, neither party will file any future ex parte motion or
14  other motions in these proceedings without first obtaining permission from this Department 7, or in
15  the temporary or permanent absence of this Department, the acting or Supervising Judge of the
16  Family Law Court. The letter requesting permission to file any motion shall be served on the
17  opposing party at least 72 hours prior to filing with the Court and shall include the proof of service.
18  In the event of life-threatening or other emergencies, ex parte motions may be on 12 hours notice
19  with the specific life threatening situation specifically set out in detail. Effective forthwith, neither
20  party will use this Departments internal facsimile for filings or communications all of which will be
21  properly filed at the clerks office in person, by mail or other carrier.

23  Dated: June 16, 2005

_____
BARRY BASKIN
Judge of the Superior Court

Mt. Diablo Unified School District
1936 Carlotta Drive
Concord, CA 94519-1397
Phone: (925) 682-8000, ext. 4070
Fax: (925) 674-0667

**Ken Ferro**
**ADR Program Administrator**

FILE COPY



# Fax

**To:** Jennifer Postel  **From:** Ken Ferro
**Fax:**  **Date:** 10/7/05
**Phone:**  **Pages:** 3 (Includes this cover page)
**Re:**  **CC:**

**X Urgent**   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle