**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

SPECIAL EDUCATION
DEPARTMENT

October 7, 2005

Mr. Michael Petersen
3585 Vern Lane
Concord, CA 94519

Dear Mr. Petersen,

I write in response to your October 6, 2005 letter. The District continues to be happy to work with you towards ensuring a provision of appropriate services to your son Ryan, should you seek public school services and placement. Alternatively, we are happy to arrange for the provision of proportionate services should you choose to privately place Ryan.

In the belief that you were seeking public placement for Ryan, we convened an IEP meeting on September 6, 2005. Unfortunately, you chose not to attend that meeting. The District subsequently forwarded you the IEP documentation, releases for exchange of information, an assessment plan, requests for custodial rights documentation, and multiple request that you enroll your son in the District to clarify that you were in fact seeking public school placement.

To date, you have not enrolled Ryan in the District, have not returned executed releases, and you have not returned a signed assessment plan. You have however, provided notice of your custodial rights and we thank you for that information.

On August 31, 2005 you filed a request for due process hearing in which you stated absolutely no issues for hearing. The Office of Administrative Hearings agreed and issued a Determination of Sufficiency of Due Process Complaint and Order deeming your complaint insufficient.

You filed an amended complaint on September 23, 2005. Again, your issues and proposed resolutions are not decipherable. The act of filing a request for due process seems to indicate an intention to seek public school services for Ryan. However, your complaint repeatedly refers to Ryan as a unilaterally placed private school student seeking an ISP and, despite numerous requests, you have not enrolled Ryan in the District or agreed to proposed assessments.

The District would like to work with you directly. Unfortunately, you have not complied with any of our requests for clarification. As such, the District will not convene a resolution session meeting or participate in mediation until we understand the issues we are attempting to resolve.

*AN EQUAL OPPORTUNITY EMPLOYER*                                  FAX (925) 687-3139

If you would simply inform the District whether you are intending to enroll Ryan in the District and seeking an IEP or not intending to enroll Ryan in the District and intending to maintain him as a private school child, we can determine which District staff would be appropriate to include at a meeting with you and we will respond and immediately convene any meetings necessary.

To the extent you are seeking public school services, I renew my request that you enroll Ryan in the District (you can do this by completing an enrollment form at El Dorado Middle School), execute and return the assessment plan and the releases for exchange of information, and inform us of that intention.

I look forward to clarification and your response. We do want to move forward to serve Ryan in whatever capacity you intend.

Very truly yours,

*Ken Ferro*

Ken Ferro
Administrator, Alternative Dispute Resolution

cc:   Randi Petersen (via facsimile)
      Jennifer Postel (via facsimile)