**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

December 14, 2005

SPECIAL EDUCATION
DEPARTMENT

Dear Mr. Petersen,

I am in receipt of your letters dated December 2, and 14, 2005, requesting help from Melody Royal regarding placement and services for Ryan and Michael. The District is happy to work with you to convene an IEP for both boys. However, as you know, Ryan and Michael are not currently enrolled in the Mt. Diablo Unified School District ("District"). If you would indeed like to enroll Ryan and/or Michael in the District please call the registrar at El Dorado Pam Humprey at (925) 682-5700, and/or sign up in person at: El Dorado. This will ensure that Ryan and/or Michael will be enrolled in the District.

On September 14, 2005 and again on September 21, 2005, I wrote to you requesting that you complete the process of enrolling your children in the District. To date, you have not enrolled either Ryan or Michael in the District.

Further, you have not signed and returned the assessment plan and/or the releases mailed to you on September 9, 2005 for Ryan. As such, it is unclear that you are seeking services for him from the District at this time. Under separate cover, we will send an assessment plan for Michael. However, this assessment plan will be contingent upon your enrollment of Michael in the District.

In order to clarify the current status of your request for help with placement and services, the District requires correspondence from you by Friday, January 6, 2006, indicating that you are seeking services from the District for Ryan and Michael or that you are not seeking services from the District.

If we do not hear from you by Friday, January 6, 2006, we will assume you do not intend to enroll your children in the District and are not seeking services from the District. In the alternative, if you are seeking public school placement for your children, we will convene IEP meetings, and conduct the appropriate assessments, once the assessment plans have been signed by you.

Again, if you would like to enroll Ryan and/or Michael in the District please call Pam Humprey at (925) 682-5700, or enroll in-person at: El Dorado.

Very truly yours,

Ken Ferro, Administrator, Alternative Dispute Resolution

cc: Randi Petersen (via facsimile)
    Barbara Scott
    Jennifer Postel (via facsimile)