**MT. DIABLO UNIFIED SCHOOL DISTRICT**
JAMES W. DENT EDUCATION CENTER
1936 Carlotta Drive
Concord, California 94519-1397
(925) 682-8000

ALTERNATIVE DISPUTE RESOLUTION
PARENT LIAISON

January 9, 2006

Dear Mr. Petersen,

I am in receipt of your letter dated December 22, 2005, requesting help from the District regarding placement and services for Ryan and Michael. As I stated in my previous letters to you, the District is happy to work with you to convene an IEP for both boys. If you are seeking services from the District, please enroll Ryan and/or Michael in the District and call the registrar at El Dorado, Pam Humprey, at (925) 682-5700, and/or sign up in person at: El Dorado. This will ensure that Ryan and/or Michael will be enrolled in the District.

An assessment plan and releases for Ryan were mailed to you on September 9, 2005. To date, you have not signed and returned the assessment plan and/or the releases. As such, it is still unclear that you are seeking services for him from the District at this time. Enclosed, please find duplicate copies of the assessment plan and releases that were mailed to you on September 9th.

Additionally, an assessment plan for Michael is enclosed. As stated in my previous correspondence, this assessment plan will be contingent upon your enrollment of Michael in the District.

The District is still awaiting correspondence from you in order to clarify the current status of your request. In my correspondence to you dated December 14, 2005, I sought clarification regarding your request for help with placement and services and accordingly requested that you inform the District by January 6, 2006 whether you intended to seek services from the District. In order to provide sufficient time for you to review the enclosed assessment plan for Michael, the District will now require correspondence from you by Friday, January 13, 2006, indicating whether you are seeking services from the District for Ryan and Michael.

If we do not hear from you by Friday, January 13, 2006, we will assume you do not intend to enroll your children in the District and are not seeking services from the District. In the alternative, if you are seeking public school placement for your children, we will convene IEP meetings, and conduct the appropriate assessments, once the assessment plans have been signed by you.

*AN EQUAL OPPORTUNITY EMPLOYER*    FAX (925) 674-0667

Again, if you would like to enroll Ryan and/or Michael in the District please call Pam Humprey at (925) 682-5700, or enroll in-person at: El Dorado.

Very truly yours,

Ken Ferro
Administrator, Alternative Dispute Resolution

cc:  Randi Petersen (via facsimile)
     Barbara Scott
     Jennifer Postel (via facsimile)
     Pam Humprey

Enclosures:

   Notice of Procedural Safeguards – Revised October 2005
   Consent for assessment Plan/Parent Notice