Michael S. Petersen
P.O. Box 273363                        P.O. Box 2462
Concord Ca. 94527                      Visalia Ca. 93291-2462
(925) 595-0459
(925) 825-5769

RECEIVED JAN 17 2006

January 17, 2006

Ken Ferro A.D.R.
MDUSD Special Education
1936 Carlotta Dr.
Concord Ca. 94519
Fax 674-0667 Time 7:30 am

Dear Mr. Ferro,

I am responding to your identical faxed correspondences of 1/10/06 dated 1/9/06. In regards to, and for clarification of your 3 fax transmissions, please note your 1st attempt was 3 pages including cover, your 2nd attempt was 1 partial page with cover and finally, your 3rd attempt was 5 pages including the cover sheet.

Please note my new address in Visalia Ca. I am relocating my residence and will not be enrolling my children in your school district. Thank you for your response of my letters requesting help, dated 12/2/05 and 12/14/05 directed to Melody Royal in the parent liaison's special education office.

Sincerely,

Mike Petersen

c.c. Randi Petersen (559) 733-3463
    Gary McHenry, Superintendent, MDUSD fax 674-0514
    File