AMY R. LEVINE, State Bar No. 160743
Aleveine@mbdlaw.com
ELIZABETH A. ESTES, State Bar No. 173680
eestes@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C07-02400 SI<br><br>SUPPLEMENTAL DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS<br><br>Date:        August 1, 2008<br>Time:        9:00 a.m.<br>Courtroom:   10, 19th Floor<br>Judge:       Hon. Susan Illston<br><br>Trial Date:  None |

I, AMY R. LEVINE, declare:

1.  I am an attorney with the law firm of Miller Brown & Dannis, counsel of record for defendant Mount Diablo Unified School District in the instant action, and make this supplemental declaration in support of the Defendant's Motion For An Order Declaring Michael and Randi Vexatious Litigants and Imposing Pre-Filing Conditions. I have personal knowledge of the facts contained in this declaration, except for those facts stated on information and belief, and, as to those facts, I believe them to be true. If called as a witness, I could competently

1

SUPPLEMENTAL DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. C07-02400 SI

SF 318098v1

1  testify to all of the facts stated herein.

2. On February 11, 2008, the Court issued an Order dismissing all of plaintiff's claims in his First Amended Complaint, but allowing him the limited opportunity to amend to plead a claim under the IDEA against the District based on three paragraphs in that Complaint. Plaintiff filed a Second Amended Complaint on February 22, 2008.

3. On March 12, 2008, I filed an ex parte application to continue the hearing on the vexatious litigant motion, indicating that I intended to conduct discovery and file a motion for summary judgment. On March 13, 2008, the Court granted this application and continued the hearing date to June 27, 2008. On March 14, 2008, I served on Michael Petersen a request for production of documents containing ten requests, and a set of interrogatories, containing five interrogatories. Responses to this discovery were due on April 16, 2008.

4. On April 14, 2008, Michael Petersen filed a document entitled "Motion for Administrative Relief Civ. L.R. 7-11, RE: 28 USC 1651, Request for Appropriate In AID for Disabled Minor, 28 USC 1927 (Attorney Bad Faith), Request to Stay Discovery, Vacate Vexatious Litigant Motion Filed by MDUSD." Prior to filing his administrative motion to stay discovery, Mr. Petersen failed to contact me in any way to meet and confer about the discovery requests.

5. On April 17, 2008, I sent Michael Peterson correspondence regarding his failure to provide responses to the District's discovery, and indicated that I was interpreting his request for a stay as a refusal to respond to the discovery. I invited him to contact me to confer about the discovery if he had any objections to it other than what was contained in his motion.

6. On April 21, 2008, I received a letter from Mr. Petersen that failed to address whether or not he intended to comply with the discovery requests and failed to explain why he had not complied. However, he did provide me with his telephone number.

7. On April 23, 2008, I called Mr. Petersen to meet and confer regarding his failure to provide responses to the discovery. Mr. Petersen initially refused to identify himself on the phone. After a few moments, he did, but then stated that he was uncomfortable discussing the discovery with me while his motion was before the Court. When I attempted to convey to him

2

that I wanted to confer about his responses, he refused to discuss it and then hung up on me.

8. It was not until the Court ordered Mr. Petersen to respond to the discovery that he actually complied. However, prior to receiving his responses, it was necessary for me to once again file a request to move the vexatious litigant hearing date in order to complete discovery and file a motion for summary judgment.

9. I have reviewed the Miller Brown and Dannis billing reports evidencing the fees and costs incurred by the District in the instant action. The District has incurred an additional $26,999.59 in fees and $127.55 in costs between December 26, 2007 and May 25, 2008. All told, the fees and costs incurred to date in this action total approximately $61,490.14, and continue to be incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed this 24th day of June, 2008 in San Francisco, California.

/s/ Amy R. Levine
AMY R. LEVINE

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 318098v1

3

SUPPLEMENTAL DECLARATION OF AMY R. LEVINE IN SUPPORT OF DEFENDANT'S MOTION TO DECLARE THE PETERSENS VEXATIOUS LITIGANTS; CASE NO. C07-02400 SI