SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>           Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>           Defendant. | Case No. C07-02400 SI<br><br>**[AMENDED PROPOSED] ORDER DECLARING MICHAEL AND RANDI PETERSEN VEXATIOUS LITIGANTS AND IMPOSING PREFILING CONDITIONS**<br><br>Hearing Date:   August 1, 2008<br>Hearing Time:   9:00 a.m.<br>Courtroom:      10, 19th Flr.<br>Judge:          Hon. Susan Illston<br><br>Trial:          None |

The District's Motion for Order Declaring Michael and Randi Peterson Vexatious Litigants and Imposing Pre-Filing Conditions came on for hearing before this Court on August 1, 2008. Plaintiff Michael Petersen and Randi Petersen were served with the motion and given an opportunity to oppose entry of such an order. Upon review of the motion and the documents in support and opposition, upon hearing the arguments at oral argument on this matter and good cause appearing therefore, the Court now finds that the District's motion is GRANTED. The Court has concluded that a Pre-Filing Order is appropriate for the reasons discussed below.

The Court makes the following findings:

1.      Randi and Michael Petersen, on behalf of themselves and their children, Michael

1

Peterson Jr. ("Mikey") and Ryan Peterson, have filed numerous frivolous and/or harassing documents with this Court and with the Ninth Circuit. The filings that support this Order include, but are not limited to the following:

    a.    Complaint for Money Damages and Injunctive Relief dated February 21, 2002 in the matter *Randi Petersen, individually, as special education advocate and next of friend/parent of her handicapped sons Mikey and Ryan Petersen v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California, Case No. C-02-0887 BZ

    b.    Complaint for Damages dated March 16, 2004 in the matter of *Randi Petersen, Michael Petersen, and Michael Petersen, Jr. v. Mount Diablo Unified School District, et al*, United States District Court, Case No. C-04-1059 EDL

    c.    Amended Complaint for Damages filed on July 2, 2004, in the matter *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI

    d.    Second Amended Complaint for Damages dated January 12, 2005 in the matter of *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI (Filed Concurrently with Plaintiffs' Ex Parte Motion for Reconsideration and/or Vacate and/or Amend Order and Judgment; Leave to Amend Complaint; Judicial Notice; Findings of Fact and Conclusions of Law and documents in support thereof)

    e.    Third Amended Complaint for Damages January 21, 2005 in the matter of *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California Case No. C 04-01059 SI (Filed Concurrently with Plaintiffs' Ex Parte Motion and/or Motion for Leave to Amend 3rd Amended Complaint and documents in support thereof)

    f.    Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court dated February 8, 2005 in the matter of *Randi Petersen, et al. v. Mt. Diablo Unified School District, et al.*, United States District Court, Northern District of California, Case No. C-

Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

1  04-01059 SI

2  g.   Docketing Statement dated February 8, 2005 in the matter of *Randi Petersen, Michael Petersen, Michael Petersen, Jr. v. Mt. Diablo Unified School District, et al.*, United States Court of Appeals for the Ninth Circuit, Case No. 05-15437

h.   Complaint in the matter of *Randi Petersen, on behalf of herself and parent and next of friend to Mikey P., a minor, and Ryan P., a minor v. Contra Costa Superior Family Court, et al.*, United States District Court, Northern District of California, Case No. C-05-01032 CRB

i.   Docket in the matter of *Randi Petersen, on behalf of herself and parent and next of friend to Mikey P., a minor, and Ryan P., a minor v. Contra Costa Superior Family Court, et al.*, United States District Court, Northern District of California, Case No. C-05-01032 CRB

j.   Responsive Declaration of Randi Petersen to Clarify the Record dated July 8, 2005 in the matter of *Randi Petersen, et al. v. Contra Costa Superior Family Court, et al.*, United States District Court, Northern District of California, Case No. C-05-01032 CRB

k.   Complaint for Damages for Violations of State and Federal Law For: 1) Consent Decree contract C98-00951; 2) SEHO contract SN03-01885; 29 U.S.C. 504 of the Rehabilitation Act of 1973 contract provisions; 4) ADA contract provisions, 42 U.S.C. 1983 due process clause and 42 U.S.C. equal protection clause; 5) 42 U.S.C. 1985 contract provisions; 6) 29 U.S.C. 794 contract provisions; 7) 1st, 5th, 14th Amendment[s]; 8) Public contract code & public policy; and 9) Request for Declaratory Relief and Injunctive Relief, dated April 27, 2007, in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

l.   Affidavit to Demand Cancel Alias Summons and Re-Issue Immediate Summons; Demand Correct File Stamp Date; Complaint for Abuse of Process and Demand to Remove Case to Eastern District for Bias dated May 18, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

