# FILED

RECEIVED

UNITED STATES DISTRICT COURT

2008 JUL 11 P 4: 40

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING. CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Plaintiff's name:

Petersen et, al

vs.

Case Number:    C07-02400SI

Defendant's name:
              MDUSD et al

_____ /    **PROOF OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party

to the above-entitled action.

On __July 11, 2008_____ I served a copy of_____
PLAINTIFFS EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION FOR
JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT , & DECLARATIONS
OF THEIR SUPPORTING EXHIBITS, ATTORNEY FEES, VEXATIOUS LITIGANT MOTION _____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by

depositing said envelope in the United States Mail:    PRIORITY  MAIL

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

Amy R. Levine
Miller, Brown & Dannis
71 Stevenson St. 19th FL
San Francisco Ca. 94105

I declare under penalty of perjury that the foregoing is true and correct.

(Signed)

PUNAM C. PATEL
COMM. #1566640
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires May 3, 2009