1  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
2  ELIZABETH A. ESTES, State Bar No. 173680
   eestes@mbdlaw.com
3  DAMARA MOORE, State Bar No. 215678
   dmoore@mbdlaw.com
4  MILLER BROWN & DANNIS
5  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
6  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
7

8  Attorneys for Defendant
   MOUNT DIABLO UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C07-02400 SI<br><br>**DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**<br><br>Date:       August 1, 2008<br>Time:       9:00 a.m.<br>Courtroom:  10, 19th Floor<br>Judge:      Hon. Susan Illston<br><br>Trial Date: None |

DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT: CASE NO. C07-02400 SI

SF 322155v1

Defendant MOUNT DIABLO UNIFIED SCHOOL DISTRICT hereby submits this Appendix of Foreign Authorities in Support of its Reply Memorandum of Points and Authorities In Support of Its Motion for Judgment on The Pleadings, or, in the Alternative, for Summary Judgment. Attached are copies of the following authorities:

1. *Aragon v. Hollywood Presbyterian Hosp.*,
   85 F.3d 634, 1996 WL 256586, (9th Cir. 1996)

DATED: July 18, 2008                MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

1

DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT: CASE NO. C07-02400 SI

SF 322155v1