SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>              Plaintiffs,<br><br>    v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>              Defendant. | Case No. C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on June 25, 2008, I caused the true and correct copies of the following documents:

   (1)   **DEFENDANT'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

   (2)   **DEFENDANT DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

**(3)   DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE**

To be delivered to the parties listed herein below in the manner specified.

**PLAINTIFF PRO PER**

Michael Petersen, Plaintiff Pro Se
3375 Port Chicago Hwy 30-166
Concord, CA 94520

HAND DELIVERY VIA LEGAL MESSENGER

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on July 18, 2008, at San Francisco, California.

_____
Christopher Davis

SF 279859v1   CERTIFICATE OF SERVICE; CASE NO. C07-02400

Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105