RECEIVED

2008 JUL 30 P 4: 47

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
NORTHERN

FILED

Plaintiff's name:

Petersen et. al

vs.

Case Number: C07-02400SI

Defendant's name:
MDUSD et al

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

On __JULY 30, 2008__, 20___ served a copy of PLAINTIFF'S REQUEST FOR MANDATORY JUDICIAL NOTICE RE F.R.EV 201(d) AND PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE IN ADDITION TO 6/6/08 REQUESTS, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail: Fed EX # 8656 616 1053 1

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

Amy R. Levine
Miller, Brown & Dannis
71 Stevenson St. 19th FL
San Francisco Ca. 94105

I declare under penalty of perjury that the foregoing is true and correct.

(Signed) / _____ 7/30/08