IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERSEN, *et al.*, | No. C 07-2400 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CALIFORNIA SPECIAL EDUCATION HEARING OFFICE MCGEORGE SCHOOL OF LAW, *et al.*, | |
| Defendants. | |

Defendants' motion for summary judgment has been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2008

SUSAN ILLSTON
United States District Judge