UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

FILED
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: August 1, 2008         9:25am - 10:00am

Case No.   C 07-2400 SI         Judge:   SUSAN ILLSTON

Title:   RYAN PETERSEN  -v-  MT. DIABLO UNIFIED SCHOOL DISTRICT

Attorneys:   Michael Petersen (Pro Se)     Amy Levine

Deputy Clerk:   Monica Narcisse for Tracy Sutton        Court Reporter:   Joan Columbini

**PROCEEDINGS**

1)   Defendant's Motion to Declare the Petersens Vexations Litigants

2)   Defendant's Motion for Judgment on the Pleadings

3)   _____

Order to be prepared by: ( )Pltf   ( )Deft   (X)Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X) SUBMITTED
                                    PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:

NOTES:   Per plaintiff, further briefing documents were placed in the drop box in the Clerk's Office on July 30, 2008.  Matter shall stand submitted upon review of those documents.