1  Michael Petersen PRO SE
   next of friend of Michael Petersen Jr.
2  and Ryan Petersen
   3375 Port Chicago Hwy, 30-166
3  Concord Ca. 94519
   (925) 588-4799
4

RECEIVED

2008 AUG 11  P 4: 08

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED

AUG 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL PETERSEN ON BEHALF OF          CASE C07-02400SI
   | HIMSELF AND PARENT AND NEXT OF
12 | FRIEND TO MIKE JR. AND RYAN PRO SE      PLAINTIFF'S NOTICE OF MOTION
   |                                         AND MOTION RE: F.R.C.P. 52(b),
13 |                                         RE: AMEND FINDINGS OF COURT,
   |                                         MAKE ADDITIONAL FINDINGS OF
14 | V                                       COURT, AMEND JUDGMENT OF
   |                                         8/1/08 ACCORDINGLY
15

16 | MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET.AL.,   HEARING DATE: 9/19/08
   | MILDRED BROWN, individually and in her official   TIME: 9:00am
17 | capacity as assistant superintendent of special   COURTROOM: 10. 19th FL
   | education, KEN FERRO, individually and in his      JUDGE : HON. SUSAN ILLSTON
18 | official capacity as alternative dispute
   | resolution administrator
19

20

21  Plaintiff's hereby motion the court this 11th day of August, 2008 pursuant to

22  F.R.C.P. 52(b) within 10 days after entry of judgment from 8/1/08, to amend

23  findings of court, make additional findings of court and amend judgment

24  accordingly to grant plaintiff's claims for relief as stated on their 11/28/07

25  brief. This motion hereby tolls the appeals timeline.

26  Plaintiff's hereby request partial, imeadiate remedie pursuant to contents of

27  plaintiff's 4/14/08 administrative motion recommending 1:1 LindaMood-Bell

28  treatment/instruction for Ryan Petersen. (currently 9th grader functioning
    at primer grade level per State Certified Non Public Agency, LindaMood-Bell.

PAGE 1 OF 4

1  Plaintiff's additionally request the court set settlement conference and

2  re-review, pursuant to F.R.C.P. 52(b), plaintiff's 6/6/08 request for

3  mandatory judicial notice and plaintiff's 7/30/08 request for mandatory

4  judicial notice (duplicating plaintiff's 7/11/08 filed self authenticating

5  evidence pertaining to, and beyond the 9/6/05 IEP) pursuant to F.R.EV.201(d),

6  filed in advance, for opposition to the 8/1/08 summary judgment motion hearing.

7

8  Plaintiff has submitted ample documentation and IDEA billing statements

9  proving Ryan Petersen is owed in excess of $3000.00 for IDEA contract SN03-1885

10 and that there were violations of the IDEA creating subject matter jurisdiction

11 regarding the 5/19/05 IEP request and beyond the 9/6/05 IEP. Plaintiff's

12 requested two mandatory resolution sessions and two mediation sessions and

13 were denied by the defendent's, pursuant to item/paragraph #38, #36-#37 on plaintiff's

14 11/28/07 brief and claims for relief while in the pursuit of IDEA remedies,

15 thus giving the educational agency the first opportunities to resolve

16 the dispute pursuant to the re authorized IDEA. (This case sets new precedent

17 utilizing Blanchard v. Morten 9th Cir. case law for injuries to student

18 while in the pursuit of IDEA remedies as not obtainable under the IDEA to any

19 degree for personal injuries and damages incurred.)

20

21 Plaintiff's reinterate their 8/1/08 verbal motion/objection re: defendent's

22 late served summary judgment motion served on 6/25/08 (which violates CIV.L.R.

23 7-2(a), CIV.L.R. 5-5) and incorporates their objections into this instant

24 F.R.C.P. 52(b) motion to amend the judgment to grant plaintiff's 11/28/07

25 claims for relief.

26

27 Plaintiff's object to be labeled for the use of the term "Blackballed" and

28 submits Black's Law Dictionary, 8th edition, definition of term "Blacklisted"as

" to put the name of (a person) on a list of those who are to be boycotted
or punished" ie; (the firm blacklisted the employee) Although the defendent's
verbose vexacious litigant motion was denied by the court on 8/1/08, the
damage of the defendent's Blacklisting the plaintiff's has already been set
in stone throughout our region and plaintiff's are known as vexacious and have
been denied equal access.

There is nothing ordinary or traditional regarding Ryan Petersen's enrollment
in the MDUSD as stated in defendent's declarations. Ryan Petersen is classified
as duel enrollment and the MDUSD is responsible for him. This case demonstrates
precedence in this unique area of law. Plaintiff's hereby correct mis stated
statute from 8/1/08 regarding C.F.R. Sec. 3001 with the correct stautue of
C.C.R. Sec. 3001 in regards to Ryan Petersen duel enrollment under Master
Contract in the MDUSD.

In this instant F.R.C.P. 52(b) motion, plaintiff's additionally direct the
courts attention to plaintiff's 6/6/08 FRCP 201(d) request, 7/11/08 summary
judgment opposition brief and 7/30/08 FRCP 201(d) request regarding the
following submitted arguments and points of law:
1) Cal. Civ. Code sections 1667 and 1668 for violations of public policy and
   of the defendent's claim to waiver under the SN03-1885 contract regarding
   the 5/19/05 IEP request and their consideration gained from their violations
   of public policy.
2) The heresay exception rules pursuant to F.R.EV. 803 (6), (8) as argued by
   plaintiff's on 8/1/08.
3) F.R.EV. Sec. 902 et seq. (emphasis on #11) for self authentification of
   evidence as argued by plaintiff's on 8/1/08.
   / / / / /

1   4) The laws of the United States governing IDEA contract SN03-1885

2      as incorporated therein.

3   5) The futility of exhaustion of Office of Administrative Hearings remedies

4      as it pertains to defendents violations of law as stated therein and

5      argued orally on 8/1/08.

6   6) The statute of limitations of the 11/28/07 claims for relief.

7   7) All other oral and written arguments and submissions pertaining to

8      plaintiff's claims and filings as otherwise incorporated therein.

9

10  Respectfully submitted this 11th day of August, 2008

11  Michael Petersen PRO SE

12

13  / / / /

14

15  / / / /

16

17  / / / /

18

19  / / / /

20

21  / / / /

22

23  / / / /

24

25  / / / /

26

27  / / / /

28

PAGE 4 OF 4