FILED

AUG 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 AUG 11   P 4: 09

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
NORTHERN

Plaintiff's name:
Petersen et. al

vs.

Case Number: C07-02400SI

Defendant's name:
MDUSD et al

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

On __August 11, 2008__, 20____ served a copy of __Notice of motion and Motion Re: FRCP 52(b) to amend findings of court, make additional findings of court, amend judgment of 8/1/08 accordingly__, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail: CERTIFIED MAIL.

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**  7007-1490-0000 8617 4334

Amy R. Levine
Miller, Brown & Dannis
71 Stevenson St. 19th FL
San Francisco Ca. 94105

I declare under penalty of perjury that the foregoing is true and correct.

(Signed) /s/

AUG 11th '08

PUNAM C. PATEL
COMM. #1566640
NOTARY PUBLIC CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires May 3, 2009