```
SUE ANN SALMON EVANS, State Bar No. 151562
sueannsalmonevena@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
MATTHEW JUHL-DARLINGTON, State Bar No. 215375
mjuhldarlington@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA  94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
MOUNT DIABLO UNIFIED SCHOOL DISTRICT
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.  C07-02400 SI<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 26, 2008, I caused the true and correct copies of the following document(s):

(1)　**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION RE: F.R.C.P. 52(B), RE: AMEND FINDINGS OF COURT, MAKE ADDITIONAL FINDINGS OF COURT, AMEND JUDGMENT OF 8/1/08 ACCORDINGLY**

To be delivered to the parties listed herein below in the manner specified.

**PLAINTIFF PRO PER**

| | |
|---|---|
| Michael Petersen, Plaintiff Pro Se<br>3375 Port Chicago Hwy 30-166<br>Concord, CA 94520 | VIA FEDERAL EXPRESS, MARKED FOR OVERNIGHT DELIVERY (AIR BILL NO. 865615985149) |

SF 279859v1   CERTIFICATE OF SERVICE; CASE NO. C07-02400

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on August 26, 2008, at San Francisco, California.

_____
Christopher Davis