no pd

F I L E D

RECEIVED

2008 AUG 29  P 4: 05

AUG 2 9   3

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RICHARD    WIEKING
CLERK, U.S. D
"ERN DIST"

1  Michael Petersen PRO SE
   next of friend of Michael Petersen Jr.
2  and Ryan Petersen
   3375 Port Chicago Hwy, 30-166
3  Concord Ca. 94519
   (925) 588-4799
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL PETERSEN ON BEHALF OF              CASE C07-2400SI
    HIMSELF AND PARENT AND NEXT OF
12  FRIEND TO MICHAEL PETERSEN JR.             NOTICE OF APPEAL
    AND RYAN PETERSEN PRO SE
13

14  v.

15

16  MOUNT DIABLO UNIFIED SCHOOL DISTRICT ET. AL.,
    MILDRED BROWN, individually and in her official
17  capacity as assistant superintendent of special
    education, KEN FERRO, individually and in his
18  official capacity as alternative dispute
    resolution administrator
19

20  Pursuant to statute, notice is hereby given that Michael Petersen Sr.,

21  Michael Petersen Jr. and Ryan Petersen (plaintiff's) in the above named case,

22  hereby appeal to the United States Court of Appeals for the 9th Circuit from

23  CAND court order filed 2/11/08 and CAND court order and final judgment filed

24  on 8/1/08. Pursuant to plaintiff's CAND motion filed on 8/11/08 re: F.R.C.P.

25  52(b), plaintiff's request the courts take notice of F.R.A.P. 4(a)4(A)

26  and F.R.A.P. 4(a) et. seq.

27  Notice  of appeal is hereby submitted this 29th day of August, 2008 @ 4:05 P.M.

28  Michael Petersen PRO SE
    3375 Port Chicago Hwy, 30-166
    Concord Ca. 94519