UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP - 5 2008

FILED _____
DOCKETED _____
             DATE       INITIAL

September 3, 2008

**CASE INFORMATION:**
Short Case Title: <u>Peterson -v- California Special Education Hearing Office McGeor</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Susan Illston</u>
Criminal and/or Civil Case No.: <u>CV 07-02400 SI</u>
Date Complaint/Indictment/Petition Filed: <u>5/3/07</u>
Date Appealed order/judgment *entered* <u>8/1/08</u>
Date NOA *filed* <u>8/29/08</u>
Date(s) of Indictment          Plea Hearing                    Sentencing

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>Joan Columbini (415) 255-6842</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                      Date Docket Fee Billed: <u>9/3/08</u>
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes ☐ no                                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:
see docket sheet                           see docket sheet



☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
                              (415) 522-2099

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 05 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL PETERSEN, on behalf of himself and parent and next friend to Mike, Jr. and Ryan, disabled minor children,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, MCGEORGE SCHOOL OF LAW; VINCENT PASTORINO, Hearing Officer for the California Special Education Hearing Office; MOUNT DIABLO UNIFIED SCHOOL DISTRICT; MILDRED BROWN, individually and in her official capacity as Assistant Superintendent of Special Education; KEN FERRO, individually and in his official capacity as Alternative Dispute Resolution Administrator,<br><br>        Defendants - Appellees. | No. 08-16964<br>D.C. No. 3:07-cv-02400-SI<br>Northern District of California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., September 8, 2008**    Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

| | |
|---|---|
| **Thu., September 18, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Mon., September 29, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Tue., October 28, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Mon., December 15, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Tue., January 13, 2009** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen

Deputy Clerk