

FILED

UNITED STATES DISTRICT COURT 08 SEP -5 P 5:00

EASTERN DISTRICT OF CALIFORNIA RICHARD W. WIEKING, CLERK
NORTHERN U.S. DISTRICT COURT
NO. DIST. OF CA.

Plaintiff's name:
RYAN PETERSEN PRO SE
Michael Petersen Sr. PRO SE
Michael Petersen Jr. PRO SE
vs.                                          Case Number:   C07-02400SI

Defendant's name:
MDUSD ET. AL,
Ken Ferro, Mildred Brown           /         PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party

to the above-entitled action.

On  September 5th 2008 , 20_____ served a copy of _____

Plaintiffs Reply to defendant's opposition re: plaintiff's motion
re: FRCP 52(b), re: amend findings of court, make additional findings
of court, amend judgment accordingly                              , by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by

depositing said envelope in the United States Mail:

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

Amy R. Levine                                       THE UPS STORE
Miller, Brown & Dannis                              601 VAN NESS AVE STE E
71 Stevenson St. 19th FL                            SAN FRANCISCO, CA 94102
San Francisco Ca. 94105

I declare under penalty of perjury that the foregoing is true and correct.

(Signed) / _____ 9/5/08