IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN,  No. C 07-02400SI

    Plaintiff,  **NOTICE**

v.

CALIFORNIA SPECIAL EDUCATION,

    Defendant.
    _____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to amend has been taken off calendar and will be deemed submitted without oral argument. The parties can expect to receive an order in the near future.

Dated: 9/15/08                                                                RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk