1  AMY R. LEVINE, State Bar No. 160743
   ELIZABETH A. ESTES, State Bar No. 173680
2  DAMARA MOORE, State Bar No. 215678
   MILLER BROWN & DANNIS
3  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
4  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
5
   Attorneys for Defendant
6  MOUNT DIABLO UNIFIED SCHOOL DISTRICT

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 RYAN PETERSEN,                          Case No. C 07-02400 SI

12              Plaintiff,                 **PROPOSED ORDER GRANTING MOUNT
                                           DIABLO UNIFIED SCHOOL DISTRICT'S
13      v.                                 MOTION TO ENLARGE TIME TO FILE
                                           BILL OF COSTS**
14 MOUNT DIABLO UNIFIED SCHOOL
   DISTRICT,                               Date  :  Not Set
15                                         Time  :  Not Set
                Defendant.                 Dept  :  Not Set
16                                         Judge :  Hon. Susan Illston

17                                         Trial:   None Set

18

19      Good cause appearing therefor, IT IS HEREBY ORDERED that the Mount Diablo

20 Unified School District's Motion to Enlarge Time to File a Bill of Costs be GRANTED. The Bill

21 of Costs attached hereto as Exhibit A shall be deemed filed as of the date of filing of this Order.

22 Plaintiff shall have ten days from such date to file and serve any response he may have.

23      IT IS SO ORDERED.

24 DATED: _____

25                                         By: _____
                                               *Susan Illston*
26                                         HON. SUSAN ILLSTON
                                           JUDGE OF THE UNITED STATES DISTRICT
27                                         COURT

28

                                              1
PROPOSED ORDER GRANTING MOUNT DIABLO UNIFIED SCHOOL DISTRICT'S MOTION TO ENLARGE TIME TO FILE BILL OF COSTS; CASE NO. C07-2400SI

SF 332446v1