IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PETERSEN, *et al.*,

    Plaintiffs,

  v.

CALIFORNIA SPECIAL EDUCATION HEARING OFFICE MCGEORGE SCHOOL OF LAW, *et al.*,

    Defendants.

No. C 07-2400 SI

**ORDER DENYING PLAINTIFFS' "MOTION RE: F.R.C.P. 52(b), RE: AMEND FINDINGS OF COURT, MAKE ADDITIONAL FINDINGS OF COURT, AMEND JUDGMENT OF 8/1/08 ACCORDINGLY"**

On August 1, 2008, the Court granted defendants' motion for summary judgment and denied defendants' motion to declare plaintiff Michael Petersen a vexatious litigant, and entered judgment in favor of defendants. On August 11, 2008, plaintiff Michael Petersen filed a "Motion Re: F.R.C.P. 52(b), Re: Amend Findings of Court, Make Additional Findings of Court, Amend Judgment of 8/1/08 Accordingly." (Docket No. 122). Plaintiff's motion requests various forms of relief, including educational services for his son, a settlement conference, and "judicial notice." On August 29, 2008, plaintiff filed a Notice of Appeal with the Ninth Circuit Court of Appeals.

The Court DENIES plaintiff's motion as frivolous and evidencing a complete lack of understanding of the litigation process. Plaintiff lost this case, and plaintiff's remedy, if any, lies now with the Court of Appeals. Throughout this case plaintiff has repeatedly filed frivolous motions and failed to comply with the Federal Rules of Civil Procedure. **The Court hereby informs plaintiff that he is not to file any further documents in this case; if plaintiff pursues the appeal, all documents shall be filed with the Ninth Circuit Court of Appeals. If plaintiff files any further frivolous pleadings with this Court, plaintiff will be subject to sanctions.**

**IT IS SO ORDERED.**

Dated: October 7, 2008

                                                                  SUSAN ILLSTON
                                                                  United States District Judge