3

m. Letter from Michael Petersen to the Congressman George Miller, Chief Judge Vaughn R. Walker, Chief Judge of the U.S. District Court for the Eastern District of California, and the United States Department of Justice, Civil Division, filed May 18, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

n. Notice of Motion and Affidavit, Motion to Change Venue, Affidavit for Bias and Prejudice, Memorandum in Support and Exhibits, Cancel CAND Scheduling Order dated October 5, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

o. Memorandum in Opposition to Defendants' Motion to Dismiss and Joinder to Motion to Dismiss dated October 19, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

p. Reply Brief re Request for Change of Venue, Affidavit for Bias and Prejudice, Cancel CAND Scheduling Order dated October 26, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

q. Joint Case Management Conference Statement filed by Michael Petersen dated November 2, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

r. Request for Judicial Notice filed by Michael Petersen dated November 7, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

s. Letter dated November 20, 2007 from Michael Petersen to the Court in the

4

matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   t. Response to Order on Motion for More Definite Statement dated November 28, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   u. Request/Motion for Settlement Conference and Protective/Stop Order dated December 5, 2007 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   v. Motion for Judgment on the Pleadings re FRCP 12(c), Motion to Exclude Defendants' Untimely 12/14, 12/17 Filings re FRCP 12(a)(4)(B) dated January 4, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   w. Notice of Change of Address and Reply re Memorandum in Opposition dated January 25, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   x. Express Request/Motion for Entry of Judgment re: FRCP 54(b), Request to Order and Implement Benefit of Judgment re: FRCP 62(h) dated February 12, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   y. Response to re Order on Motion to Dismiss dated February 22, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   z. Memorandum in Opposition to MDUSD's Ex parte motion received 3/13/08 Request for Settlement Conference and Stay Proceedings, Request for Judicial Notice re Government Code 935.4 dated March 14, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

   aa. Motion for Administrative Relief Civ. L.R. 7-11, RE: 28 USC 1651, Request for Appropriate In AID for Disabled Minor, 28 USC 1927 (Attorney Bad Faith), Request to Stay Discovery, Vacate Vexatious Litigant Motion Filed by MDUSD (purported filed under seal) dated April 14, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI, and

   bb. Request for Judicial Notice re F.R.EV. 201(b), (d) and Settlement Conference dated June 6, 2008 in the matter of *Michael Petersen, et al. v. California Special Education Hearing Office McGeorge School of Law, et al.*, United States Court, Northern District of California, Case No. C-07-02400 SI

  2. Randi and Michael Petersen have also engaged in frivolous and harassing tactics in Case Nos. C-02-0887 SI; C-04-01059 SI; C-05-01032 CRB; and C-07-02400 SI, including, but not limited to the following:

   a. Raising legal and factual claims, that have already been dismissed, that have already been resolved by settlement, or that are clearly precluded by law;

   b. Including citations to statutes and regulations that are inapplicable to their case and therefore are referenced without any reasonable basis;

   c. Naming defendants in complaints without any viable claim against them;

   d. Improperly requesting reconsideration of arguments already rejected;

   e. Seeking to "reopen" previously dismissed cases;

   f. Filing actions in the wrong forum, in an attempt to either inconvenience the defendants or to avoid coming before the court or the judge that has

previously ruled against them;

g.  Purporting to file documents with the trial court after the case has been dismissed and final judgment entered;

h.  Purporting to file documents under seal without a court order permitting such filing;

i.  Naming judicial and quasi-judicial officers and court-appointed individuals as defendants;

j.  Naming and threatening to name opposing counsel as defendants;

k.  Threatening to hold public employees and officials personally liable for damages without any legal or factual basis for such assertions;

l.  Initiating frivolous claims and failing to dismiss their claims when they have clearly become frivolous;

m.  Failing to prosecute actions that they have filed;

n.  Failing to promptly effectuate service or to serve all required documents with their complaints;

o.  Failing to appear at case management conferences;

p.  Filing frivolous motions and oppositions to motions;

q.  Filing improper "administrative motions" on substantive matters;

r.  Failing to meet and confer on discovery issues and motions; and

s.  Filing inappropriate documents with the Court (e.g., a request for judicial notice unconnected with any motion and settlement communications)

3.  There is a substantial likelihood, based on past and present conduct, that Michael and Randi Petersen will persist in such frivolous and harassing filings and conduct unless enjoined.

4.  Michael and Randi Peterson, as the parents of Mikey and Ryan Peterson, have acted in concert in engaging in the above conduct and/or are in privity. They are therefore both properly subject to this Order independently and jointly.

5.  The Court has considered alternatives to this pre-filing Order, but has determined

7

that this is most narrowly tailored order available to curb the particular abuses engaged in by these litigants.

Accordingly, IT IS HEREBY ORDERED:

1. Michael and Randi Petersen are declared vexatious litigants;

2. Michael and Randi Petersen are enjoined from filing any further action or proceeding in any federal court against the Mt. Diablo Unified School District, or any of its employees, officers, board members, attorneys or agents ("District Defendants"), whether such filing be on behalf of themselves or on behalf of their children Mikey or Ryan Petersen, without complying with the following pre-filing conditions:

    A. They must first obtain leave of the Chief Judge of this Court. To do so, they must submit an application for leave bearing the caption "Application Seeking Leave to File." The application shall attach a copy of the proposed filing and of this Order and shall be supported by a statement under oath and documentary proof establishing the following:

        i. That the claims are not frivolous or made in bad faith and are based on a reasonable investigation the facts and the law;

        ii. That they have sufficient facts to present a viable claim under each specific legal theory plead against each of the defendants named;

        iii. That the acts, events or circumstances upon which their claims are based occurred within the applicable statute of limitations;

        iv. That the action or proceeding is not based upon any act, event or circumstance which has been previously litigated in any court;

        v. If the claim is brought under federal law to redress any educational injury suffered by Mikey, Ryan, Randi and/or Michael Petersen, that they have exhausted their administrative remedies under the Individuals with Disabilities Education Act, as required by 20 U.S.C. §1415(l);

        vi. If the claim is brought under state law, that they have presented to

the District a claim under Government Code §§ 900, *et seq.*, or explained why such presentation is not required by law; and

    vii.    If the claim is brought under federal or state law on behalf of Mikey and/or Ryan Peterson under any cause of action other than the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400, *et seq.*, that Mikey and Ryan are represented by counsel, pursuant to *Johns v. County of San Diego*, 114 F.3d 874, 876-77 (9th Cir. 1997) and *Winkelman v. Parma City School District*, 550 U.S. _____, 127 S.Ct. 1994 (2007).

3.    Failure to fully comply with this Order will be sufficient grounds for denial of the application.

4.    Any action or proceeding naming any District Defendant as a party defendant that Michael and/or Randi Petersen is permitted to file shall be deemed related to Case Nos. C-02-0887 SI; C-04-01059 SI; C-05-01032 CRB; and C-07-02400 SI and shall be assigned to Judge Susan Illston in the Northern District of California. If such action or proceeding is filed in any other venue, it shall be transferred.

5.    Any court clerk receiving a proposed filing from Michael, Mikey, Ryan, and/or Randi Petersen shall lodge such filing in Case No. C-07-02400 so as to permit appellate review of any decision to deny the Petersens the right to file any action or proceeding under this Order.

6.    Any action or proceeding not filed in compliance with this Order shall be summarily dismissed. Failure to comply with this Order, or falsification of the information required under this Order, shall be grounds for further sanctions, including but not limited to monetary sanctions or contempt.

7.    Plaintiff Michael Petersen is further ORDERED TO SHOW CAUSE no later than August 15, 2008 why Case No. C-07-02400 should not be dismissed.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE